Steven H. Newman, Esq.
Robert A. Abrams, Esq.
Katsky Korins LLP
605 Third Avenue
New York, New York 10158-0038
Telephone: (212) 953-6000
Fax: (212) 953-6899
E-Mail: snewman@katskykorins.com
E-Mail: rabrams@katskykorins.com

*Attorneys for St. Mark's Mixed Use LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| 78-80 ST MARK'S PLACE, LLC, | Case No. 21-12139 (MG) |
| Debtor. | |

------------------------------------------------------------------------x

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF ALL NOTICES AND DOCUMENTS**

**PLEASE TAKE NOTICE**, that the undersigned law firm hereby appears in the above-captioned case and pursuant to Rules 2002, 9007 and 9010 of the Bankruptcy Rules and Section 1109(b) of the Bankruptcy Code, as counsel for St. Mark's Mixed Use LLC (the "Lender"), and demands that any and all notices given or required to be given in this case, be given to and served upon the undersigned at the following address:

> Steven H. Newman, Esq.
> Katsky Korins LLP
> 605 Third Avenue
> New York, New York 10158-0038
> Telephone: (212) 953-6000
> Fax: (212) 953-6899
> E-Mail: snewman@katskykorins.com

**PLEASE TAKE FURTHER NOTICE**, that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telecopier, telex or otherwise, which in any way relate to the debtor, its property, or this bankruptcy case or in any way effect or seek to effect in any way the rights, obligations, claims or interests of the debtor or its estate.

**PLEASE TAKE FURTHER NOTICE** that neither this *Notice of Appearance and Demand for Service of all Notices and Documents* nor any later appearance nor any pleading, proof of claim, claim, or suit shall constitute (a) a consent or waiver of Lender to the jurisdiction of the Bankruptcy Court over it for any purpose or (b) a waiver of Lender of (i) the right to have final orders in noncore matters entered only after de novo review by a District Court Judge, (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of the Bankruptcy Court for any purpose, (v) an election of remedies, or (vi) any other rights, claims, actions, defenses, setoffs, or recoupments to which Lender is or may be entitled, in law or in equity or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: New York, New York
December 30, 2021

                                            KATSKY KORINS LLP

By: /s/ Steven H. Newman
     Steven H. Newman, Esq.

605 Third Avenue
New York, New York 10158
(212) 953-6000

*Attorneys for St. Mark's Mixed Use LLC*