| | |
|---|---|
| MINTZ & GOLD LLP<br>600 Third Avenue, 25th Floor<br>New York, New York 10016<br>Telephone: (212) 696-4848<br>Facsimile: (212) 696-1231<br>Andrew R. Gottesman, Esq.<br><br>*Proposed Attorneys for the Debtor* | *Hearing Date*:<br>**February 3, 2022 at 10:00 a.m. (Eastern Time)**<br><br>*Objection Deadline:*<br>**January 27, 2022 at 4:00 p.m. (Eastern Time)** |

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF NEW YORK** | Chapter 11 |
| In re:<br><br>78-80 ST. MARK'S PLACE, LLC,<br><br>Debtor. | Chapter 11<br>Case No. 21-12140 (mg)<br><br>Case Number 21-12139 (mg) |

# NOTICE OF DEBTOR'S MOTION FOR ENTRY OF AN ORDER (A) AUTHORIZING DEBTOR TO OBTAIN SUPERPRIORITY POST-PETITION FINANCING, (B) GRANTING LIENS AND SUPERPRIORITY CLAIMS, (C) MODIFYING THE AUTOMATIC STAY, AND (D) GRANTING RELATED RELIEF

**PLEASE TAKE NOTICE** that 78-80 St. Mark's Place, LLC as debtor and debtor in possession in this case (the "Debtor") will move, upon the annexed *Motion For Entry Of An Order (A) Authorizing Debtor To Obtain Superpriority Post-Petition Financing, (B) Granting Liens And Superpriority Claims, (C) Modifying The Automatic Stay, And (D) Granting Related Relief* (the "Motion"), for entry of the proposed order attached thereto at a hearing before the Honorable Martin Glenn, United States Bankruptcy Judge, to be held by Zoom for Government on **February 3, 2022 at 10:00 a.m. (Eastern Time)** (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to the relief sought in the Application must: (a) be made in writing; (b) state with particularity the grounds therefor; (c) conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York; (d) be filed electronically with the United States Bankruptcy Court for the Southern District of New York; and (e) served upon: (i) Mintz & Gold

LLP 600 Third Ave., 25th Fl., New York, New York 10016, Attn: Andrew Gottesman, proposed counsel for the Debtors (ii) Office of the United States Trustee for the Southern District of New York 201 Varick Street, Room 1006, New York, NY 10014 Attn: Shannon Scott, Esq.; (ii) the Internal Revenue Service; (iii) New York State Department of Finance; (iv) Katsky Korins LLP 605 Third Avenue New York, New York 10158, Attn: Steven H. Newman, Esq., counsel to the senior secured lender; and (v) all other parties who have requested notice under Bankruptcy Rule 2002, so as to be received no later than **January 27, 2022 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that parties wishing to participate in the Hearing must register their appearance by 4:00 p.m. on the business day prior to the Hearing by utilizing the Court's eCourt Appearance tool located at https://www.nysb.uscourts.gov/ecourt-appearances. Complete instructions on how to participate in the Hearing may be found on the Court's website at https://www.nysb.uscourts.gov/zoom-video-hearing-guide or at Judge Glenn's chambers website at https://www.nysb.uscourts.gov/content/judge-martin-glenn under the "Zoom Hearings" and "eCourt Appearances" tabs.

**PLEASE TAKE FURTHER NOTICE** that (i) the Hearing may be adjourned from time to time without further notice other than oral announcement at the Hearing(s) or written posting on the Court's calendar for said date, and/or written entry on the Court's ECF docket and (ii) if no Objections are timely filed and served as set forth above, the Bankruptcy Court may deem any opposition waived and enter an order granting the relief requested in the Motion.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion and all pleadings and other papers filed in these chapter 11 cases may be obtained by (i) accessing the Court's website at www.nysb.uscourts.gov, or (ii) contacting the Office of the Clerk of the Court at One Bowling

Green, New York, New York 10004 or contacting proposed counsel to the Debtor. Note that a PACER password is needed to access documents on the Court's website.

Dated: January 19, 2022
      New York, New York

MINTZ & GOLD LLP
By:/s/ *Andrew Gottesman*
Andrew R. Gottesman

600 Third Avenue, 25th Floor
New York, New York 10016
gottesman@mintzandgold.com
Telephone: (212) 696-4848
Facsimile: (212) 696-1231

*Proposed Attorneys for the Debtors*