MINTZ & GOLD LLP
600 Third Avenue, 25th Floor
New York, New York 10016
Telephone: (212) 696-4848
Facsimile: (212) 696-1231
Andrew R. Gottesman, Esq.

*Proposed Attorneys for the Debtor*

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF NEW YORK** | Chapter 11 |
| In re: | Case No. 21-12139 (mg) |
| 78-80 ST. MARK'S PLACE, LLC, | |
| Debtor. | |

## NOTICE OF ADJOURNMENT

**PLEASE TAKE NOTICE** that 78-80 St. Mark's Place, LLC as debtor and debtor in possession in this case (the "Debtor") the hearing to approve the *Debtor's Motion of the Debtors Seeking Entry of an Order (I) Authorizing (a) Rejection of Certain Unexpired Leases of Nonresidential Real Property and (b) Abandonment of Certain Personal Property in Connection Therewith Each Effective as of a Sale Hearing and (II) Granting Related Relief* (the "Motion") [ECF No. 14], and the Debtor's *Motion For Entry Of An Order Approving the Use of Cash Collateral* [ECF. No. 15] (together, the "Motions") previously scheduled for February 3, 2022 at 10:00 a.m. (Eastern Time) before the Honorable Martin Glenn, United States Bankruptcy Judge for the Southern District (the "Hearing") has been adjourned on consent to **March 2, 2022 at 2:00 p.m. (Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that parties wishing to participate in the Hearing must register their appearance by 4:00 p.m. on the business day prior to the Hearing by utilizing the Court's eCourt Appearance tool located at https://www.nysb.uscourts.gov/ecourt-appearances.

Complete instructions on how to participate in the Hearing may be found on the Court's website at https://www.nysb.uscourts.gov/zoom-video-hearing-guide or at Judge Glenn's chambers website at https://www.nysb.uscourts.gov/content/judge-martin-glenn under the "Zoom Hearings" and "eCourt Appearances" tabs.

**PLEASE TAKE FURTHER NOTICE** that (i) the Hearing may be adjourned from time to time without further notice other than oral announcement at the Hearing(s) or written posting on the Court's calendar for said date, and/or written entry on the Court's ECF docket and (ii) if no Objections are timely filed and served as set forth above, the Bankruptcy Court may deem any opposition waived and enter an order granting the relief requested in the Motions.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motions and all pleadings and other papers filed in these chapter 11 cases may be obtained by (i) accessing the Court's website at www.nysb.uscourts.gov, or (ii) contacting the Office of the Clerk of the Court at One Bowling Green, New York, New York 10004 or contacting proposed counsel to the Debtor. Note that a PACER password is needed to access documents on the Court's website.

Dated: January 31, 2022
      New York, New York

                               MINTZ & GOLD LLP
                               By:/s/ *Andrew Gottesman*
                               Andrew R. Gottesman

                               600 Third Avenue, 25th Floor
                               New York, New York 10016
                               gottesman@mintzandgold.com
                               Telephone: (212) 696-4848
                               Facsimile: (212) 696-1231

                               *Proposed Attorneys for the Debtors*