# EXHIBIT 8

# Ronald M. Gold, ASA, MRICS



*New York State Certified General Real Estate Appraiser, Lic. #:46000000713*
190 Riverside Drive   ●   New York, New York  10024
Phone: **212-769-8906** ● **Cell: 212-662-3500**
E-mail: rongold70@gmail.com     Web site: www.goldappraisal.com

# <u>A P P R A I S A L   O F</u>

# The Fee Simple Interest In

# 78-80 St. Marks Place, "As Is," New York, New York  10003

*A 4-Story + Basement and Cellar "C7" class Mixed-Use Walk-up Building*
*(Basement Level Bar and Theatre  / Several Residential Apartments and 2 Commercial Spaces)*
*Containing 14,400 square feet of habitable interior area above grade  (NYC Public Records)*

———————————

**Block:  449  /  Lot:  28**
———————————

**FOR:**
**78-80 St. Marks Place LLC**
**c/o Lawrence V. Otway, Managing Member**
**78-80 St. Marks Place, New York, New York   10003**
———————————————

**BY:**
**Ronald M. Gold, ASA, MRICS**
**New York State Certified General Real Estate Appraiser**
**RMG FILE#:  02014019**

# *TABLE OF CONTENTS*

Letter of Transmittal
Market Value Defined
Ownership Interest Defined
Summary of Important Facts and Conclusions

**PAGE #**

Photographs of the Subject . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    1
Purpose, Scope and Function of the Appraisal  . . . . . . . . . . . . . . . . . . .    73
General Assumptions and Limiting Conditions . . . . . . . . . . . . . . . . . . . .    74
Assessed Value & Real Estate Taxes  . . . . . . . . . . . . . . . . . . . . . . . . .    75
Site Analysis . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    79
Zoning . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    82
Neighborhood Analysis    . . . . . . . . . . . . . . . . . . . . . . . . . .    89
Subject Area Trend    . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    110
Maps  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    111
Certificate of Occupancy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    116
Subject OUTDOOR SEATING NYC DOT certification . . . . . . . . .    117
Client's Description of the Subject Property as it Corresponds
   To the Current Certificate of Occupancy    . . . . . . . . . . . . . . . . . . .    119
Architectural Plans (2020 and 2011)    . . . . . . . . . . . . . . . . . . . . . . . . .    121
Description of the Improvements (The Subject Building)  . . . . . . . . . . . .    127
Definition of Highest & Best Use . . . . . . . . . . . . . . . . . . . . . . . . . . . .    134
The Appraisal Process    . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    136
The Cost Approach Considered . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    136
The Capitalization of Income Approach . . . . . . . . . . . . . . . . . . . . . . . .    138
Naming or "Branding" Rights Proposal for Subject (August, 2020) . . .    139
Key Numbers in the Capitalization of Income Approach . . . . . . . . .    167
Market Data (Sales Comparison) Approach. . . . . . . . . . . . . . . . . . . . .    168
Comparative Building Sales Map . . . . . . . . . . . . . . . . . . . . . . . . . . . .    174
Market Data Valuation Analysis    . . . . . . . . . . . . . . . . . . . . . . .    198
Conclusions of Value . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    200
Certification    . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    206

# ADDENDUM:

- **Qualifications of RONALD M. GOLD, ASA**
     **NY State Certified General Real Estate Appraiser**
     **License No.: 46000000713**

- **February and March, 2021 local newspaper articles and reports with CLIENT RESPONSE TO THE MARCH 8, 2021 NY POST ARTICLE ON THE ST. MARKS PLACE neighborhood .**

- **2020 and 2014 NY TIMES and CURBED NY articles on the subject East Village neighborhood.**

- **General and Limiting Condition**

# Ronald M. Gold, ASA, MRICS



*New York State Certified General Real Estate Appraiser, Lic. #:46000000713*
190 Riverside Drive   ●   New York, New York  10024
Phone: **212-769-8906** ● Cell: 212-662-3500
E-mail: rongold70@gmail.com    Web site: www.goldappraisal.com

---

78-80 St. Marks Place LLC
Lawrence V. Otway, Managing Member          March 15, 2021
78-80 St. Marks Place
New York, New York 10003

**Real Estate Appraisal Report
78-80 St. Marks Place, "As Is"
New York, New York  10003
As of: March 5, 2021**

Mr. Otway,

In accordance with your request, I have inspected the subject premises and have prepared an appraisal report on the above-captioned subject property.  The valuation is based on the definition of the Fee Simple Interest ownership interest and on the definition of Market Value as stated on the following pages of this report.  The Effective Date of Value is March 5, 2021  and the date of inspection is March 5, 2021.   I have considered the forces and factors, which impact Market Value and have reviewed the general market conditions existing as of The Effective Date of Value.

Based on my investigation and analysis of the data available **as of  March 5, 2021,**  subject to the limiting conditions included in this report, I have developed the opinion that  **the market value of the Fee Simple interest in the above-captioned subject property, "As Is,"  in its current partially renovated/upgraded average to above average condition, is:**

## THIRTEEN MILLION FIVE HUNDRED THOUSAND ($ 13,500,000) DOLLARS

Respectfully submitted,

RONALD M. GOLD, ASA, MRICS

## MARKET VALUE DEFINITION

The term "market value" as used here is defined as the price at which a property would most probably sell, if exposed to the market for a reasonable period of time in an "as is" condition, where payment is made in cash or its equivalent.  Implicit in this definition is the consummation of the sale with passing of title from seller to buyer under conditions whereby:

(1)     Both parties are well informed and acting in what they consider their best interests.

(2)     A reasonable amount of time is allowed for exposure in the local market **(90 to 120 days).**

(3)     Financing, if any, is on terms generally available in the community and typical for the property type in its locale.

(4)     Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements     comparable thereto; and

(5)     The price represents the normal Consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

(Source: Office of the Comptroller of the Currency under 12 CFR, Part 34, Subpart C-Appraisals, 34.42 Definitions [f].)

## INTENDED USE OF REPORT

This appraisal is intended to assist the client in the valuation of the subject property, "As is,"  as of  March 5, 2021, for mortgage financing purposes.

## INTENDED USERS

The managing members of 78-80 St. Marks Place LLC and its advisors and prospective mortgage lenders.

## INTEREST VALUED

Current Market Value of the fee simple interest in the subject property, "As is."

## EFFECTIVE DATE OF VALUE

March 5, 2021  (Based on the March 5, 2021 of Inspection)

## DATE OF REPORT

March 15, 2021

# APPRAISAL DEVELOPMENT AND REPORTING PROCESS

In preparing this appraisal, the appraiser:

- Inspected the subject site and the exterior of the improvements as well as the Approximately 50% of the interior of the subject building *(including the public areas, the Basement and Cellar, the Commercial Spaces and upper floor residential spaces)* on March 5, 2021, the date of inspection;

- Gathered information on recent 2020 "C7" class comparable 5- and 6-Story Walk-up Buildings within a 30-block radius of the subject building in the subject East Village, Lower East Side, West Village and Chelsea neighborhoods, within the 14-month period preceding the effective date of this appraisal. Gathered information from the client on how the current make-up of the subject building corresponds to the June, 1970 Certificate of Occupancy, as well as the 2019 and 2020 on-going repairs already made to the subject property, and a projected Rent Roll for 2021 from the Client.

- Confirmed and analyzed the data and applied the Sales Comparison approach. The Income Approach and The Cost Approach were considered but not utilized. The appraiser deemed these approaches to be inappropriate indicators of value for the subject property. A detailed discussion of the three approaches appears elsewhere in this report, under the heading "The Appraisal Process."

To develop the opinion of value, the appraiser performed a complete appraisal process, as defined by the Uniform Standards of Professional Appraisal Practice. This means that no departures from Standard 1 were invoked. This Summary Appraisal Report is a brief recapitulation of the appraiser's data, analyses, and conclusions. Supporting documentation is retained in the appraiser's file.

## *DEFINITION OF OWNERSHIP INTEREST:*   FEE SIMPLE ESTATE

*"FEE SIMPLE ESTATE"*\*

**Absolute ownership unencumbered by any other interest or estate, subject only to the limitations**

**Imposed by the governmental powers of taxation, eminent domain, police power and escheat.**

\**The Dictionary of Real Estate Appraisal,*  page 78, Fifth Edition, © *2010*, published by the American Institute of Real Estate Appraisers.

## SUMMARY OF IMPORTANT FACTS AND CONCLUSIONS

**ADDRESS:**      **78-80 St. Marks Place**
**New York, New York  10003**

**BUILDING DESCRIPTION:**      Two 4-Story + BASMEMENT (Street Level) + CELLAR
Walk-up  "C7" class  Mixed-Use Attached and
Partially Combined Buildings with  Basement Level
Bar and Theatre and 2 Additional Commercial Spaces  and Several
Upper Floor Residential Apts.
Erected circa 1830-1850  / Brick Façade
Containing 14,400  sq.ft. Gross Building Area
In overall Average to Above Average  condition throughout

**PLOT SIZE:**      50' X 97.5'   = 4,875 sq.ft.

**BUILDING SIZE:**      BASEMENT (at Grade): 50' x 97.5' = 4,875 sq.ft.
1st – 4th Floors: 50' X 50' X 4 = 10,000 sq.ft.
Total of 14,400 sq.ft. (according to NYC Public Records)

**ZONING:**      R7A (Within a C1-5 Commercial Overlay)

**SUBJECT PURCHASE HISTORY:**      The subject has been reportedly owned by the client
for at least 5 years.

**BLOCK and LOT:**      Block:  449  / Lot:  28

**HIGHEST & BEST USE**      The Present Use .  .  . a Mixed-Use Walk-up Building
With a BASEMENT LEVEL("ground floor"  Bar and Theatre, 2
Commercial Spaces and several upper floor residential apartments.

**DATE OF VALUATION:**      March 5, 2021

**VALUE "AS IS" BY THE**
**CAPITALIZATION**
**OF INCOME APPROACH:**      **$ 12,700,000  ($698,581  NOI Capitalized at 5.5%)**

**VALUE, "AS IS"  BY  SALES**
     **COMPARISON APPROACH:**      **$  14,400,000  (equivalent to $ 1,000 per sq.ft. of**
**usable building area above grade)**

# RECONCILED
# TOTAL MARKET VALUE
# ESTIMATE, "As Is:"      **$ 13,500,000**

# PHOTOGRAPHS

**Exterior Views of the Subject Attached Buildings from St. Marks Place**











*(APPRAISER'S NOTE: THE APPRAISER DID NOT INSPECT THE
SUBJECT ROOFS on March 5, 2021, the date of inspection,
WHICH WERE REPORTEDLY RE-SURFACED BY THE CLIENT IN 2018 . . .*

*IN ADDITION, The APPRAISER DID NOT INSPECT FLOORS 1 THROUGH 4 OF 78 ST. MARKS PLACE
At the DATE OF  INSPECTION: March 5, 2021)*

**VIEWS OF THE 19-SEAT NYC DOT ALLOWED OUTDOOR SEATING ALONG THE FRONTAGE OF THE SUBJECT BUILDINGS ON ST. MARKS PLACE – 7 TABLES WITH 7 HEATED SEATS . . . In Conformity with COVID-19 LOCKDOWN MEASURES – STATE OF NEW YORK – 2020 AND 2021 – EFFECTIVE ON THE DATE OF VALUATION: MARCH 5, 2021**

















**Street Scenes – Views of St. Marks Place -between Third and First Avenues**







**VIEWS OF THIRD AVENUE, FACING NORTH AND SOUTH  . . .
(1 ½ blocks west of the subject)**



**VIEW OF THE BUS STOP AT 3RD AVENUE AND COOPER SQUARE – NOTE THE CROSSTOWN M8 BUS ROUTE – AND THE UPTOWN AND DOWNTOWN M101 AND 102 ROUTES – NOTE: THE M15 BUS RUNS NORTH ALONG 1ST AVENUE AND SOUTH ON 2ND AVENUE**



**VIEWS OF ASTOR PLACE AND THE LOCAL STOP OF THE LEXINGTON AVENUE IRT "6" TRAIN AT ASTOR PLACE – WITHIN COOPER SQUARE**



**VIEWS OF COOPER UNION COLLEGE AND COOPER SQUARE – 2 BLOCKS WEST
OF THE SUBJECT**







**VIEWS OF COOPER SQUARE – 2 BLOCKS WEST
OF THE SUBJECT**





**VIEWS OF COOPER UNION COLLEGE AND COOPER SQUARE AND ASTOR PLACE – 2 BLOCKS WEST OF THE SUBJECT**





**VIEWS OF COOPER UNION COLLEGE AND COOPER SQUARE – 2 BLOCKS WEST
OF THE SUBJECT**





**BACK YARD AND REAR VIEWS OF THE SUBJECT ATTACHED BUILDINGS**
*(APPRAISER'S NOTE: THE APPRAISER DID NOT INSPECT THE*
*SUBJECT ROOFS on March 5, 2021, the date of inspection,*
*WHICH WERE REPORTEDLY RE-SURFACED BY THE CLIENT IN 2018 . . .*
*IN ADDITION, The APPRAISER DID NOT INSPECT FLOORS 1 THROUGH 4 OF 78 ST. MARKS PLACE*
  *At the DATE OF  INSPECTION: March 5, 2021)*


**VIEW OF THE REAR PARTY TENT –**
**USED FOR BENEFIT GATHERINGS – IN THE SUBJECT BACK YARD**



**NOTE THE NEW A/C COMPRESSORS FOR NEW AIR CONDITION/COOLING INSTALLED IN 2020,**
**FOR USE  IN TANDEM WITH EXISTING SUBJECT EXISTING FORCED AIR DUCTWORK FOR THE**
**BASEMENT ("Ground Floor") AND CELLAR**





**VIEWS OF THE SUBJECT BACK YARD AND REAR VIEWS OF
THE SUBJECT ATTACHED BUILDINGS**

















**VIEWS OF THE SUBJECT REAR BACK YARD RUDIMENTARY PARTY TENT
(REAR YARD OF 80 ST. MARKS PLACE)**







**VIEWS OF THE ORIGINAL 199-SEAT RATED LEGITIMATE OFF-BROADWAY THEATRE – NOTE APPROX. 100 TO 150 SEATS HAVE BEEN REMOVED TO CREATE COMBINED DINNER AND THEATRE SEATING OF 150 – ADDITIONAL BRASS RAILING TO BE INSTALLED SHORTLY –** *(new seating  arrangement/configuration of approximately 175 total theatre and cabaret table seating, which will allow dining during theatrical performances ) (reportedly within the next 30 days of the date of inspection, March 5, 2021)*























**VIEWS OF THE BACKSTAGE AREAS ON THE BASEMENT GROUND FLOOR LEVEL**









**VIEWS OF THE BACKSTAGE AREA (BASEMENT GROUND FLOOR LEVEL)**





**VIEWS OF THE DUCTWORK IN THE MAIN THEATER AREA**







**VIEWS OF THE BASEMENT GROUND FLOOR LEVEL THEATRE RECEPTION AREA FROM THE SIDEWALK ENTRANCE**















**VIEW OF THE BASEMENT "Ground Floor " LEVEL BATHS – 2-FIXTURE LADIES' ROOM AND
6-FIXTURED MEN'S ROOM (WITH 3 Urinals and 2 Basins and 1 toilet)**



**VIEWS OF THE BASEMENT + Ground Floor / Level – SIDEWALK GROUND FLOOR LEVEL –**
**VIEWS OF THE BAR AND RESTAURANT AREA**











**VIEWS OF THE DUCTWORK ON THE BASEMENT AND CELLAR LEVELS – NEW COMPRESSORS
INSTALLED IN 2020 – 7 NEW COMPRESSORS LOCATED IN THE BACK YARD**





**VIEWS OF THE RENOVATED BASEMENT LEVEL BAR AND KITCHENS (2)**











**CELLAR LEVEL** *(Views of the Attached and Combined (78 and 80 St. Marks Place )* **CELLAR LEVEL WITH NEW ELECTRIC CIRCUIT BREAKER BOXES (2019 and 2020 building wide repairs)**











**VIEW OF THE CELLAR CIRCA 2010 UPGRADED GAS-FIRED BOILER**





**VIEWS OF THE 100-GALLON GAS-FIRED HOT WATER HEATER (5 YEARS OF AGE)**
**And the  8' x 10' REFRIGERATED WALK-IN BOX  IN THE CELLAR**



Views of the SUBJECT CELLAR – Electric Meters and Main Circuit Breaker and Fuse Boxes
(Additional Circuit Breakers on Each Floor)





## Views of the 80 ST. MARKS PLACE OWNER-OCCUPIED TRIPLEX

*(APPRAISER'S NOTE: THE APPRAISER DID NOT INSPECT THE*
*SUBJECT ROOFS on March 5, 2021, the date of inspection,*
*WHICH WERE REPORTEDLY RE-SURFACED BY THE CLIENT IN 2018 . . .*
*IN ADDITION,*
*The APPRAISER DID NOT INSPECT FLOORS 1 THROUGH 4 OF 78 ST. MARKS PLACE*
*At the DATE OF  INSPECTION: March 5, 2021)*


*VIEW OF THE COMMON AREA STAIRWAY  OF 80 ST. MARKS PLACE*







**VIEWS OF THE OWNER-OCCUPIED TRIPLEX AT 80 ST. MARKS PLACE**



**VIEWS OF THE LOWEST LEVEL OF THE OWNER'S TRIPLEX –
1ST FLOOR LIVING ROOM AND DINING ROOM  80 ST. MARKS PLACE**











**VIEWS OF THE FRONT BALCONIES OF 36 ST. MARKS PLACE / OWNER'S TRIPLEX UNIT (also Views of the Ground floor Level Exterior 49-Seat Dining Area / CERTIFIED BY NYC DOT)**









**EXTERIOR VIEWS OF 78 ST. MARKS PLACE - ENTRANCE – FROM OWNER'S TRIPLEX FRONT BALCONY**







**EXTERIOR VIEWS OF 78 ST. MARKS PLACE ENTRANCE – FROM OWNER'S BALCONY**







**VIEWS OF THE OWNER'S RENOVATED FRONT BALCONIES -
80 ST. MARKS PLACE**









**VIEWS OF THE OWNER'S TRIPLEX – 80 ST. MARKS PLACE**











**VIEW OF THE INTERIOR STAIRWAY CONNECTING THE FIRST TWO LEVELS OF THE
OWNER'S TRIPLEX**







**VIEWS OF THE OWNER'S TRIPLEX SOLARIUM AND KITCHEN – AT THE REAR OF THE LOWEST LEVEL OF THE OWNER'S TRIPLEX – WITH SOUTHERN VIEWS OF THE BACK YARD**













**VIEWS OF THE TOP FLOOR OF THE OWNER'S TRIPLEX  UNIT – 80 ST. MARK'S PLACE**





**VIEWS OF THE RENOVATED FULL WINDOWED BATH TOP FLOOR OF THE OWNER'S TRIPLEX - 80 ST. MARKS PLACE**





**VIEW OF THE REAR BALCONY**
**TOP FLOOR OF THE OWNER'S TRIPLEX**
**80 ST. MARKS PLACE**





78-80 St. Marks Place LLC
RE:  78-80 St. Marks Place
    New York, New York  10003
<u>Page 73</u>

## <u>PURPOSE OF THE APPRAISAL</u>

The purpose of this appraisal is to estimate the Market Value of the FEE SIMPLE  interest  in 78-80 St.

Marks Place, as of  **March 5, 2021  for mortgage financing purposes**.   The subject property is described

on the tax maps of the City of New York as:

***78-80 St. Marks Place, New York, New York  10003***


## <u>SCOPE OF THIS APPRAISAL</u>

The scope of this appraisal is to inspect the subject building, analyze its condition and size and make-up and gather

1.) client supplied actual 2020 and projected 2021 subject property income and 2020 operating and repair

expenses;  2.) a variety of comparable sales data of  2020  "C7"  class walk-up Mixed-Use  sales in the subject

surrounding  30-block radius of the East Village, Lower East Side, West Village and Chelsea adjacent and nearby

neighborhood.


## <u>INTENDED USERS</u>

The managing member(s)  of  78-80 St. Marks Place LLC and its advisors and prospective mortgage lenders.


## <u>FUNCTION OF THIS APPRAISAL</u>

The function of this appraisal is to assist the client in the valuation of the fee simple interest of the subject

property, "As Is,"  as of  March 5, 2021,  for mortgage financing purposes.


## <u>VALUATION DATE</u>
**March 5, 2021**


## <u>INSPECTION DATE</u>
**March 5, 2021**

78-80 St. Marks Place LLC
RE:  78-80 St. Marks Place
     New York, New York  10003
Page 74

## **GENERAL ASSUMPTIONS**

## **AND**

## **LIMITING CONDITIONS**

This appraisal is made for the client to which it is addressed and is to be used only for the purpose stated in the appraisal, and no reliance is to be placed on this appraisal for any other purpose.

No responsibility is assumed for matters legal in character.  We render no opinion as to the title but assume that it is marketable.  The property is appraised as though free and clear of all liens and encumbrances.  Management and ownership are presumed to be competent and responsible.

All drawings and diagrams in this report are included to assist the reader in visualizing the property.  These drawings do not represent the product of any professional survey made by this office.  The appraiser is not a professional engineer, and no engineering survey of the property has been made by him nor are we reporting on structural adequacy.

No right to expert testimony, attendance in court, or publication is included with possession of this report.

The distribution of the total valuation in the report between land and improvements applies only under the proposed manner of utilization.  The separate valuations for land and building must not be used in connection with any other appraisal and are invalid if so used.

The appraiser has no present or contemplated future interest in the property.

Rentals and other income have been supplied by others and have not been subject to independent verification, unless otherwise noted.  Expenses are based either on unverified data supplied by others or are the appraiser's own estimate.  Other facts reported in the appraisal are correct to the best of the appraiser's knowledge and belief.

*NY CITY - ASSESSED VALUE* AND REAL ESTATE TAXES – 2020/2021 TAX YEAR

| 78 ST MARKS PLACE | Borough: MANHATTAN<br>Block: 449 Lot: 28 |
|---|---|

## 2020 - 2021 Final Assessment

| | |
|---|---|
| Final Assessment Roll for | 2020-2021 \| City of New York |
| Taxable Status Date | January 5, 2020 |
| | EXPLANATION OF ASSESSMENT ROLL |
| Owner Name | 78-80 ST. MARKS PLACE, LLC |
| Property Address | 78 ST MARKS PLACE 10003 |
| Billing Name and Address | 78-80 ST. MARKS PLACE, LLC |
| | |
| | 78 SAINT MARKS PL. # 80 |
| | NEW YORK NY 10003-8176 |
| Tax Class | 2B |
| Building Class | C7 - OVER SIX FAMILIES WITH STORES |

## Property Owner(s)

78-80 ST. MARKS PLACE, LLC

## Land Information

| | |
|---|---|
| Lot Size | |
|     Frontage (feet) | 50.00 |
|     Depth (feet) | 97.50 |
|     Land Area (sqft) | 4,875 |
| Regular / Irregular | Regular |
| Corner | |
| Number of Buildings | 1 |
| Building Size | |
|     Frontage (feet) | 50.00 |
|     Depth (feet) | 98.00 |
| Stories | 4 |
| Extension | E |

## Assessment Information

| Description | Land | Total |
|---|---|---|
| ESTIMATED MARKET VALUE | 1,010,000 | 8,205,000 |
| MARKET AV | 454,500 | 3,692,250 |
| MARKET EX | | 0 |
| 8-30% limitation - AV | 152,087 | 1,235,520 |
| EXEMPT VALUE | | 0 |

*The subject property real estate taxes are average and typical for this type of property in this part of town, considering the subject's location and size.*

**NYC Department of Finance**

# Property Tax
## Quarterly Statement
Activity through February 27, 2021

Owner name: 78-80 ST. MARKS PLACE, LLC
Property address: 78 SAINT MARKS PL.
Borough, block & lot: MANHATTAN (1), 00449, 0028

**Mailing address:**
78-80 ST. MARKS PLACE, LLC
78 SAINT MARKS PL. # 80
NEW YORK NY 10003-8176

| | |
|---|---|
| Outstanding Charges | $77,888.58 |
| New Charges | $0.00 |
| **Amount Due** | **$77,888.58** |

*Please pay by April 1, 2021*

Most Department of Finance services are available online:
· To pay your bill, visit nyc.gov/payonline.
· For general information, visit nyc.gov/finance.
· To submit a question to the Department of Finance, visit nyc.gov/dofaccount.

PTS - LD
400.01
0 - 0 - 28
15497

-------------------------------------------------------------------------------------------

**NYC Department of Finance**

PLEASE INCLUDE THIS COUPON IF YOU PAY BY MAIL OR IN PERSON  1-00449-0028

**Total amount due by April 1, 2021**                                           $77,888.58

Amount enclosed:

*802695421022701*

78-80 ST. MARKS PLACE, LLC
78 SAINT MARKS PL. # 80
NEW YORK NY 10003-8176

**Make checks payable & mail payment to:**
NYC Department of Finance
P.O. Box 680
Newark NJ 07101-0680

8026954210227 01 1004490028 0000007788858 0000007788858 210401112021000   5

SUBJECT PROPERTY - CURRENT FEBRUARY 2021 NYC REAL ESTATE TAX BILL



**Department of Finance**

**Statement Details**

February 27, 2021
78-80 St. Marks Place, LLC
78 Saint Marks Pl.
1-00449-0028
Page 2

| Billing Summary | Activity Date | Due Date | Amount |
|---|---|---|---|
| Outstanding charges including interest and payments | | | $77,888.58 |
| **Total amount due** | | | **$77,888.58** |

## Annual Property Tax Detail

| | Overall | |
|---|---|---|
| | **Tax Rate** | |
| Tax class   2B - 7-10 Unit Residentl Rental Bldg | | |
|  Current tax rate | 12.2670% | |
| **Estimated Market Value   $8,205,000** | | |

| | | Taxes |
|---|---|---|
| **Billable Assessed Value** | **$1,235,520** | |
| **Taxable Value** | $1,235,520 x 12.2670% | |
| **Tax Before Abatements and STAR** | $151,561.24 | **$151,561.24** |
| **Annual property tax** | | **$151,561.24** |

**NEW LAW:** To learn about Local Law 147, which requires residential buildings with three or more units to create a policy on smoking and share it with current and prospective tenants, visit www.nyc.gov/health/tobaccocontrol.

Please call 311 to speak to a representative to make a property tax payment by telephone.

For information about the interest rate charged on late payments, visit nyc.gov/taxbill.

Register to receive your property tax payment receipts by email! Visit nyc.gov/contactdof to sign up.

## MANHATTAN ASSESSMENT REPORT

**Property Address**
78 ST MARKS PL
EAST VILLAGE NY 10003

**Alternative Address**

EAST VILLAGE NY 10003

### LEGAL

Section : 2
Block   : 449
Lot     : 28
Volume  : 5
Census : 38
APN     : 1004490028

| | |
|---|---|
| **Tax Payers Name** | : 78-80 ST. MARKS PLACE, |
| **Owner Occupied** | : YES |
| **Owner's Name** | : 78-80 ST. MARKS PLACE, |
| **Mailing Address** | : 78 ST MARKS PL |
| | NEW YORK, NY 10003 |

### BUILDING DATA

Classification  : C7
Year Built      : 1920
Number of Bldg : 1
Building Size   : 50.00x98.00
Num of Stories  : 4.00
Bldg Sq Feet    : 19600
Num of Units    : 9
Gross Bldg SF   : 14400
FAR / MAX FAR : 2.950 / 3.440

### PROPERTY DATA

| | | |
|---|---|---|
| Waterfront | : NO | |
| Lot Size/Shape | : 50.00x97.50 / REGULAR | |
| Lot Sq Feet | : 4875 | |
| Corner | : | |
| Ext | : E | Flood Panel : 3604970201F |
| Tax Class | : 2 | Flood Zone : X |
| Police Precinct | : 9 | Panel Date : 09/05/07 |
| Fire District | : L011 | |
| Basement | : Full Basement that is Above Grade. The basement is 75% or more of the area of the first floor and the basement walls are at least 4 feet high on at least two sides. | |

Building Classification Definition : C7  OVER 6 FAMILIES WITH STORES
Zoning :: Map# :: Definition     : R7A :: 12c ::

### TAX DATA

| | | LAND | TOTAL |
|---|---|---|---|
| **Current Assessed Value** | : | 153,772 | 1,188,000 |
| **Transitional Assessed Value** | : | 152,087 | 1,235,520 |
| **Current Exemption** | : | 454,500 | 3,692,250 |
| **Current Tax Amount Total** | : | 19,180 | 148,179 ** CURRENT EXEMPTIONS NOT INCLUDED |

Subject

## SITE ANALYSIS

The Subject site is located on the south side of St. Mark's Place, between  First and  Second Avenues (approximately 50' west of First Avenue),  in the City, County and State of New York.

The subject site has frontage of approximately 50' along  St. Marks Place and a depth of approximately 97.50', containing a  total gross area of approximately 4,875 SQ.FT., according to New York City public records.

The site is regular (rectangle)  in shape, is level  and is at grade**.**   The site is located approximately 50' west of First Avenue.

The site is improved with all available public utilities including city sewers**.**  The legal description of the subject site is: Block:  449,  Lot:  28.

The site is improved with two circa 1830-50  Construction Walk-up  4-Story + Basement and Cellar painted brick façade "C7"   class Mixed-Use combined and attached (attached at the BELOW GRADE Cellar and SIDEWALK LEVEL Basement)  buildings.  **The subject is not located within an Historic District.**

## FLOOD ZONE

The subject property is not located in a Flood Hazard Zone.



**ZONING MAP**



NEW YORK CITY DEPT. OF CITY PLANNING 2021 ZONING AND LAND USE MAP
21-12129-mg   Doc 31-8   Filed 03/24/22   Entered 02/24/22 17:05:10   Exhibit 8 to
the Omnibus Objection - Ronald Gold Appraisal    Pg 89 of 341



## 78 ST MARKS PLACE, 10003

TAX LOT | BBL 1004490028

Manhattan (Borough 1)  Block 449  Lot 28

**Zoning District:**  R7A   C1-5

INTERSECTING MAP LAYERS :

Inclusionary Housing Zone

ZONING DETAILS:

Digital Tax Map
Zoning Map: 12c (PDF)
Historical Zoning Maps (PDF)

| | |
|---|---|
| Owner | Show Owner |
| Land Use | Mixed Residential & Commercial Buildings |
| Lot Area | 4,875 sq ft |
| Lot Frontage | 50 ft |
| Lot Depth | 97.5 ft |
| Year Built | 1920 |
| Building Class | Walk-up Apartments - Over Six Families With Stores ( C7 ) |
| Number of Buildings | 3 |
| Number of Floors | 4 |
| Gross Floor Area | 14,400 sq ft |
| Total # of Units | 9 |
| Residential Units | 7 |
| Building Info | BISWEB |
| Property Records | View ACRIS |
| Housing Info | View HPD's Building, Registration & Violation Records |
| Community District | Manhattan Community District 3 |
| City Council District | Council District 2 |
| School District | 01 |
| Police Precinct | 9 |
| Fire Company | L011 |
| Sanitation Borough | 1 |
| Sanitation District | 03 |
| Sanitation Subsection | 4B |

Powered by ZoLa  |  zola.planning.nyc.gov  |  NYC Department of City Planning

Privacy - Term

78-80 St. Marks Place LLC
RE:  78-80 St. Marks Place
       New York, New York  10003
Page 31

# ZONING   R7A (in a C1-5 Commercial Overlay). Courtesy of the City of New York



78-80 St. Marks Place Zoning Map

## ZoLa - Zoning and Land Use

MANHATTAN Block: 449 Lot: 28

- Zoning

**Zoning Information:**

Borough: Manhattan Block: 449 Lot: 28

Zoning: R7A

Commercial Overlay: C1-5

Zoning Map: 12c

Historical Zoning Maps: 12c

Department of City Planning, Zoning Database (updated monthly)

Mixed Use District

21-12139-mg    Doc 31-3    Filed 02/24/22    Entered 02/24/22 17:05:10    Exhibit 8 to
the Omnibus Objection - Ronald Gold Appraisal    Pg 91 of 341
**COURTESY, NYC ZONING DEPT. / East Village / Lower East Side -**

- As a result of discussions with community stakeholders, led by the Community Board and with the support of elected officials, the Department of City Planning agreed to analyze an Alternative Action proposal as a part of the Draft Environmental Impact Statement (DEIS), and on May 2, 2008, the Department issued a Notice of Completion (NOC) for the DEIS.

## R7A* with Inclusionary Housing

An R7A district, where the Inclusionary Housing Program is applicable, is proposed along the wide streets north of Houston Street, where the Department's rezoning currently proposes R7A districts. The affected areas include: Second Avenue, First Avenue, Avenue A and Avenue C.

The R7A district with Inclusionary Housing permits community facility uses at an FAR of 4.0, as in the Department's proposal. In conjunction with a proposed zoning text amendment which would apply the program to the proposed areas, these R7A districts would permit a maximum FAR of 4.6 for residential use, if affordable housing units were provided. For residential development that does not include any affordable housing units, the maximum FAR would be limited to 3.45.

The building height and street wall requirements for the R7A districts as analyzed in this Alternative would remain the same as those established by the R7A district as originally proposed. Overall building heights would be limited to 80 feet, after a setback over a street wall base between 40 and 65 feet high. In keeping with the proposal framework by addressing neighborhood character, these bulk regulations would ensure that new development reflects the consistent, low- to mid-rise character found throughout the area.



Proposed R7A District

Base Res. FAR: 3.45

I.H.: 1.15

Maximum FAR: 4.6

40'-65' Base, 80' Max. Height

# C1 & C2 Zoning Code - New York City

## What is a C1 or a C2 Zoning District?

C1 & C2 (C1-1, C1-2, C1-3, C1-4, C1-5) & (C2-1, C2-2, C2-3, C2-4, C2-5) - C1-1 through C1-5 and C2-1 through C2-5 districts are mapped as commercial overlays within residence districts. They are mapped along streets that serve the local retail needs of the surrounding residential neighborhood, and are found extensively throughout the city's lower- and medium-density areas, and occasionally in higher-density areas.

Typical retail uses include grocery stores, restaurants and beauty parlors, catering to the immediate neighborhood. C2 districts permit a slightly wider range of uses - such as funeral homes and repair services - than C1 districts. In mixed residential/commercial buildings, commercial uses are limited to one or two floors and must always be located below the residential use.

When commercial overlays are mapped in R1 through R5 districts, the maximum commercial floor area ratio is 1.0; when mapped in R6 through R10 districts, the maximum commercial FAR is 2.0. Commercial buildings are subject to commercial bulk rules.

Overlay districts are distinct from other commercial districts in that residential bulk is governed by the residence districts within which the overlay is mapped. All other commercial districts that permit residential use are assigned a specific residential district equivalent. However, when residences are constructed in any commercial district, certain regulations that apply in residence districts are waived, such as front and side yard requirements. Unless otherwise indicated, the depth of overlay districts ranges from 100 to 200 feet.

Generally, the lower the numerical suffix, the more off-street parking is required. For example, in C1-1 districts, typically mapped in outlying areas of the city, a large food store would require one parking space for every 100 square feet of floor area, whereas no parking would be required in C1-5 districts, which are well served by mass transit.

**Other C1 & C2 (C1-6, C1-7, C1-8, C1-9) & (C2-6, C2-7, C2-8)** - C1-6 through C1-9 and C2-6 through C2-8 districts are commercial districts that are predominantly residential in character. They are mapped along major thoroughfares in medium- and higher-density areas of the city. As in overlay districts, typical retail uses include grocery stores, drug stores, small dry cleaners, restaurants, and local clothing stores that cater to the daily needs of the immediate neighborhood. There are only minor differences between C1 and C2 districts, with a slightly wider range of uses permitted in C2 districts, such as funeral homes and local repair services. In buildings with residential uses, commercial uses are limited to one or two floors and must always be located below the residential use.

The maximum commercial floor area ratio is 2.0. Residential uses are governed by a specific residential district equivalent. For example, in C1-6 districts, the bulk regulations of R7 districts apply for residential uses, and in C2-8A districts, the bulk regulations or R10A districts apply. Since these districts are usually mapped in areas well served by mass transit, parking is generally not required.

**Commercial Districts: C1 & C2 Overlays**

C1 & C2 Overlays ▼

C1–1 C1–2 C1–3 C1–4 **C1–5**

C2–1 C2–2 C2–3 C2–4 C2–5

C1-1 through C1-5 and C2-1 through C2-5 districts are *commercial overlays* mapped within residence districts. Mapped along streets that serve local retail needs, they are found extensively throughout the city's lower- and medium-density areas and occasionally in higher-density districts.



Typical retail *uses* include neighborhood grocery stores, restaurants and beauty parlors. C2 districts permit a slightly wider range of uses, such as funeral homes and repair services. In *mixed buildings*, commercial uses are limited to one or two floors and must always be located below the residential use.

⬛**View Larger Image**

When commercial overlays are mapped in R1 through R5 districts, the maximum commercial *floor area ratio* (FAR) is 1.0; when mapped in R6 through R10 districts, the maximum commercial FAR is 2.0. Commercial buildings are subject to commercial *bulk* rules. Overlay districts differ from other commercial districts in that residential bulk is governed by the residence district within which the overlay is mapped. All other commercial districts that permit residential use are assigned a specific *residential district equivalent*. Unless otherwise indicated on the *zoning maps*, the depth of overlay districts ranges from 100 to 200 feet. Generally, the lower the numerical suffix, the more off-street parking is required. For example, in C1-1 districts, typically mapped in outlying areas of the city, a large food store would require one parking space for every 100 square feet of floor area, whereas no parking is required in C1-5 districts, which are well served by mass transit.



| C1 & C2 Commercial Overlay Districts | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | C1-1 | C1-2 | C1-3 | C1-4 | C1-5 | C2-1 | C2-2 | C2-3 | C2-4 | C2-5 |
| Commercial FAR within R1-R5 | 1.0 | 1.0 | | | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| Commercial FAR within R6-R10 | 2.0 | 2.0 | 2.0 | | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 |
| Depth of Overlay District (in feet) | 200 | 150 | 150 | 100 | 100 | 150 | 150 | 150 | 100 | 100 |

78-80 St. Marks Place LLC
RE:  78-80 St. Marks Place
     New York, New York  10003
Page 89

## NEIGHBORHOOD ANALYSIS

The subject property is located in the heart of Manhattan's East Village.  This part of town has always been a separate, distinct section of New York.  Even today, when it is still officially part of Manhattan, it is still very much a city-within-a-city, and not a homogeneous one at that. The "trendy" Lower East Side is directly to the south of the subject area has improved significantly over the last 20  years.  Both  the East Village and the Lower East Side neighborhoods are now home to trendy "theme bars" and "wild nightlife" popular with the younger set.  In addition, numerous recently erected condominium mid- and hi-rise developments have shot up along Houston Street and the Bowery over the last 8 years.


The general area known as "The Village,"  as it is now called, is home to students of New York University at Washington Square,  5 blocks southwest of the subject.    There are numerous Off-Off Broadway theaters, jazz clubs, dance clubs (formerly "discos").  The Village is radical and old guard, grand and glitzy, artistic and unappetizing.  Indeed, this is the former congressional district of the former NYC Mayor Edward I. Koch.   It arouses fanatical loyalty among its residents . . . who fight among themselves about social and political issues of the day, but also fight to maintain the human scale and to preserve the history of The Village.  The Village (incorporating both the East and West Village), generally thought of as extending from Houston Street north to 14th Street and from The East River west to the Hudson River, contains the Greenwich Village Historic District, the largest and most diverse in the city (from Washington Square North to 14th Street).  In the 1930's The Village was home not only to Bohemians, but also to old families and white-collar workers.  After World War II, the beat generation and the "druggies" discovered The East and West Village.  Later on commercialism set in and developers got their hooks in.  Although residents have fought hard to keep the community the way it is, apartment houses have made inroads as well.

**<u>Public transportation</u>** accessibility for the subject property is **<u>above average,</u>** with stop of the Lexington
Avenue IRT #6  train  at Astor Place, 2 blocks west of the subject.   Bus service is above average, with service
available crosstown along 8th and 9th Streets (**<u>The M9 Bus</u>**).    In  addition, the M9  bus stops along Avenue B,
approximately 2 blocks from the subject.  This bus travels from Greenwich Avenue (in the West Village) east,
then south via Avenue B, leading to East Houston Street, and continuing south on Essex Street to Lower
Manhattan.  **<u>North/South bus service</u>** (M15) can be found along 1st and 2nd Avenue.

**<u>Supporting commercial facilities</u>** are readily available along 1st and 2nd and 3rd Avenues and along St. Marks
Place,  where a wide variety of trendy restaurants,  "old world" early 20th century delicatessens,  trendy new
restaurants and clubs,  boutiques, discount electronics stores, dry cleaners, pharmacies, shoe stores**,**  "gray
market" discount clothing stores as well as "art movie and independent film houses" can be found.    **<u>Three
formidable world-class educational institutions</u>** are located in the greater East Village general subject area.
**<u>Cooper Union College,</u>** founded in the mid-19[th] century,  is located just 2 blocks west of the subject. There is
a recently erected (2008 construction) Cooper Union College Building along Third  Avenue.   Cooper Union's
auditorium is one of the oldest in New York City, and Lincoln gave a notable historic campaign speech there
in 1860.    **<u>The New School</u>** *(10  blocks northwest  of the subject)*  was founded in the 1930's as America's
first "avant-garde" university for adults.  It still champions social causes and offers a dazzling variety of night
school courses, as well as fully matriculated degree courses of study.  It  completed construction on its main
headquarters building in 2014,  at 14th Street and Fifth Avenue.    **<u>New York University</u>**, a major commercial
and cultural anchor in the immediate subject area,  is located within a 10-block radius to the west  of the
subject, in and around  Washington Square and consists of 13 colleges and schools, including top notch law
and medical schools.

# East Village, Manhattan - Courtesy Wikipedia

From Wikipedia, the free encyclopedia

The **East Village** is a neighborhood on the East Side of Lower Manhattan in New York City. It is roughly defined as the area east of the Bowery and Third Avenue, between 14th Street on the north and Houston Street on the south.[2] The East Village contains three subsections: Alphabet City, in reference to the single-letter-named avenues that are located to the east of First Avenue; Little Ukraine, near Second Avenue and 6th and 7th Streets; and the Bowery, located around the street of the same name.

Initially, what is now the East Village was occupied by the Lenape Native Americans, and was then divided into plantations by Dutch settlers. During the early 19th century, the East Village contained many of the city's most opulent estates. By the middle of the century, it grew to include a large immigrant population—including what was once referred to as Manhattan's Little Germany—and was considered part of the nearby Lower East Side. By the late 1960s, many artists, musicians, students and hippies began to move into the area, and the East Village was given its own identity. Since at least the 2000s, gentrification has changed the character of the neighborhood.

The East Village is part of Manhattan Community District 3, and its primary ZIP Codes are 10003 and 10009.[1] It is patrolled by the 9th Precinct of the New York City Police Department.

## History

### Early development



Stuyvesant Street, one of the neighborhood's oldest streets, in front of St. Mark's Church in-the-Bowery. It served as the boundary between boweries 1 and 2, owned by Peter Stuyvesant.

The area that is today known as the East Village was originally occupied by the Lenape Native Americans.[6] The Lenape relocated during different seasons, moving toward the shore to fish during the summers, and moving inland to hunt and grow crops during the fall and winter.[7] Manhattan was purchased in 1626 by Peter Minuit of the Dutch West India Company, who served as director-general of New Netherland.[8][9] The population of the Dutch colony of New Amsterdam was located primarily below the current Fulton Street, while north of it were a number of small plantations and large farms that were then called *bouwerij* (anglicized to "boweries"; modern Dutch: *boerderij*). Around these farms were a number of enclaves of free or "half-free" Africans, which served as a buffer between the Dutch and the Native Americans.[6][10] One of the largest of these was located along the modern Bowery between Prince Street and Astor Place, as well as the "only separate enclave" of this type within Manhattan.[6][11] These black farmers were some of the earliest settlers of the area.

There were several "boweries" within what is now the East Village. Bowery no. 2 passed through several inhabitants, before the eastern half of the land was subdivided and given to Harmen Smeeman in 1647. Peter Stuyvesant, the director-general of New Netherland, owned adjacent bowery no. 1 and

bought bowery no. 2 in 1656. Stuyvesant's manor, also called Bowery, was located near what is now 10th Street between Second and Third Avenues. Though the manor burned down in the 1770s, his family held on to the land for over seven generations, until a descendant began selling off parcels of the property in the early 19th century.[13][14] Bowery no. 3 was located near today's 2nd Street between Second Avenue and the modern street named Bowery. It was owned by Gerrit Hendricksen in 1646 and later given to Philip Minthorne by 1732. The Minthorne and Stuyvesant families both owned slaves on their farms.[14] According to an 1803 deed, Stuyvesant's slaves were to be buried in a cemetery plot at St. Mark's Church in-the-Bowery.[15] The Stuyvesants' estate later expanded to include two Georgian-style manors: the "Bowery House" to the south[13][14] and "Petersfield" to the north.[16][17]

Many of these farms had become wealthy country estates by the middle of the 18th century. The Stuyvesant, DeLancey, and Rutgers families would come to own most of the land on the Lower East Side, including the portions that would later become the East Village.[18] By the late 18th century, Lower Manhattan estate owners started having their lands surveyed to facilitate the future growth of Lower Manhattan into a street grid system. The Stuyvesant plot, surveyed in the 1780s or 1790s, was planned to be developed with a new grid around Stuyvesant Street, a street that ran compass west–east. This contrasted with the grid system that was ultimately laid out under the Commissioners' Plan of 1811, which is offset by 28.9 degrees clockwise. Stuyvesant Street formed the border between former boweries 1 and 2, and the grid surrounding it included four north–south and nine west–east streets.[13][14] Because each landowner had done their own survey, there were multiple different street grids that did not align with each other. Various state laws, passed in the 1790s, gave the city of New York the ability to plan out, open, and close streets.[16][17] The final plan, published in 1811, resulted in the current street grid north of Houston Street, and most of the streets in the modern East Village were conformed to this plan, except for Stuyvesant Street.[19] The north–south avenues within the Lower East Side were finished in the 1810s, followed by the west–east streets in the 1820s.[20]

## Upscale neighborhood



Hamilton-Holly House



Daniel LeRoy House

Two of the remaining terrace houses on St. Mark's Place, both are city landmarks[17]

The Commissioners' Plan and resulting street grid was the catalyst for the northward expansion of the city,[21] and for a short period, the portion of the Lower East Side that is now the East Village was one of the wealthiest residential neighborhoods in the city.[22] Bond Street between the Bowery and Broadway, just west of the East Side within present-day NoHo, was considered the most upscale street address in the city by the 1830s,[18] with structures such as the Greek Revival-style Colonnade Row and Federal-style rowhouses.[23][17] The neighborhood's prestigious nature could be attributed to several factors, including a rise in commerce and population following the Erie Canal's opening in the 1820s.[21]

Following the grading of the streets, development of rowhouses came to the East Side and NoHo by the early 1830s.[21] One set of Federal-style rowhouses was built in the 1830s by Thomas E. Davis on 8th Street between Second and Third Avenues. That block was renamed "St. Mark's Place" and is one of the few remaining terrace names in the East Village.[24] In 1833, Davis and Arthur Bronson bought the entire block of 10th Street from Avenue A to Avenue B. The block was located adjacent to Tompkins Square Park, located between 7th and 10th Streets from Avenue A to Avenue B, designated the same year.[25] Though the park was not in the original Commissioners' Plan of 1811, part of the land from 7th to 10th Streets east of First Avenue had been set aside for a marketplace that was ultimately never built.[6] Rowhouses of 2.5 to 3 stories were built on the side streets by such developers as Elisha Peck and Anson Green Phelps; Ephraim H. Wentworth; and Christopher S. Hubbard and Henry H. Casey.

Mansions were also built on the East Side. One notable address was the 12-house development called "Albion Place", located on Fourth Street between the Bowery and Second Avenue, built for Peck and Phelps in 1832–1833.[23][24] Second Avenue also had its own concentration of mansions, though most residences on that avenue were row houses built by speculative land owners, including the Isaac T. Hopper House.[24][27] One *New York Evening Post* article in 1846 said that Second Avenue was to become one of "the two great avenues for elegant residences" in Manhattan, the other being Fifth Avenue.[19] Two marble cemeteries were also built on the East Side: the New York City Marble Cemetery, built in 1831 on 2nd Street between First and Second Avenues,[28]:1 and the New York Marble Cemetery, built in 1830 within the backlots of the block to the west.[29]:1 Following the rapid growth of the neighborhood, Manhattan's 17th ward was split from the 11th ward in 1837. The former covered the area from Avenue B to the Bowery, while the latter covered the area from Avenue B to the East River.[30]

## Immigrant neighborhood[

### 19th century
*See also: Little Germany, Manhattan*



Former German-American Shooting Society Clubhouse at 12 St Mark's Place (1885), part of Little Germany

By the middle of the 19th century, many of the wealthy had continued to move further northward to the Upper West Side and the Upper East Side.[31]:10 Some wealthy families remained, and one observer

noted in the 1830s that these families "looked down with disdain upon the parvenus of Fifth
avenue."[32] In general, though, the wealthy population of the neighborhood started to decline as many
moved northward. Immigrants from modern-day Ireland, Germany, and Austria moved into the
rowhouses and manors.[30]

The population of Manhattan's 17th ward, which included the western part of the modern East Village
and Lower East Side, doubled from 18,000 people in 1840 to over 43,000 in 1850, and nearly doubled
yet again to 73,000 persons in 1860, becoming the city's most highly populated ward at that time.[30][33]:29,
32 As a result of the Panic of 1837, the city had experienced less construction in the previous years, and
so there was a dearth of units available for immigrants, resulting in the subdivision of many houses in
lower Manhattan.[30][34] Another solution was brand-new "tenant houses", or tenements, within the East
Side.[31]:14–15 Clusters of these buildings were constructed by the Astor family and Stephen Whitney.[35] The
developers rarely involved themselves with the daily operations of the tenements, instead
subcontracting landlords (many of them immigrants or their children) to run each building.[36] Numerous
tenements were erected, typically with footprints of 25 by 25 feet (7.6 by 7.6 m), before regulatory
legislation was passed in the 1860s.[35] To address concerns about unsafe and unsanitary conditions, a
second set of laws was passed in 1879, requiring each room to have windows, resulting in the creation
of air shafts between each building. Subsequent tenements built to the law's specifications were referred
to as Old Law Tenements.[37][38] Reform movements, such as the one started by Jacob Riis's 1890
book How the Other Half Lives, continued to attempt to alleviate the problems of the area
through settlement houses, such as the Henry Street Settlement, and other welfare and service
agencies.

Because most of the new immigrants were German speakers, modern East Village and the Lower East
Side collectively became known as "Little Germany" (German: Kleindeutschland).[33]:29[39][40][41] The
neighborhood had the third largest urban population of Germans outside of Vienna and Berlin. It was
America's first foreign language neighborhood; hundreds of political, social, sports and recreational
clubs were set up during this period.[39] Numerous churches were built in the neighborhood, of which
many are still extant.[37] In addition, Little Germany also had its own library on Second Avenue,[40] now
the New York Public Library's Ottendorfer branch.[42] However, the community started to decline after the
sinking of the General Slocum on June 15, 1904, in which over a thousand German-Americans died.

The Germans who moved out of the area were replaced by immigrants of many different
nationalities.[44] This included groups of Italians and Eastern European Jews, as well as Greeks,
Hungarians, Poles, Romanians, Russians, Slovaks and Ukrainians, each of whom settled in relatively
homogeneous enclaves.[12]:769–770 In How the Other Half Lives, Riis wrote that "a map of the city, colored to
designate nationalities, would show more stripes than on the skin of a zebra, and more colors than any
rainbow."[38]:20 One of the first groups to populate the former Little Germany were Yiddish-
speaking Ashkenazi Jews, who first settled south of Houston Street before moving
northward.[45] The Roman Catholic Poles as well as the Protestant Hungarians would also have a
significant impact in the East Side, erecting houses of worship next to each other along 7th Street at the
turn of the 20th century. American-born New Yorkers would build other churches and community
institutions, including the Olivet Memorial Church at 59 East 2nd Street (built 1891), the Middle
Collegiate Church at 112 Second Avenue (built 1891–1892), and the Society of the Music School
Settlement, now Third Street Music School Settlement, at 53–55 East 3rd Street (converted 1903–
1904).[46] By the 1890s, tenements were being designed in the ornate Queen Anne and Romanesque
Revival styles, though tenements built in the later part of the decade were built in the Renaissance
Revival style.[47] At the time, the area was increasingly being identified as part of the Lower East Side.



The Village East Cinema/Louis N. Jaffe Theater was originally a Jewish theater

*See also: Yiddish Theatre District*

By the 1890s and 1900s, any remaining manors on Second Avenue had been demolished and replaced with tenements or apartment buildings. The New York State Tenement House Act of 1901 drastically changed the regulations to which tenement buildings had to conform.[49][50] The early 20th century marked the creation of apartment houses,[51] office buildings,[52] and other commercial or institutional structures on Second Avenue.[53] After the widening of Second Avenue's roadbed in the early 1910s, many of the front stoops on that road were eliminated.[54] The symbolic demise of the old fashionable district came in 1912 when the last resident moved out of the Thomas E. Davis mansion at Second Avenue and St. Mark's Place, which *The New York Times* had called the "last fashionable residence" on Second Avenue.

Simultaneously with the decline of the last manors, the Yiddish Theatre District or "Yiddish Rialto" developed within the East Side. It contained many theaters and other forms of entertainment for the Jewish immigrants of the city.[56][57] While most of the early Yiddish theaters were located south of Houston Street, several theater producers were considering moving north along Second Avenue by the first decades of the 20th century.[58] Second Avenue gained more prominence as a Yiddish theater destination in the 1910s with the opening of two theatres: the Second Avenue Theatre, which opened in 1911 at 35–37 Second Avenue,[59] and the National Theater, which opened in 1912 at 111–117 East Houston Street.[60] This was followed by the opening of several other theaters, such as the Louis N. Jaffe Theater and the Public Theatre in 1926 and 1927 respectively. Numerous movie houses also opened in the East Side, including six on Second Avenue.[61] By World War I, the district's theaters hosted as many as 20 to 30 shows a night.[57] After World War II, Yiddish theater became less popular,[62] and by the mid-1950s few theaters were still extant in the District.

The city built First Houses on the south side of East 3rd Street between First Avenue and Avenue A, and on the west side of Avenue A between East 2nd and East 3rd Streets in 1935–1936, the first such public housing project in the United States.[12]:769–770[64]:1 The neighborhood originally ended at the East River, to the east of where Avenue D was later located. In the mid-20th century landfill—including World War II debris and rubble shipped from London—was used to extend the shoreline to provide foundation for the Franklin D. Roosevelt Drive.[65] In the mid-20th century, Ukrainians would create a Ukrainian enclave in the neighborhood, centered around Second Avenue and 6th and 7th Streets.[66][67] The Polish enclave in the East Village persisted as well. Numerous other immigrant groups had moved out, and their former churches were sold and became Orthodox cathedrals.[66] Latin American immigrants started to move to the East Side, settling in the eastern part of the neighborhood and creating an enclave that later came to be known as Loisaida.



St. Nicholas Kirche at East 2nd Street, just west of Avenue A. The church and almost all buildings on the street were demolished in 1960 and replaced with parking lots for the Village View Houses[71]

The East Side's population started to decline at the start of the Great Depression in the 1930s and the implementation of the Immigration Act of 1924, and the expansion of the New York City Subway into the outer boroughs.[72] Many old tenements, deemed to be "blighted" and unnecessary, were destroyed in the middle of the 20th century.[73] A substantial portion of the neighborhood, including the Ukrainian enclave, was slated for demolition under the Cooper Square Urban Renewal Plan of 1956, which was to redevelop the area from Ninth to Delancey Streets from the Bowery/Third Avenue to Chrystie Street/Second Avenue with new privately owned cooperative housing.[73][74] The United Housing Foundation was selected as the sponsor for the project,[5] and there was significant opposition to the plan, as it would have displaced thousands of people.[76] Neither the original large-scale development nor a 1961 revised proposal were implemented and the city's government lost interest in performing such large-scale slum-clearance projects.[77] Another redevelopment project that was completed was the Village View Houses on First Avenue between East 2nd and 6th Streets, which opened in 1964[77] partially on the site of the old St. Nicholas Kirche.[71]

## Rebranding and cultural scene

### Initial rebranding[

Until the mid-20th century, the area was simply the northern part of the Lower East Side, with a similar culture of immigrant, working-class life. In the 1950s and 1960s, the migration of Beatniks into the neighborhood later attracted hippies, musicians, writers, and artists who had been priced out of the rapidly gentrifying Greenwich Village.[2][77][78]:254 Among the first displaced Greenwich Villagers to move to the area were writers Allen Ginsberg, W. H. Auden, and Norman Mailer, who all moved to the area in 1951–1953.[78]:258 A cluster of cooperative art galleries on East 10th Street (later collectively referred to as the 10th Street galleries) were opened around the same time, starting with the Tanger and the Hansa, which both opened in 1952.[77][79] Further change came in 1955 when the Third Avenue elevated railway above the Bowery and Third Avenue was removed.[77][80] This in turn made the neighborhood more attractive to potential residents, and by 1960, The New York Times said that "this area is gradually becoming recognized as an extension of Greenwich Village ... thereby extending New York's Bohemia from river to river".[77][81]

The 1960 Times article stated that rental agents were increasingly referring to the area as "Village East" or "East Village".[81] The new name was used to dissociate the area from the image of slums evoked by the Lower East Side. According to The New York Times, a 1964 guide called Earl Wilson's New York wrote that "artists, poets and promoters of coffeehouses from Greenwich Village are trying to remelt the neighborhood under the high-sounding name of 'East Village.'"[2] Newcomers and real estate brokers popularized the new name, and the term was adopted by the popular media by the mid-1960s.[82]:ch. 5 A weekly newspaper with the neighborhood's new name, The East Village Other, started

publication in 1986. *The New York Times* declared that the neighborhood "had come to be known" as the East Village in the edition of June 5, 1967.

**Growth**



The Phyllis Anderson Theater, one of several theaters that were originally Yiddish theaters

The East Village became a center of the counterculture in New York, and was the birthplace and historical home of many artistic movements, including punk rock[83] and the Nuyorican literary movement.[84] Multiple former Yiddish theaters were converted for use by Off-Broadway shows: for instance, the Public Theater at 66 Second Avenue became the Phyllis Anderson Theater.[77] Numerous buildings on East 4th Street hosted Off-Broadway and Off-Off-Broadway productions, including the Royal Playhouse, the Fourth Street Theatre, the Downtown Theatre, the La MaMa Experimental Theatre Club, and the Truck & Warehouse Theater just on the block between Bowery and Second Avenue.[66][81]

By the 1970s and 1980s, the city in general was in decline and nearing bankruptcy, especially after the 1975 New York City fiscal crisis.[68] Residential buildings in the East Village suffered from high levels of neglect, as property owners did not properly maintain their buildings.[82]:191–194 The city purchased many of these buildings, but was also unable to maintain them due to a lack of funds.[68] Following the publication of a revised Cooper Square renewal plan in 1986,[85] some properties were given to the Cooper Square Mutual Housing Association as part of a 1991 agreement.[85][86]

In spite of the deterioration of the structures within the East Village, its music and arts scenes were doing well. By the 1970s, gay dance halls and punk rock clubs had started to open in the neighborhood.[85] These included the Fillmore East Music Hall (later a gay private nightclub called The Saint), which was located in a movie theater at 105 Second Avenue.[85][78]:264 The Phyllis Anderson Theatre was converted into Second Avenue Theater, an annex of the CBGB music club, and hosted musicians and bands such as Bruce Springsteen, Patti Smith, and the Talking Heads. The Pyramid Club, which opened in 1979 at 101 Avenue A, hosted musical acts such as Nirvana and Red Hot Chili Peppers, as well as drag performers such as RuPaul and Ann Magnuson.[85] In addition, there were over 100 art galleries in the East Village by the mid-1980s. These included Patti Astor and Bill Stelling's Fun Gallery at 11th Street, as well as numerous galleries on 7th Street.[85]

**Decline[**

By 1987, the visual arts scene was in decline.[87] Many of these art galleries relocated to more profitable neighborhoods such as SoHo, or closed altogether.[88][85] The arts scene had become a victim of its own success, since the popularity of the art galleries had revived the East Village's real estate market.[89]



A wall in the East Village in 1998, featuring a mural of two men

One club that tried to resurrect the neighborhood's past artistic prominence was Mo Pitkins' House of Satisfaction, part-owned by comedian Jimmy Fallon before it closed in 2007.[90] A Fordham University study, examining the decline of the East Village performance and art scene, stated that "the young, liberal culture that once found its place on the Manhattan side of the East River" has shifted in part to new neighborhoods like Williamsburg in Brooklyn.[91][92] There are still some performance spaces, such as Sidewalk Cafe on 6th Street and Avenue A, where downtown acts find space to exhibit their talent, as well as the poetry clubs Bowery Poetry Club and Nuyorican Poets Café.[93]

## Gentrification, preservation, and present day[edit]

In the late 20th and early 21st centuries, East Village became gentrified as a result of real-estate price increases following the success of the arts scene.[94][89] In the 1970s, rents were extremely low and the neighborhood was considered among the last places in Manhattan where many people would want to live.[95] However, as early as 1983, the *Times* reported that because of the influx of artists, many longtime establishments and immigrants were being forced to leave the East Village due to rising rents.[96] By the following year, young professionals constituted a large portion of the neighborhood's demographics.[95] Even so, crimes remained prevalent and there were often drug deals being held openly in Tompkins Square Park.[97]

Tensions over gentrification resulted in the 1988 Tompkins Square Park riot, which occurred following opposition to a proposed curfew that had targeted the park's homeless. The aftermath of the riot slowed down the gentrification process somewhat as real estate prices declined.[98] However, by the end of the 20th century, real estate prices had resumed their rapid rise. About half of the East Village's stores had opened within the decade since the 1970s, while vacancy rates in that period had dropped from 20% to 3%, indicating that many of the longtime merchants had been pushed out.[99]

By the early 21st century, some buildings in the area were torn down and replaced by newer buildings.[100] One example of this was in 2010, when actor David Schwimmer bought an 1852 townhouse on 6th Street and completely rebuilt it, despite having received several notices of its possible landmark status.[101]

### Rezoning

Due to the gentrification of the neighborhood, parties including the Greenwich Village Society for Historic Preservation (GVSHP), Manhattan Community Board 3, the East Village Community Coalition, and City Councilmember Rosie Mendez, began calling for a change to the area's zoning in the first decade of the 21st century. The city first released a draft in July 2006, which concerned an area bounded by East 13th Street on the north, Third Avenue on the west, Delancey Street on the south, and Avenue D on the east. The rezoning proposal was done in response to concerns about the character and scale of some of the new buildings in the neighborhood.[104] Despite protests and accusations of promoting gentrification and increased property values over the area's history and need for affordable housing, the rezoning was approved in 2008.[104] Among other things, The zoning established height limits for new development throughout the affected area, modified allowable density of real estate, capped air rights transfers, eliminated the current zoning bonus for dorms and hotels, and created incentives for the creation and retention of affordable housing.



"Extra Place", an obscure side street off of East 1st Street, just east of the Bowery

Local community groups such as the GVSHP are actively working to gain individual and district landmark designations for the East Village to preserve and protect the architectural and cultural identity of the neighborhood.[106] In early 2011, the New York City Landmarks Preservation Commission (LPC) proposed two East Village historic districts: a small district along the block of 10th Street that lies north of Tompkins Square Park, and a larger district focused around lower Second Avenue.[107] before later being expanded.[108] In January 2012, the East 10th Street Historic District was designated by the LPC,[109][110] and that October, the larger East Village/Lower East Side Historic District was also designated by the LPC.[111]

Several notable buildings are designated as individual landmarks, some due to the GVSHP's efforts. These include:

- The First Houses at East 3rd Street and Avenue A, the country's first public housing development, built in 1935 and designated in 1974

- The Stuyvesant Polyclinic at 137 Second Avenue, built in 1884 and designated in 1976[112]

- The Christodora House, built in 1928 and listed on the National Register of Historic Places in 1986[113]

- The Children's Aid Society's Tompkins Square Lodging House for Boys and Industrial School at 296 East 8th Street, built in 1886 and designated in 2000[114]

- Public School 64 at 350 East 10th Street, a French Renaissance Revival public school built in 1904–1906 by architect and school superintendent C.B.J. Snyder, designated in 2006[115]

- Webster Hall, a Romanesque Revival concert hall and nightclub designed in 1886,[116] designated in 2008[117]

- The Children's Aid Society's Elizabeth Home for Girls at 308 East 12th Street, built in 1891–1892 and designated in 2008[118]

- The Wheatsworth Bakery Building, built in 1927–1928 and designated in 2008[119]

- The St. Nicholas of Myra Church at 288 East 10th Street, designated in 2008[120]

- The Van Tassell and Kearney Horse Auction Mart at 126–128 East 13th Street, a horse auction mart built in 1903–1904, designated in 2012[121]

- The First German Baptist Church (Town & Village Synagogue) at 334 East 14th Street, designated in 2014



First Houses



Webster Hall



128 East 13th Street

East 5th Street between Second Avenue and Cooper Square is a typical side street in the heart of the East Village

Landmark efforts have included a number of losses as well. Despite the request of GVSHP and allied groups in 2012 for landmarking of Mary Help of Christians school, church and rectory, the site was demolished starting in 2013.[123] In 2011, an early 19th-century Federal house at 35 Cooper Square—one of the oldest on the Bowery and in the East Village—was approved for demolition to make way for a college dorm.[124] over requests of community groups and elected officials.[125] Furthermore, the LPC acts on no particular schedule, leaving open indefinitely some "calendared" requests for designation.[126] Sometimes it simply declines requests for consideration, as it did regarding an intact Italianate tenement at 143 East 13th Street.[127] In other cases, the LPC has refused the expansion of existing historic districts, as in 2016 when it declined to add 264 East 7th Street (the former home of

illustrator Felicia Bond) and four neighboring rowhouses to the East Village/Lower East Side Historic District.[128]

**2015 gas explosion[**

*Main article: 2015 East Village gas explosion*

On March 26, 2015, a gas explosion occurred on Second Avenue after a gas line was tapped.[129] The explosion and resulting fire destroyed three buildings at 119, 121 and 123 Second Avenue, between East 7th Street and St. Marks Place. Two people were killed, and at least twenty-two people were injured, four critically.[130] Three restaurants were also destroyed in the explosion.[131]

## Geography[edit]

Neighboring the East Village are the Lower East Side to the south, NoHo to the west, Stuyvesant Park to the northwest, and Stuyvesant Town to the northeast. The East Village contains several smaller vibrant communities, each with its own character.[132]

# Subsections[

**Alphabet City[**

Alphabet City is the eastern section of East Village that is so named because it contains avenues with single-lettered names, i.e. Avenues A, B, C, and D. It is bordered by Houston Street to the south and 14th Street to the north. Notable places within Alphabet City include Tompkins Square Park and the Nuyorican Poets Café.[69][133][134] Alphabet City also contains St. Marks Place, the continuation of Eighth Street between Third Avenue and Avenue A. The street contains a Japanese street culture; an aged punk culture and CBGB's new store; the former location of one of New York City's only Automats;[135] and a portion of the "Mosaic Trail", a trail of 80 mosaic-encrusted lampposts that runs from Broadway down Eighth Street to Avenue A, to Fourth Street and then back to Eighth Street.[136]

Alphabet City was once the archetype of a dangerous New York City neighborhood. Its turn-around was cause for *The New York Times* to observe in 2005 that Alphabet City went "from a drug-infested no man's land to the epicenter of downtown cool."[137] This part of the neighborhood has long been an ethnic enclave for Manhattan's German, Polish, Hispanic, and Jewish populations. Crime went up in the area in the late 20th century but then declined in the 21st century, as the area became gentrified.[138] Alphabet City's alternate name Loisaida, which is also used as the alternate name for Avenue C, is a term derived from the Latino, and especially Nuyorican, pronunciation of "Lower East Side". The term was originally coined by poet/activist Bittman "Bimbo" Rivas in his 1974 poem "Loisaida".[70][139]

**Bowery**



Once synonymous with "Bowery Bums", the Bowery area has become a magnet for luxury condominiums as the East Village neighborhood's rapid gentrification continues

*Main article: Bowery*

The Bowery was once known for its many homeless shelters, drug rehabilitation centers and bars. The phrase "On the Bowery", which has since fallen into disuse, was a generic way to say one was down-

and-out.[140] By the 21st century, the Bowery had become a boulevard with new luxury condominiums. Redevelopment of the avenue from flophouses to luxury condominiums has met resistance from long-term residents, who agree the neighborhood has improved but its unique, gritty character is disappearing.[141] The Bowery has also become an area with a diverse artistic community. It is the location of the Bowery Poetry Club, where artists Amiri Baraka and Taylor Mead have held regular readings and performances,[142] and until 2006 was home to the punk-rock nightclub CBGB.[143]

**Little Ukraine**



Taras Shevchenko Place, with St. George's Church on the north side, and St. George Academy on the south side.

Little Ukraine is an ethnic enclave in the East Village, which has served as a spiritual, political and cultural epicenter for several waves of Ukrainian Americans in New York City as far back as the late 19th century.[144]

At the beginning of the 20th century, Ukrainian immigrants began moving into areas previously dominated by fellow Eastern European and Galician Jews, as well as the Lower East Side's German enclave. After World War II, the Ukrainian population of the neighborhood reached 60,000,[67] but as with the city's Little Italy, today the neighborhood consists of only a few Ukrainian stores and restaurants. Today, the East Village between Houston and 14th Street, and Third Avenue and Avenue A[145] still houses nearly a third of New York City's Ukrainian population.[146] Several churches, including St. George's Catholic Church; Ukrainian restaurants and butcher shops; The Ukrainian Museum; the Shevchenko Scientific Society; and the Ukrainian Cultural Center are evidence of the impact of this culture on the area.[147]The gallery American Painting, located on E. 6th Street during 2004-2009, presented a painting exhibition by artists Andrei Kushnir and Michele Martin Taylor titled "East Village Afternoon" depicting many of these sites.[148]

Since the early 20th century, St. George Ukrainian Catholic Church has served as the anchor of Little Ukraine, offering daily liturgies and penances, and operating the adjoining St. George Academy, a coeducational parochial school. Starting in 1976, the church has sponsored an annual Ukrainian Heritage Festival, regularly described as one of the few remaining authentic New York City street fairs.[149] In April 1978, the New York City Council renamed Taras Shevchenko Place, a small connecting street between East 7th and 6th Streets, after Taras Shevchenko, Ukraine's national bard.[150]

# Culture

## Cultural institutions

**Preservation institution:**

- Greenwich Village Society for Historic Preservation[164]

**Gallery:**

- Tenth Street galleries

**Museums:**

- Museum of Reclaimed Urban Space
- New Museum of Contemporary Art
- Brant Foundation Art Museum
- The Ukrainian Museum

## Movie theaters

- Anthology Film Archives
- City Cinema Village East
- Landmark's Sunshine Theater
- Two Boots Pioneer Theater
- Village East Cinema

**Music venues:**

- Bowery Ballroom – concerts and shows
- Mercury Lounge – live music
- Nublu Club – live music
- The Stone – experimental music
- Rue B – live jazz

**Poetry venues:**

- Nuyorican Poets Café – music, poetry, readings, slams
- Bowery Poetry Club – music, poetry, readings, slams
- Poetry Project – at St. Mark's Church in-the-Bowery

**Theaters and performance spaces:**

- Amato Opera
- Bouwerie Lane Theatre
- Connelly Theater – historic Off-Broadway venue
- Danspace Project – at St. Mark's Church in-the-Bowery
- La MaMa E.T.C. – avant-garde theater
- Metropolitan Playhouse[165]
- The Ontological-Hysteric Theater – at St. Mark's Church in-the-Bowery
- The Pearl Theatre Company[166]
- Tompkins Square Park - Regular site of outdoor music, dance, and performance
- Performance Space New York
- Stomp! – long running Off-Broadway performance
- Theater for the New City[167]
- Theatre for a New Audience
- Wild Project[168]



The Nuyorican Poets Café off Avenue C and East 3 founding in 1973




The Bowery Poetry Club

# Neighborhood festivals



Sherry Vine and Joey Arias during the 2009 HOWL! Festival

- Mayday Festival – May 1; yearly.
- Charlie Parker Jazz Festival – August; yearly
- HOWL! Festival – Summer; yearly.[170][171]
- Dance Parade – Summer; yearly.
- Dream Up Festival – August–September; yearly.[172]
- Tompkins Square Halloween Dog Parade – October; yearly.

## Parks and gardens[edit]

## Large parks



Tompkins Square Park is the recreational and geographic heart of the East Village. It has historically been a part of counterculture, protest and riots

Tompkins Square Park is a 10.5-acre (4.2 ha) public park in the Alphabet City section of the East Village. It is bounded on the north by 10th Street, on the east by Avenue B, on the south by 7th Street, and on the west by Avenue A.[174] Tompkins Square Park contains a baseball field, basketball courts, and two playgrounds.[175] It also contains the city's first dog run, which is a social scene unto itself.[176] The park has been the site of numerous events and riots:

- On January 13, 1874, a riot broke out after the New York City Police Department clashed with a demonstration involving thousands of unemployed civilians.[177]
- On July 25, 1877, during the Great Railroad Strike of 1877, twenty thousand people gathered in the park to hear communist orators speak. New York City police and National Guardsmen eventually charged the crowd with billy clubs, later claiming that the rally was not being held in a peaceful manner. In the wake of this "riot," the city, in conjunction with the War Department, established an official city armory program led by the 7th Regiment.[178]
- On August 6–7, 1988, a riot broke out between police and groups of "drug pushers, homeless people and young people known as 'skinheads'" who had largely taken over the park. The

neighborhood was divided about what, if anything, should be done about it. Manhattan
Community Board 3 adopted a curfew for the previously 24-hour park in an attempt to bring it
under control.[180] A rally against the curfew resulted in several clashes between protesters and
police.[181]

East River Park is 57 acres (23 ha) and runs between the FDR Drive and the East River from
Montgomery Street to East 12th Street. It was designed in the 1930s by parks commissioner Robert
Moses, who wanted to ensure there was parkland along the Lower East Side shorefront.[182] The park
includes football, baseball, and soccer fields; tennis, basketball, and handball courts; a running track;
and bike paths, including the East River Greenway.[183]

## Community gardens

There are reportedly over 640 community gardens in New York City—gardens run by local collectives
within the neighborhood who are responsible for the gardens' upkeep—and an estimated 10 percent of
those are located on the Lower East Side and East Village alone.[184] Development of these community
gardens, often on municipally owned land, started in the early 1970s. Although many of these lots were
later sold to private developers, others were taken over by the New York City Department of Parks and
Recreation, which preserves the gardens under its ownership.

Open Road Park, a former cemetery and bus depot, is a garden and a playground adjacent to East Side
Community High School between 11th and 12th Streets east of First Avenue.

The Avenue B and 6th Street Community Garden was known for a now-removed outdoor sculpture, the
Tower of Toys, designed by artist and long-time garden groundskeeper Eddie Boros.[186] It was a 65-foot-
tall (20 m) makeshift structure made of wooden planks, from which were suspended an amalgamation of
fanciful objects.[187] The tower was a neighborhood icon, having appeared in the opening credits for the
television show NYPD Blue and also appears in the musical Rent.[186] It was also controversial: some
viewed it as a masterpiece, while others as an eyesore.[186][188] The tower was dismantled in May 2008
because, according to parks commissioner Adrian Benepe, it was rotting and thus a safety hazard. Its
removal was seen by some as a symbol of the neighborhood's fading past.

The Toyota Children's Learning Garden at 603 East 11th Street is technically a learning garden rather
than a community garden. Designed by landscape architect Michael Van Valkenburgh, the garden
opened in May 2008 as part of the New York Restoration Project and is designed to teach children
about plants.

La Plaza Cultural de Armando Perez is a community garden, open-air theater, and green space at 9th
Street and Avenue C. Founded in 1976, the garden continues to operate as of 2019,[191] despite having
being proposed for redevelopment multiple times.

## Marble cemeteries



A production of John Reed's *All the World's a Grave* in the New York Marble Cemetery, which does not contain headstones

On the block bounded by Bowery, Second Avenue, and 2nd and 3rd Streets, is the oldest public cemetery in New York City not affiliated with any religion, the New York Marble Cemetery.[29]:1[193] Established in 1830,[29]:1 it is open the fourth Sunday of every month.[194]

The similarly named New York City Marble Cemetery, located on 2nd Street between First Avenue and Second Avenue, is the second oldest nonsectarian cemetery in New York City. The cemetery opened in 1831.[28]:1 Notable people interred there include U.S. President James Monroe; Stephen Allen, mayor (1821–1824); James Lenox, whose personal library became part of the New York Public Library; Isaac Varian, mayor (1839–1841); Marinus Willet, Revolutionary War hero; and Preserved Fish, a well-known merchant.[195]

## Police and crime

East Village is patrolled by the 9th Precinct of the NYPD, located at 321 East 5th Street.[196] The 9th Precinct ranked 58th safest out of 69 patrol areas for per-capita crime in 2010.[197] As of 2018, with a non-fatal assault rate of 42 per 100,000 people, Community District 3's rate of violent crimes per capita is less than that of the city as a whole. The incarceration rate of 449 per 100,000 people is higher than that of the city as a whole.[159]:8

The 9th Precinct has a lower crime rate than in the 1990s, with crimes across all categories having decreased by 79.5% between 1990 and 2019. The precinct reported 3 murders, 15 rapes, 119 robberies, 171 felony assaults, 122 burglaries, 760 grand larcenies, and 37 grand larcenies auto in 2019.

## Fire safety

East Village is served by four New York City Fire Department (FDNY) fire stations:[199]

- Ladder Co. 3/Battalion 6 – 103 East 13th Street[200]
- Engine Co. 5 – 340 East 14th Street[201]
- Engine Co. 28/Ladder Co. 11 – 222 East 2nd Street[202]
- Engine Co. 33/Ladder Co. 9 – 42 Great Jones Street

## Health

As of 2018, preterm births and births to teenage mothers are less common in East Village and the Lower East Side than in other places citywide. In East Village and the Lower East Side, there were 82 preterm births per 1,000 live births (compared to 87 per 1,000 citywide), and 10.1 teenage births per 1,000 live births (compared to 19.3 per 1,000 citywide).[159]:11 East Village and the Lower East Side have a low population of residents who are uninsured. In 2018, this population of uninsured residents was estimated to be 11%, slightly less than the citywide rate of 12%.

The concentration of fine particulate matter, the deadliest type of air pollutant, in East Village and the Lower East Side is 0.0089 milligrams per cubic metre (8.9×10$^{-9}$ oz/cu ft), more than the city average.[159]:9 Twenty percent of East Village and Lower East Side residents are smokers, which is more than the city average of 14% of residents being smokers.[159]:13 In East Village and the Lower East Side, 10% of residents are obese, 11% are diabetic, and 22% have high blood pressure—compared to the citywide averages of 24%, 11%, and 28% respectively.[159]:16 In addition, 16% of children are obese, compared to the citywide average of 20%.

Eighty-eight percent of residents eat some fruits and vegetables every day, which is about the same as the city's average of 87%. In 2018, 70% of residents described their health as "good," "very good," or "excellent," less than the city's average of 78%.[159]:13 For every supermarket in East Village and the Lower East Side, there are 18 bodegas.

The nearest major hospitals are Beth Israel Medical Center in Stuyvesant Town, as well as the Bellevue Hospital Center and NYU Langone Medical Center in Kips Bay, and New York-Presbyterian Lower Manhattan Hospital in the Civic Center area.

## Post offices and ZIP Codes



USPS Cooper Station post office

East Village is located within two primary ZIP Codes. The area east of First Avenue including Alphabet City is part of 10009, while the area west of First Avenue is part of 10003.[206] The United States Postal Service operates three post offices in East Village:

- Cooper Station – 93 Fourth Avenue[207]
- Peter Stuyvesant Station – 335 East 14th Street
- Tompkins Square Station – 244 East 3rd Street

## Education

East Village and the Lower East Side generally have a higher rate of college-educated residents than the rest of the city as of 2018. A plurality of residents age 25 and older (48%) have a college education or higher, while 24% have less than a high school education and 28% are high school graduates or have some college education. By contrast, 64% of Manhattan residents and 43% of city residents have a college education or higher.[159]:6 The percentage of East Village and the Lower East Side students excelling in math rose from 61% in 2000 to 80% in 2011, and reading achievement increased from 66% to 68% during the same time period.[210]

East Village and the Lower East Side's rate of elementary school student absenteeism is lower than the rest of New York City. In East Village and the Lower East Side, 16% of elementary school students missed twenty or more days per school year, less than the citywide average of 20%.[159]:6[160]:24 (PDF p. 55) Additionally, 77% of high school students in East Village and the Lower East Side graduate on time, more than the citywide average of 75%.

# Schools

The New York City Department of Education operates public schools in East Village as part of Community School District 1.[211] District 1 does not contain any zoned schools, which means that students living in District 1 can apply to any school in the district, including those in the Lower East Side.[212][213]

The following public elementary schools are located in East Village and serve grades PK-5 unless otherwise indicated:[211]

- PS 15 Roberto Clemente[214]
- PS 19 Asher Levy[215]
- PS 34 Franklin D Roosevelt (grades PK-8)[216]
- PS 63 STAR Academy[217]

- PS 64 Robert Simon[218]
- PS 94 (grades K-8)[219]
- PS 188 The Island School (grades PK-8)[220]
- Earth School[221]
- Neighborhood School[222]
- The Children's Workshop School[223]
- The East Village Community School[224]

The following middle and high schools are located in East Village:[211]

- East Side Community High School (grades 6–12)[225]
- Manhattan School for Career Development (grades 9–12)[226]
- Tompkins Square Middle School (grades 6–8)[227]

The Roman Catholic Archdiocese of New York operates Catholic schools in Manhattan. St. Brigid School in East Village closed in 2019.

## Libraries



New York Public Library, Ottendorfer branch

The New York Public Library (NYPL) operates three branches near East Village.

- The Ottendorfer branch is located at 135 Second Avenue. The branch opened in 1884 based on a gift from Oswald Ottendorfer, who owned the *New Yorker Staats-Zeitung*. The Ottendorfer branch, designed in the Queen Anne and Renaissance Revival styles, is a New York City designated landmark.[42]
- The Tompkins Square branch is located at 331 East 10th Street. The library opened in 1887 and moved three times before relocating to its current Carnegie library structure in 1904.[229]
- The Hamilton Fish Park branch is located at 415 East Houston Street. It was originally built as a Carnegie library in 1909, but was torn down when Houston Street was expanded; the current one-story structure was completed in 1960.

## Colleges

### New York University

Along with gentrification, the East Village has seen an increase in the number of buildings owned and maintained by New York University, particularly dormitories for undergraduate students, and this influx has given rise to conflict between the community and the university.

St. Ann's Church, a rusticated stone structure with a Romanesque Revival tower on East 12th Street that dated to 1847, was sold to NYU to make way for a 26-story 700-bed dormitory. After community protest, the university promised to protect and maintain the church's original facade; and so it did, literally, by having the facade stand alone in front of the building, now the tallest structure in the area.[231] According to many residents, NYU's alteration and demolition of historic buildings, such as the Peter Cooper Post Office, is spoiling the physical and socio-economic landscape that makes this neighborhood so interesting and attractive.[232]

NYU has often been at odds with residents of both the East and West Villages due to its expansive development plans; urban preservationist Jane Jacobs battled the school in the 1960s.[233] "She spoke of how universities and hospitals often had a special kind of hubris reflected in the fact that they often thought it was OK to destroy a neighborhood to suit their needs", said Andrew Berman of the Greenwich Village Society for Historic Preservation

**Cooper Union**

The Cooper Union for the Advancement of Science and Art, founded in 1859 by entrepreneur and philanthropist Peter Cooper and located on Cooper Square,[235] is one of the most selective colleges in the world,[236] and formerly offered tuition-free programs in engineering, art and architecture.[237][238] Its Great Hall is famous as a platform for historic speeches, notably Abraham Lincoln's Cooper Union speech,[239][240] and its New Academic Building is the first in New York City to achieve LEED Platinum Status.

## Transportation

The nearest New York City Subway stations are Second Avenue (F and <F> trains), Astor Place (6 and <6> trains), Eighth Street–New York University (N, R, and W trains), and First Avenue (L train).[242] Bus routes serving the area include the M1, M2, M3, M8, M9, M14A, M14D, M15, M15 SBS, M21, M101, M102 and M103.

78-80 St. Marks Place LLC    Doc 31-3    Filed 02/24/22    Entered 02/24/22 17:05:10    Exhibit 8 to
RE:  78-80 St. Marks Place the Omnibus Objection - Ronald Gold Appraisal    Pg 117 of 341
21-12189-mg

    New York, New York  10003

## THE SUBJECT AREA TREND  (MARCH, 2021 )

The trend in the subject area for mid-sized ( between 8,000 and 18,000 sq.ft.)  "C7" class Mixed-Use  Walk-up

Mixed-Use Buildings  in the East Village neighborhood of Manhattan  has been **strong and upward throughout**

**December, 2020 and during the  1ST Quarter of 2021, through the effective date of Value, despite the**

**lingering negative effects of the 2020 COVID-19 PANDEMIC and NY City lcomplete and partial ockdowns**

**of restaurants, movie theatres, legitimate thatres, etc.    *The factors of this trend*  include:**

1.) The strong demand and average supply of  mid-sized mixed-use walk-up  buildings;

2.)  The strong upward trend of the local New York City economy during 1st quarter 2021;

3.)  Access to low interest (2 to 3% ) residential financing.

4.)  The rising price of crude oil of approximately $45 to $65  per barrel in 1st quarter 2021 to date;

Additional *aspects of the NYC and national  market in March, 2021   include:*

A.) The gathering strength in local employment, with national, NY State and local NYC unemployment levels

    ranging from 6.2 % (US) to  8% (NY State) to 12% (NYC).    Projected national  unemployment rates are

    projected to range between 6% and 7%  through 1st half 2021.

B.) The increase in consumer confidence (despite the lingering negative effects and 2020 lockdowns of 2020)  in

    early 2021 to date, with increased confidence due to the approval and distribution of 3 Covid-19 Vaccines

    throughout New York City and the Tri-State Metropolitan area.

C.) The uncertainty of foreclosure and bankruptcy Moratoriums in NY State through 1st half 2021, presently due to

    expire in May and June, 2021.

*This current strong upward trend is expected to continue through the remainder 1st half 2021*

*(See ADDENDUM for: 1.)  the  2014 CURBED SEPTEMBER article on the SUBJECT ST. MARKS*

*PLACE East Village  neighborhood . . .  and  2.) and 3.) the 2020 and 2014 NY TIMES ARTICLES ON*

*THE SUBJECT EAST VILLAGE NEIGHBORHOOD.*


In addition, **see the local February and March 2021  articles in the Addendum to this report, WITH**

**CLIENT'S RESPONSE TO THE CURRENT MARCH 8TH, 2021 NY POST ARTICLE ON THE**

**SUBJECT IMMEDIATE ST. MARKS AND EAST VILLAGE NEIGHBORHOOD.**

78-80 St. Marks Place LLC
RE:  78-80 St. Marks Place
    New York, New York  10003
Page 111

# REGIONAL MAP OF THE NEW YORK AREA





PUBLIC TRANSPORTATION MAP (Subway)



**MAP OF THE NOHO HISTORIC DISTRICT – 2 BLOCKS WEST OF THE SUBJECT**

**(note: THE SUBJECT IS <u>NOT LOCATED</u> IN AN HISTORIC DISTRICT)**



SITE PLAN



78-80 St. Marks Place LLC  21-12189-mg   Doc 31-3   Filed 02/24/22   Entered 02/24/22 17:05:10   Exhibit 8 to
RE: 78-80 St. Marks Place    the Omnibus Objection - Ronald Gold Appraisal    Pg 123 of 341
   New York, New York  10003
Page 116

## CERTIFICATE OF OCCUPANCY (JUNE, 1970 – MOST RECENT)

Form 56 C (Rev. 4/63) 80M (468-036-82)    114

**DEPARTMENT OF BUILDINGS**

80

**BOROUGH OF** MANHATTAN , THE CITY OF NEW YORK

Date    June 26, 1970                No.    69195

**CERTIFICATE OF OCCUPANCY**

NO CHANGES OF USE OR OCCUPANCY NOT CONSISTENT WITH THIS CERTIFICATE SHALL
BE MADE UNLESS FIRST APPROVED BY THE BOROUGH SUPERINTENDENT

This certificate supersedes C. O. No.
THIS CERTIFIES that the new altered existing building premises located at
   78-80 St. Marks Place                          Block 449    Lot s/ 28 & 29
   That the zoning lot and premises above referred to are situated, bounded and described as follows:
BEGINNING at a point on the    south    side of    St. Marks Place
distant    50.0    feet    from the corner formed by the intersection of
   St. Marks Place    and    1st Avenue
running thence    west 20.0    feet; thence    north 97'-6"    feet;
thence    east 50.0    feet; thence    north 97'-6"    feet;
running thence    feet; thence    feet;
to the point or place of beginning, conforms substantially to the approved plans and specifications, and to the require-
ments of the Building Code, the Zoning Resolution and all other laws and ordinances, and of the rules of the Board of
Standards and Appeals, applicable to a building of its class and kind at the time the permit was issued; and
   CERTIFIES FURTHER that, any provision of Section 646F of the New York City Charter have been complied
with as certified by a report of the Fire Commissioner to the Borough Superintendent.    Class 3
x N.B. or Alt. No.— 1425-1964              Construction classification—    Nonfireproof
Occupancy classification—    Commercial &        . Height    1,4,5    stories,    14,40,50    feet.
Date of completion—    June 19, 1970    Residence Located in    C 1-5 in R 7-2    Zoning District.
at time of issuance of permit    597-1970
   This certificate is issued subject to the limitations hereinafter specified and to the following reso-
lutions of the Board of Standards and Appeals:                              (Calendar numbers to
and The City Planning Commission:                    679-65-BZ                be inserted here)
                                                     780-65-A
                              **PERMISSIBLE USE AND OCCUPANCY**

Off-Street Parking Spaces
Off-Street Loading Berths

| STORY | LIVE LOADS Lbs. per Sq. Ft. | PERSONS ACCOMMODATED | USE |
|---|---|---|---|
| Clr. | On Ground | | Storage. |
| Bsmt. | 100 | 199 Patrons 50 Employees | Theatre, eating and drinking establishment, Use group 8 and 6 and Dressing rooms. |
| 1st | 40 & 100 | 25 | One-third (1/3) apartment, Club room-non-commercial, Use group 4. |
| 2nd | 40 & 100 | 25 | One-third (1/3) apartment, Music store, Use group 6. |
| 3rd | 40 & 100 | 25 | One-third (1/3) apartment, meeting rooms, Use group 6. |
| 4th | 40 | | One (1) apartment at # 80, (Apartment at # 78 to remain (permanently vacant.) |
| | | | FIRE DEPARTMENT APPROVAL: Sprinkler System—September 14,1966. |

William Chansery
Borough Superintendent

**OFFICE COPY—DEPARTMENT OF BUILDINGS**

THIS CERTIFICATE
WITHIN THE RESTRICTIONS MUST BE RENEWED
OF THE PROVISIONS IN ACCORDANCE WITH THE RULES
                          SEPTEMBER 14, 1967.

**OUTDOOR SEATING NOTIFICATION – NYC DEPT. OF TRANSPORTATION – SUBJECT RESTAURANT: "SCHEIB'S"**

---------- Forwarded message ---------
From: NYCDOT NOTICE <nycdotnotice@dot.nyc.gov>
Date: Fri, Jun 19, 2020 at 1:56 PM
Subject: Open Restaurant Form Confirmation
To: Scheibsplace@gmail.com <Scheibsplace@gmail.com>

Congratulations!  As part of the City's Open Restaurants program, Scheib's Place Inc. , is authorized to add outdoor seating to the City's sidewalk and/or roadway in front of its restaurant in accordance with all applicable terms and conditions and health guidance.

Business name: Scheib's Place Inc.
Business phone: 6462178815
Establishment Address: 78-80 St. Marks Place , Manhattan, NY

                              Approved for:

Sidewalk Seating: yes
Roadway Seating: yes
Alcohol Service: yes
For questions about the program, requirements and resources please visit the NYCDOT Open Restaurant Program Website

Thank you,

NYC Department of Transportation

## CLIENT'S DESCRIPTION OF THE CURRENT MAKE-UP AND USAGE OF THE SUBJECT PROPERTY – AS IT CORRESPONDS TO THE CURRENT CERTIFICATE OF OCCUPANCY

**Lorcan Otway <lorcanotway@gmail.com>**
**To: rongold70@gmail.com**

# Dear Mr. Gold:

As per your request, here is a listing of the uses of each floor and it's use on the C of O.

For much of the history of the building my parents did not rent large portions of the building, due to the oddities of the CofO. In order to get a public assembly permit, my father created a plan based on the fact the two buildings were co-joined, so that though there was physical separation in all ways other than the utilities, each floor through unit was described as a third of the whole. It was so confusing that during an eviction of squatters, the judge stated that he could not figure out the actuality of what we could do, and that, as the squatters had no lease at all, he gave us the benefit of the doubt. However, if the squatter had been given a lease, and then stopped paying rent, it could have taken years to remove that squatter. There have been cases where units rented in violation of the CofO in the neighborhood have resulted in years of rent free occupation.

Renting units in violation of the Certificate of Occupancy is illegal. Violations can result in a misdemeanor conviction with jail time.Violations of the Certificate of Occupancy can also result in penalties for each day that the illegal occupancy continues. In addition, if tenants stop paying rent, a defense they can use is that the apartment is illegal. The landlord of an illegal unit cannot enforce what would be an illegal contract to collect rent for an illegal unit. The landlord also can not bring an action or proceeding to evict or repossess the unit for failure to pay rent.
The following is a floor by floor analysis of the use and allowed use of the building on the basis of the CofO and current status of the actual space as to compliance with the CofO or filed plans.

Top Floor - or fourth floor, 78. Use on the CofO: Permanently empty. Actual Use: Rented by Florence Otway to present occupant. We are in the process of making it legal.
Fourth floor, 80: Use on the CofO: Apartment: Actual use: The apartment has interior walls and windows between rooms which do not conform to present code. Much of the wiring dates back to the first electrical installation, perhaps the 1920s. There is a collapsed sewer drain due to age, so Howard Otway illegally joined the kitchen and toilet sewer line, and pour concrete over the "fix" to hide the violation. It is presently empty and needs, at the very least, to be gutted and rewired.

Third Floor, 78: Use on the CofO : Meeting room. Actual use: Rented as residential space by Florence Otway. One of the two doors to the hallway must be restored. We are in the process of making it legal.

Third Floor, 80:  CofO use: Apartment. Actual use: In general compliance, but has to be rejoined to the floor below by returning the stair case and removing the kitchen. Presently used for rental of less than a month so that tenancy does not attach. This is a necessity, as this is not supposed to be a stand alone apartment but the third floor of the apartment which constitutes 80.

Second Floor: 78: CofO use: Music Store. Actual use: Meeting space, AA meetings and other day to day rental for meetings.

Second Floor 80: CofO use: Apartment: Actual use: Owner occupied, one bathroom needs to be removed and a door to hall added, as well as stairs to third floor. Balcony must be put in bed room to create access to open-able exterior window.

First Floor 78: CofO use: Club room, non-commercial: Actual use: Museum gallery.

First Floor: 80: CofO use: Apartment. Actual Use: Owner occupied.
Basement: CofO use: Theater, eating and drinking establishment, dressing rooms. actual use: the same.

Cellar: CofO use: Storage. Actual use, the same.

**Regards,
Lorcan Otway**

**Current 2020 FLOOR PLAN OF THE SUBJECT – GROUND FLOOR/BASEMENT – THEATRE (at left) AND RESTAURANT (at right) LEVEL – OFF THE SIDEWALK – ST. MARKS PLACE AT RIGHT – NOTE 3 ENTRANCES – TOP TO BOTTOM – 78 St. Marks Place Entrance at Top – Theatre/Restaurant Entrance in Middle – 80 St. Marks Place entrance at Bottom**
*(NOTE: THERE IS ADDITIONAL OUTDOOR 49-SEAT seating on the Street- on ST. MARKS PLACE – CERTIFIED BY THE NYC DOT for outside DINING . . .*
*NOT SUBJECT TO INDOOR LOCKDOWN PERCENTRAGE DINING, AS MANDATED BY THE STATE OF NEW YORK, DURING THE COVID-19 PANDEMIC)*
**SEE PHOTOS OF THIS OUTDOOR DINING AREA earlier in the Photographs of the Subject Property section of this appraisal report.**



78-80 St. Marks Place LLC
RE:  78-80 St. Marks Place
    New York, New York  10003
Page 122

**FLOOR PLANS AND ELEVATIONS (APRIL, 2011) (4 pages)**
**by ALISTAIR STANDING, NYS REGISTERED ARCHITECT**

PAGE 1 – PROPOSED PLAN



PAGE 2 – SECTIONS AND ELEVATIONS





78-80 St. Marks Place LLC
RE:  78-80 St. Marks Place
     New York, New York  10003
<u>Page 126</u>

## <u>DIMENSIONS OF SITE AND IMPROVEMENTS</u>

**Plot Size:**                              50' X 97.5'  =          4,875 square feet  (NYC public records)


**Building Area**
**Above Grade:**       Ground Floor    50' X 97.5':        4,875 sq.ft.
                       2nd – 5th Floors  50' X 50' X 4 +    10,000 sq.ft.

                       AREA ABOVE GRADE:          **14,400 square feet**
                                                  **(NYC public records)**


**Basement Area:**                          50' X 50'  =          2,500  square feet below grade

## DESCRIPTION OF THE IMPROVEMENTS

The subject property consists of two adjacent/contiguous walk-up 4-story + Basement + Cellar  mixed-use

buildings which are connected at the CELLAR and BASEMENT  levels.  *(NOTE: the STREET LEVEL . .*

*. is delineated as BASEMENT on the Cert. of Occupancy).*    **The subject is in <u>Average to Above Average</u>**

**<u>condition</u> throughout as of the date of inspection.**    According to the Client, the  two subject attached

"C7" class buildings (NYC public records)  and were reportedly erected circa 1830-50.  The buildings have

painted brick facades, brick rear and side walls and interior wood framing.  There is observed evidence of

peeling paint and deteriorating mortar along the front and rear walls of both buildings.    The CELLAR and

the BASEMENT  levels are fully sprinkled.  The remainder of the subject buildings are not sprinkled.

There are fire escapes at the front of each building (fronting  north).    *NOTE: The Appraiser was not able*

*to gain access to the 4th (TOP) floor of the 80 St. Marks Place building at the date of inspection.    It is*

*reported that this floor contains a separate floor-through apartment.)*    In addition to the owner-managed

Basement level commercial bar and theatre there are two additional commercial areas.  At 78 St. Marks

Place there  is an owner-managed and occupied  "Museum of the American Gangster" on the FIRST

FLOOR (one level up from Street Level)  and  there is a SECOND FLOOR  owner-managed floor-through

commercial office area (*open plan Meeting Room*) with Bath and Conference room.  The remaining areas

are laid out and utilized as residential apartments.


***APPRAISER'S NOTE:***  The subject property is in Average to Above Average  condition as of

the date of inspection.  The appraiser inspected the subject on March 5, 2021.  The client has

completed MAJOR REPAIRS to the subject building  in 2019 and 2020  . . .including  client

reported  Roofing, HVAC  Electrical, Water and Sewer.  These repair estimates can be found in

the Addendum to this appraisal report.

## CLIENT REPORTED SUBJECT BUILDING REOMEDLING AND REPAIRS: 2020

**78-80 St. Marks Place LLC**
**80 St. Marks Place**
**New York, NY 10003**
**646-217-8816**

78-80 St. Marks Place LLC Recent Larger Remodeling and Repairs

| | |
|---|---|
| Remodel Shower | 2050 |
| Change old fuse box to Circuit Breakers | 2000 |
| Deck in front balcony | 3200 |
| Removed old decking in back and front | 2000 |
| Upgraded HVAC | 32,700 |
| Awnings for front and back | 32,000 |
| Window for box office onto the street | 2,950 |
| New kitchens/ prep rooms in tavern | 40,000 |
| Upgrade electricity behind bar | 1200 |
| New ignition for boiler | 1,200 |
| Outdoor dining | 26, 500 |
| New windows in one apartment | 1500 |
| Theater   Remodel theater | 81,000 |
| Replace several windows in ground floor, hallway | 3, 266 |

March 5, 2021

Lawrence Lorcan Otway

**OUTDOOR SEATING NOTIFICATION – NYC DEPT. OF TRANSPORTATION –**
**SUBJECT RESTAURANT: "SCHEIB'S"**

---------- Forwarded message ---------
From: NYCDOT NOTICE <nycdotnotice@dot.nyc.gov>
Date: Fri, Jun 19, 2020 at 1:56 PM
Subject: Open Restaurant Form Confirmation
To: Scheibsplace@gmail.com <Scheibsplace@gmail.com>


Congratulations!  As part of the City's Open Restaurants program, Scheib's Place Inc. , is authorized to add outdoor seating to the City's sidewalk and/or roadway in front of its restaurant in accordance with all applicable terms and conditions and health guidance.

Business name: Scheib's Place Inc.
Business phone: 6462178815
Establishment Address: 78-80 St. Marks Place , Manhattan, NY

Approved for:

Sidewalk Seating: yes
Roadway Seating: yes
Alcohol Service: yes
For questions about the program, requirements and resources please visit the NYCDOT Open Restaurant Program Website

Thank you,

NYC Department of Transportation

78-80 St. Marks Place LLC
RE:  78-80 St. Marks Place
     New York, New York  10003
Page 130

21-12189-mg    Doc 31-3    Filed 02/24/22    Entered 02/24/22 17:05:10    Exhibit 8 to
the Omnibus Objection - Ronald Gold Appraisal    Pg 136 of 341

There are two lines  of galvanized metal **fire escapes** along the  St. Marks Place façade.  One for each building.  The façade is painted brick.  Evidence of peeling paint and stripped away mortar.   **Windows** along St. Marks Place are approximately 50% wood and glass single-glazed double-hung  and 50% metal and glass double-glaze double-hung construction.   50% of the Rear windows are of  50% fixed stationary construction and wood single-glazed double hung construction and 50% metal and glass double-glazed double-hung construction.    The owner's TRIPLEX (at 80 St. Marks Place – First and Second and  Third Floors)  has a renovated (2020) front Terrace and Dining Room and rear Living Room,  Half Bath, Laundry Closet, Kitchen and 2-Story Solarium on the lower level and 3 Bedrooms and 2 Baths on the upper level.  The Front FIRST FLOOR TERRACE/BALCONY has been remodeled (2020).     There is a large **rear yard** at the FIRST FLOOR.  This is actually the roof of the extension (built full on the lot) of the BASEMENT level rear Theatre.    There are also 2 A/C Compressors at the rear of the yard that cool the Theatre.  (*There is an additional compressor and air exchange unit at the rear of the back yard.)*  There is central-fired **steam heating** throughout both buildings with cast iron radiators, supplied via a **10-year old UPGRADED  gas-fired boiler** located in the CELLAR.   There is an adjacent 10-year old **100-gallon gas-fired hot water heater**  in the CELLAR which supplies hot water to both buildings.


There is a "built-out" red brick and glass block area at the BASEMENT LEVEL (STREET LEVEL)  (*front of 80 St. Marks Place)* which was reportedly added in the 1950's.   78 St. Marks Place has a stoop leading to the FIRST THROUGH FOURTH  floors, via a double-locked residential entrance with vestibule and common area stairway with marble and rubberized  treads, extending from the FIRST FLOOR  to the roof.  There is also a line of wood stairs leading from the FIRST floor to the FOURTH FLOOR  at 80 St. Marks Place, with an engineer's ladder leading to the roof.  NOTE: THE APPRAISER DID NOT INSPECT THE SUBJECT ROOFS AT THE DATE OF INSPECTION.

78-80 St. Marks Place LLC
RE:  78-80 St. Marks Place
    New York, New York  10003
<u>Page 131</u>

**<u>ROOFS:</u>**    Slightly pitched built-up roofs sloping downward from north to south.  Asphalt and felt composition cap roll sheeting.  Rear leaders and gutters.  There are 3 skylights on the roof at 78 St. Marks Place.  **According to the client, the roofs of both buildings were reportedly RE-SURFACED during calendar year 2018. THE APPRAISER DID NOT INSPECT THE SUBJECT ROOFS at the Date of Inspection.**

**<u>CELLAR:</u>**  Entirely  below grade.  Both Cellar levels for both buildings are combined and attached.  This level has a concrete slab foundation, numerous supporting  lally columns, old-fashioned 19th century wood beams, and a 10- year old UPGRADED gas-fired boiler and separate  10-year old 100-gallon gas-fired hot water heater, which provide heat and hot water for both buildings.  There are cast iron radiators with steam heating through the subject property.    There is 2020 UPGRADED (new boxes) electric service with circuit breakers (approximately 1,000+amp service).   The BASEMENT level commercial spaces and the upper floor apartments and commercial spaces are separately metered.   There is a CELLAR compressor and one air handler for the 160-seat ground floor rear Theatre.  Additional compressor for the ground floor Theatre within the bar area (ceiling-mounted) and seven (reportedly newly installed in 2020)   compressors for A/C at the rear of the back yard (roof of the Theatre).   The CELLAR  is built approx. 50' X 50' and connects via 2 rudimentary stairways to the BASEMENT LEVEL.

**<u>BASEMENT (GROUND FLOOR – STREET LEVEL)</u>**:  The BASEMENT LEVEL  is built full on the subject  lot.    This  floor is approx. 4 steps below grade from the sidewalk.  Both buildings are attached and combined at the BASEMENT level.      The BASEMENT consists of a front office/box office, several reception areas, a commercial bar area, 3 rest rooms and a rear raked 160-seat Theatre with stage and theatrical lighting.    There are rear Dressing Rooms and a theatrical mechanical room (light booth, etc.) adjacent to the stage.    Ceiling heights average 10' to 16' in the theatre.

78-80 St. Marks Place LLC
RE:  78-80 St. Marks Place
    New York, New York  10003
Page 132

## **LAYOUT – FIRST THROUGH FOURTH FLOORS – 78 and 80 St. Marks Place**

## **78 St. Marks Place – 10%  INSPECTED BY THE APPRAISER – ("Basement"  and Cellar)**

1st FLOOR (1 Level Up From Street Level):  Current Use: Museum Gallery ("Museum of the American Gangster") 1 Service Kitchen and 1 Bath.

**2nd  FLOOR**(2 Levels Up From Street Level): Meeting Space.   Floor-through commercial office.  1 Service Kitchen and 1 Bath.  Open plan.

**3rd FLOOR**(3 Levels Up From Street Level) : Floor-through 1-Bedroom apartment.  1 Kitchen area and 1 Bath.  Rear Terrace. ***NOTE: The client has informed the appraiser the  existing short-term lease to this residential apartment unit is in effect and expires September, 2022.)***

**4th FLOOR** (Top Floor – 4 Levels Up From Street Level): Floor-through open plan 1-Bedroom apartment, with 1 Kitchen area and 1 Bath.


## **80 St. Marks Place  - REPORTED LAYOUT FROM CLIENT -  75% Inspected by Appraiser**

**1st  FLOOR** (1 Level Up From Street Level): Floor-through owner's TRIPLEX  apartment (1st and 2nd and 3rd Floors).  Living Room, Dining Room, Kitchen, Bath and access to exclusive Back Yard at the Rear of the FIRST  floor. 2 Bedrooms and  Office (possible 3rd Bedroom) and Full Bath on the SECOND  Floor.

**2nd FLOOR** (2 Levels Up From Street Level) : 2 Bedrooms and full Bath  (part of Owner's TRIPLEX).

**3rd FLOOR** (3 Levels Up From Street Level): Floor-through 1-Bedroom apartment.  1 Kitchen. 1 Bath. Rear Terrace .   (part of Owner's TRIPLEX).

**4th FLOOR** (4 Levels Up From Street Level):   Floor-through reported 1-Bedroom apartment.  1 Kitchen 1 Bath  (*NOTE: APPRAISER DID NOT INSPECT THIS UNIT.*)

78-80 St. Marks Place LLC      21-12189-mg    Doc 31-3    Filed 02/24/22    Entered 02/24/22 17:05:10    Exhibit 8 to
RE:  78-80 St. Marks Place      the Omnibus Objection - Ronald Gold Appraisal    Pg 139 of 341
      New York, New York  10003
Page 133

**HVAC (Heating, Ventilation and Air/Conditioning):   RMG: MAJOR  2019 AND 2020 HVAC
REPAIRS FOR THE THEATRE AND BAR . . . AND THE TWO NEW KITCHENS  . . . THE
ENTIRE Basement "GROUND FLOOR. "** There is a central-fired heating system with  a reportedly 10-
year old  gas-fired UPGRADED  boiler and hot water heater  located in the CELLAR.    Steam heating via
cast iron radiators throughout the subject building.   Central-fired A/C in the ground floor theatre supplied
by 7  compressors (one in the CELLAR, one on the BASEMENT LEVEL  bar area and the third in the
southwest corner of the FIRST FLOOR back yard.).   The 80 St. Marks Place owner's TRIPLEX  has a
central-fired A/C with  compressors located in the Back Yard.

**BATHS:**  There is typically one Bath per floor per building, with the exception of the CELLAR and
BASEMENT LEVELS. (*No Bath in CELLAR.  3 Rest Rooms on BASEMENT level*).   Each FIRST through
FOURTH FLOOR Bath  typically consists of a 3-fixtured windowed facility, with vitreous china tank toilet,
metal/enamel shower/tub combination, vitreous china pedestal type basin and mirrored medicine chest.
Baths have ceramic tile flooring and wainscoting.   The appraiser was able to inspect approx. 50% of all
Baths.   Approximately 25% of the Baths are 1930's vintage facilities in average condition.  There are a few
upgraded (vintage 1970's and 1980's vintage) Baths as well.  The BASEMENT LEVEL (STREET LEVEL)
has 3 Baths, 2 of which the appraiser inspected.  One Bath is an upgraded 2-fixtured Ladies' room.  Another
is a dilapidated Men's room with 3 urinals, 1 tank toilet and a  wall-mounted vitreous china basin.   Approx.
half of the Baths have overhead interior roof-mounted ventilating fans.

**KITCHENS :**  There is typically 1 Kitchen per floor in each building on the FIRST to FOURTH floors.
Kitchens typically windowed and have stainless steel sinks, apt. sized electric-fired ranges with ovens and
full-sized refrigerators.  Oak strip or pine flooring.   There are overhead interior roof-mounted ventilating
fans.   2 New (2020) commercial Kitchens on the Basement "Ground Floor" level.

## DEFINITION OF HIGHEST AND BEST USE

"That reasonable and probable use that will support the highest present value as of the effective date of the appraisal.

Alternatively, that use from among reasonable probable and legal alternative uses, found to be physically possible, appropriately supported, financially feasible, and which results in highest land value.  This definition immediately above applies specifically to the highest and best use of land.

It is to be recognized that in cases where a site has existing improvements on it, the highest and best uses may very well be determined to be different from the existing use.  The existing use will continue, however, unless and until land value in its highest and best use exceeds the total value of the property in its existing use."

*(Society of Real Estate Appraisers,  Real Estate Appraisal Terminology, Compiled and edited by Byrl N. Boyce*

*PH.D SRPA, Revised Edition, copyright 1984, Pages 160-13.  Published by Ballinger Publishing Company.)*

78-80 St. Marks Place, LLC
RE:  78-80 St. Marks Place
     New York, New York  10003
Page 135

21-12189-mg    Doc 31-3    Filed 02/24/22    Entered 02/24/22 17:05:10    Exhibit 8 to
the Omnibus Objection - Ronald Gold Appraisal    Pg 141 of 341

Implied within these definitions is recognition of the contribution of that specific use to community environment or to community development goals in addition to wealth maximization of individual property owners.    Also implied is that the appraiser's judgment and analytical skill, i.e., that the use determined from analysis *represents an opinion, not a fact to be found.*  In appraisal practice, the concept of highest and best use represents the premise upon which value is based.  In the context of most probable selling price (market value) another appropriate term to reflect highest and best use would be most probable use.  In the context of investment value, an alternative term would be most probable use.


**78-80 St. Marks Place**

**The appraiser has considered**  the legal, possible, probable and feasible uses of the subject site, including  1.) the lack of long-term residential or commercial "arm's length" leases in either subject building;   2.)  the  present Owner-occupied Bar and Theatre on the BASEMENT LEVEL; 3.)  the Owner-leased Commercial Spaces on the 1st and Second Floor of 78 St. Marks Place ;  4.) the June, 1970 Certificate of Occupancy  and    5.) the present R7A (within a C1-5 commercial overlay) zoning in effect.


The appraiser is of the opinion that **the highest and best use of the subject property is as its present use**, that of a Mixed-Use Walk-up 4-Story + BASEMENT and CELLAR  building with 2 owner-occupied commercial tenancies on the BASEMENT (STREET) LEVEL, several residential apartments, an owner-occupied Museum on the First Floor of 78 St. Marks Place and an owner-managed open plan Commercial Meeting Space (Owner-Leased) on the 2nd Floor of 78 St. Marks Place.

# THE APPRAISAL PROCESS

The generally accepted method of obtaining the Market Value of a parcel of property is by the use of the three approaches to value.  These approaches include the cost approach, the income capitalization approach and the sales comparison approach to value.  The value indicated by each approach is carefully considered and employed in attaining the estate of value for the subject property.

# THE COST APPROACH CONSIDERED

In the cost approach an estimated reproduction or replacement cost of the building and land improvements as of the date of the appraisal is developed, together with an estimate of the losses in value that have taken place due to wear and tear, design and plan, or neighborhood influences, over the years.  To the depreciated building cost estimate is added the estimated value of the land.  The total represents the value indicated by the cost approach.  In this case the cost approach was considered.

Due to the subject's above average location on St. Mark's Place in the East Village, there  no **economic (locational)  obsolescence noted**.

However, the appraiser is of the opinion that the cost approach is not a reliable indicator of value in this case **due to the age** of the subject building (150+  years old)*,* the **functional obsolescence** due to the inferior curable and incurable mid-19th  century design and plan of the subject building (***e.g., lack of elevator, limited 4-story height, small apartment layouts, lack of ductwork and central-fired A/C floors 1 through 4,  etc.)***  as well as the difficulty in projecting physical deterioration and total accrued depreciation.

Therefore, the cost approach was considered but not utilized.

## **CAPITALIZATION OF INCOME APPROACH CONSIDERED**

This approach considers the subject improvements as two attached and partially combined  Walk-up "C7" class Mixed-Use buildings on one block and lot.  There is an owner-managed BASEMENT commercial bar and theatre. There are several residential apartments above the 1st Floor Level (Ground Floor)  level in 78 and 80 St. Marks Place.  In addition there are  2 owner-managed commercial spaces on the FIRST and SECOND floors of 78 St. Marks Place.

The client reports that it is operating the Theatre and the Restaurant on the Ground (1st Floor) of the subject building, and that the Client (Managing Member of the 78-80 St. Marks Place LLC) resides in a Triplex Apartment in 80 St. Marks Place.


*See client's Current Make-up of the subject property (as it corresponds to the current Certificate of Occupancy, June, 1970) found earlier in this report.*


Therefore, the Capitalization of Income Approach has been considered and utilized.

## CAPITALIZATION OF INCOME APPROACH

This approach considers the subject improvements as a 4-Story "BASEMENT" (ground floor level off the subject sidewalk)  and Cellar  "C5" Class Townhouse Walk-up Apartment Building with BASEMENT LEVEL THEATRE, RESTAURANT and upper level apartments and meeting spaces.    On Floors 2 through 5, there are 2 floor-through residential apartments in 78 St. Marks Place (leased and occupied).  On Floors 2 through 5 in 80 St. Marks Place, is a Triplex (occupied by the Owner) apartment and a top floor Floor-through Vacant  residential unit.  **There are no rent regulated NY State DHCR apartment units**.  Projected 2021 Income and calendar year 2020 expenses and calendar year 2020 repair statements, as prepared and signed and submitted  by the Client to the appraiser on March 5, 2021, can be found on the following pages of this report.


The appraiser has capitalized the NOI (Net Operating Income) in to value, utilizing a reasonable and prudent 5.5%  capitalization rate, based on a variety of data, including: 1.)  the above average location of the subject; 2.) the 2 exiting vacancies and the 1 owner-occupied 80 St. Marks Place Triplex unit  3.)  the  lack of an elevator;  4.) the average to above average partially renovated/upgraded (new electric service with circuit breaker boxes in Cellar and new HVAC for the ground floor, new façade work, new Terrace/Balcony work, and new outdoor NYC DOT approved 49-seat tables for "outdoor dining" etc.)  condition of the subject building;   4.) and the strengthening rental market for residential East Village apartments in the Spring of 2021.


On the following pages of this report are  A CLIENT SUPPLIED SUMMARY REPORT on "NAMING RIGHTS" for the subject building, which are projected to yield an additional approximate $450,000 in ADDITIONAL ANNUAL INCOME

# CLIENT SUPPLIED "NAMING" Branding "RIGHTS" SUMMARY PROPOSAL

## FOR THE SUBJECT PROPERTY FOR PROJECTED 2021 – BETWEEN $300,000

## AND $600,000 ANNUALLY . . .

### AS PRESENTED TO THE CLIENT IN AUGUST, 2020

-----Original Message-----
From: Eugenie Gilmore <eugeniegilmore@aol.com>
To: rongold70@gmail.com <rongold70@gmail.com>
Sent: Fri, Mar 5, 2021 7:12 pm
Subject: Fwd: Naming Rights Methodology

Sports & Properties, Inc. Naming Rights Valuation Methodology
Historic 80 St. Marks

Sports & Properties, Inc. (SPI) is a sports & entertainment marketing and development
company located in Cary, North Carolina. SPI is in its 19th year of operations. SPI has
extensive naming rights sponsorship valuation and sales experience across the U.S.,
from San Francisco to St. Petersburg, Florida, in Atlanta and New York, as well as a
number of projects in North Carolina.

Corporate naming rights sponsorships were first used in the U.S. in the state of New
York, beginning in 1972 when the owners of the Buffalo Bills sold the naming rights to
their NFL Stadium, Rich Stadium, for $75,000 per year.

Professional level sports teams and venues were the first to fully take advantage of
naming rights as a major new revenue stream and such title sponsorships have now fully
penetrated all level of sports and facilities, including colleges, high schools, and even
grassroots community sports complexes. While naming rights were spreading vertically
through the sports industry, they have also spread horizontally to other destination
venues such as performing arts centers, theaters, amphitheaters, convention centers,
and even attractions such as fairgrounds and destination piers.

Through the more than four and a half decades since the first naming rights, these
sponsorships have grown tremendously in value, with the highest values still at the
professional sports level, such as the $10 million per year arena naming rights at
Barclays Center, $18 million per year football stadium naming rights at MetLife Stadium,
and $20 million per year baseball stadium naming rights at Citi Field.

SPI uses a process to assess naming rights values that utilizes several methodologies
and then combines those to determine a reasonable range for naming rights and a
suggested sponsorship target, framed both in terms of the projected amount of the
annual investment as well as the expected  length of term.

Those methodologies are:

 1) a Comparables Analysis, that takes into account comparable venues and their naming rights as well as other naming rights that might be considered applicable within the geographic market,

2) an Impressions Analysis, which is similar to gauging advertising value, where we measure the number, quality, and values of impressions that are projected to be generated by the naming rights sponsorship,

3) a Demographic Analysis of the market to ensure that the values we are projecting are reasonable for the economics of that market, an

d 4) a Future Value Analysis, where we illustrate how, through various additions or changes, the estimated value of the naming rights sponsorship could be increased. **Using these methodologies, we determined the potential range for naming rights of Historic 80 St. Marks, with its five distinct attractions, could be between $300,000 and $600,000 per year for a term of between 3 and 7 years. These ranges indicate that the midpoint, or $450,000 for a term of 5 years, is a reasonable target for Historic 80 St. Marks naming rights,** and our overall analysis of the value of such sponsorships at the property confirms there is sufficient value to justify that price point.

Sports & Properties, Inc.

Hill Carrow, CEO
August 10, 2020
Sportsproperties.com

78-80 St. Marks Place LLC    21-12139-mg    Doc 31-3    Filed 02/24/22    Entered 02/24/22 17:05:10    Exhibit 8 to
RE:  78-80 St. Marks Place    the Omnibus Objection - Ronald Gold Appraisal    Pg 147 of 341
New York, New York  10003
Page 141

**OWNER/CLIENT'S  REPORT PROJECTED 2021 INCOME:**

The appraiser has accepted owner/management's income and operating statements for projected calendar year 2021. The appraiser has estimated **an atypically high annual 10% Vacancy and Collections to project an EFFECTIVE GROSS INCOME, due to the OWNER CONTROLLED THEATRE AND RESTAURANT (Basement and Cellar Levels) . . . which were in complete or limited LOCKDOWN through most of 2020 (March through November, 2020)  DUE TO THE ON-GOING NEGATIVE EFFECTS OF COVID-19 DURING calendar year 2020, with elements of these effects continuing into the 1st Quarter of 2021.**  For Example, Restaurant Lockdown Limited Indoor Dining limited to 35% in January and February, 2021, with projected increase to 50% in latter March and April, 2021.       As of the date of this appraisal, THE THEATRE USE in the subject is in 100% lockdown as a theatrical use, as are all BROADWAY HOUSES and LINCOLN CENTER and CARNEGIE HALL, to name a few Manhattan premiere performing arts venues.

**OWNER/CLIENT'S PROJECTED 2021  OPERATING EXPENSES**:

The appraiser has modified the operating expenses found in the following projected and actual 2021  income and operating expense report submitted by the client.  The appraiser has used most of the actual expenses, including real estate taxes, water & sewer charges, insurance, fuel and common area electric. The appraiser has modified a few expenses, including supplies, repairs, management expense and visiting super, according to typical expense charges experienced in similar type buildings on Manhattan's Upper East Side.

***APPRAISER'S NOTE: According to the client, the roofs of both buildings were reportedly RE-SURFACED during calendar year 2018. THE APPRAISER DID NOT INSPECT THE SUBJECT ROOFS at the Date of Inspection.***

## FACTORS UTILIZED IN DEVELOPING THE OVERALL  5.5% CAPITALIZATION RATE:

The appraiser has utilized an overall **capitalization rate of 5.5%,** based on a number of factors, including the 2020 lingering effects of the COVID-19 PANDEMIC,  recent and current and recent (January, 2021 latter 2020)  reports by CBRE, Avison Young and  Ariel Property Advisors, to name a few.   The appraiser notes that the subject building is in average to above average partially renovated/upgraded overall condition (upgraded Electric service, new 2020 HVAC compressors, installation of a 49-seat outdoor dining area, approved by NYC DOT, etc.), as of  March 5, 2021,  the effective date of value and the date of inspection. The subject is located in an above average to excellent location directly on St. Marks Place.   The appraiser notes that THE SUBJECT BUILIDNG LACKS an elevator and central fired cooling for floors 1 through 4 (above the Basement "grond floor" level).  The typical 1st through 4th floor floor-through layouts of the residential units are on a par or larger with typical floor-through layouts in similar early 20th Century Walk-up East Village mixed-use walk-up townhouse apartment buildings with ground floor stores.


 **ON THE FOLLOWING PAGES, PLEASE FIND THE March 5, 2021 OWNER/CLIENT'S Projected SUBJECT BUILDING PROJECTED 2021  INCOME AND Actual 2020 OPERATING EXPENSE STATEMENTS, including the projected "Branding Rights Income" for the subject property (*see preceding pages of this report.)   Also find a number of CAP RATE reports from Latter Half 2020 and January, 2021,  indicating capitalization rate ranges for Manhattan income-producing real estate, ranging from 5% to 6%.  The appraiser is of the opinion that a 5.5% capitalization rate for the subject is reasonable and prudent.**

## SUBJECT BUILDING  CLIENT SUPPLIED PROJECTED 2021  INCOME

**78-80 St. Marks Place LLC**
**80 St. Marks Place**
**New York, NY 10003**
**646-217-8816**

78-80 St. Marks Place LLC Building Rental Income Projected 2021

| **Commercial** Rents 78 St. Marks Place | MONTHLY | ANNUAL |
|---|---|---|
| Scheib's Place Inc.  Ground level | $14, 000 | $168,000 |
| Theatre 80 LLC,<br>80 St. Marks Place, Ground level and sublevel | $10, 000 | $120,000 |
| 78 St. Marks upstairs<br>Unit 1 Museum of the American Gangster | $ 5,000 | $ 60,000 |
| Unit 2 Meeting Space | $3,500 | $42,000 |
| Leasing of Naming/Branding Rights of Building | $37,500 | $450,000 |

**Residential Rents**

| | | |
|---|---|---|
| 78 St Marks Place<br>Unit 3<br>Ori Kushnir and Sivan Lahat<br>Sept 1 , 2019 to August 31, 2022 | $3,000 | $36,000 |
| Unit 4<br>78 St Marks Place<br>Aya Ikeda<br><br>Expires July 31 2021 | $2950 | $35,400 |
| 80 St. Marks Place<br>Townhouse | $12, 000 | $144, 000 |

Total $87,950          Total $1,055,400

Lawrence Lorcan Otway
March 5, 2021

**<u>SUBJECT BUILDING CLIENT SUPPLIED 2020  OPERATING EXPENSES</u>**

**78-80 St. Marks Place LLC**
**80 St. Marks Place**
**New York, NY 10003**
**646-217-8816**

78-80 St. Marks Place LLC Building Expenses  2020

| | |
|---|---|
| Electricity includes Gas | 20,094 |
| Property insurance | 7050 |
| Visiting Superintendent | 6890 |
| Management Fee | 28,850 |
| Real estate tax | 157,000 |
| Water  Sewer | 12,489 |
| Supplies | 2041 |
| Maintenance and Repair | 43,304 |
| Exterminating | 3651 |

TOTAL 281,369

Lawrence Lorcan Otway
Owner
March 5, 2021

**CLIENT-REPORTED SUBJECT BUILDING REMODELING AND REPAIRS 2020**

*(APPRAISER'S NOTE: According to the client, the roofs of both buildings were reportedly RE-*

*SURFACED during calendar year 2018.* **THE APPRAISER DID NOT INSPECT THE SUBJECT**

**ROOFS at the Date of Inspection.)**

**78-80 St. Marks Place LLC**
**80 St. Marks Place**
**New York, NY 10003**
**646-217-8816**

78-80 St. Marks Place LLC Recent Larger Remodeling and Repairs

| | |
|---|---|
| Remodel Shower | 2050 |
| Change old fuse box to Circuit Breakers | 2000 |
| Deck in front balcony | 3200 |
| Removed old decking in back and front | 2000 |
| Upgraded HVAC | 32,700 |
| Awnings for front and back | 32,000 |
| Window for box office onto the street | 2,950 |
| New kitchens/ prep rooms in tavern | 40,000 |
| Upgrade electricity behind bar | 1200 |
| New ignition for boiler | 1,200 |
| Outdoor dining | 26,500 |
| New windows in one apartment | 1500 |
| Theater  Remodel theater | 81,000 |
| Replace several windows in ground floor, hallway | 3,266 |

March 5, 2021

Lawrence Lorcan Otway

<u>OUTDOOR SEATING NOTIFICATION – JUNE, 2020 – NYC DEPT. OF TRANSPORTATION –</u>

<u>SUBJECT RESTAURANT: "SCHEIB'S"</u>

---------- Forwarded message ---------
From: NYCDOT NOTICE <nycdotnotice@dot.nyc.gov>
Date: Fri, Jun 19, 2020 at 1:56 PM
Subject: Open Restaurant Form Confirmation
To: Scheibsplace@gmail.com <Scheibsplace@gmail.com>

Congratulations!  As part of the City's Open Restaurants program,
Scheib's Place Inc. , is authorized to add outdoor seating to the City's
sidewalk and/or roadway in front of its restaurant in accordance with all
applicable terms and conditions and health guidance.

Business name: Scheib's Place Inc.
Business phone: 6462178815
Establishment Address: 78-80 St. Marks Place , Manhattan, NY

Approved for:
Sidewalk Seating: yes
Roadway Seating: yes
Alcohol Service: yes
For questions about the program, requirements and resources please
visit the NYCDOT Open Restaurant Program Website

Thank you,

NYC Department of Transportation

**(ARIEL PROPERTY ADVISORS – MULTIFAMILY – MANHATTAN – 3RD QUARTER 2020 AND**

**TRAILING CALENDAR YEAR 2019 )**





# MULTIFAMILY MARKET PERFORMANCE

## BY SUB-MARKET

| | Metrics | Q3 2020 | % Change vs. Q2 2020 | Q2 2020 | % Change vs. Q3 2019 | Q3 2019 |
|---|---|---|---|---|---|---|
| **MANHATTAN** | Transaction Vol | 13 | -19% | 16 | -13% | 15 |
| | Building Vol | 13 | -46% | 24 | -19% | 16 |
| | Dollar Vol | $134,650,000 | -41% | $228,039,811 | -73% | $501,751,250 |
| | Total Units | 340 | -35% | 522 | -50% | 678 |
| **N. MANHATTAN** | Transaction Vol | 4 | 0% | 4 | 100% | 2 |
| | Building Vol | 6 | -50% | 12 | 100% | 3 |
| | Dollar Vol | $43,750,000 | 78% | $24,555,000 | 356% | $9,600,000 |
| | Total Units | 187 | 5% | 178 | 97% | 95 |
| **BRONX** | Transaction Vol | 14 | 100% | 7 | 8% | 13 |
| | Building Vol | 26 | 189% | 9 | -4% | 27 |
| | Dollar Vol | $96,456,431 | 101% | $47,930,000 | 5% | $91,925,752 |
| | Total Units | 701 | 132% | 302 | 14% | 616 |
| **BROOKLYN** | Transaction Vol | 15 | -6% | 16 | -29% | 21 |
| | Building Vol | 27 | 13% | 24 | 4% | 26 |
| | Dollar Vol | $253,819,948 | -19% | $311,590,000 | 1% | $251,103,000 |
| | Total Units | 1,299 | 17% | 1,111 | 84% | 705 |
| **QUEENS** | Transaction Vol | 10 | 150% | 4 | 233% | 3 |
| | Building Vol | 23 | 283% | 6 | 475% | 4 |
| | Dollar Vol | $112,911,000 | 176% | $40,942,500 | 402% | $22,500,000 |
| | Total Units | 569 | 183% | 201 | 463% | 101 |
| **NEW YORK CITY** | Transaction Vol | 56 | 19% | 47 | 4% | 54 |
| | Building Vol | 95 | 27% | 75 | 25% | 76 |
| | Dollar Vol | $641,587,379 | -2% | $653,057,311 | -27% | $876,880,002 |
| | Total Units | 3,096 | 34% | 2,314 | 41% | 2,195 |

3

Ariel PropertyAdvisors | 212.544.9500 | arielpa.nyc



# TRAILING SIX MONTH ANALYSIS
## INTRODUCTION

**Trailing Six Month Analysis Methodology**

Given the commercial real estate industry's cyclical nature and relatively small number of sample properties that trade in any month or quarter, Ariel Property Advisors developed the Trailing Six Month Analysis as a unique research tool for identifying multifamily sales trends in New York City.

The Trailing Six Month Analysis includes charts for the most recent six month period that detail the average price per unit, average price per square foot, average cap rate, average gross rent multiplier, and total transactions and prices for multifamily properties in Manhattan (south of East 96th Street and south of West 110th Street), Northern Manhattan (north of East 96th Street, north of West 110th Street), The Bronx, Brooklyn, and Queens. Sales figures from neighborhoods that had transactions during the six month period also are highlighted.

**Trailing Six Month Performance - Averages**

| Location | \$ / Unit | \$ / SF | Cap Rate | GRM | \$ / Unit | \$ / SF | Cap Rate | GRM |
|---|---|---|---|---|---|---|---|---|
| | Apr 2020 - Sep 2020 Trailing Numbers | | | | Apr 2019 - Sep 2019 Trailing numbers | | | |
| Manhattan | \$438,033 | \$621 | 5.11% | 12.95 | \$659,287 | \$980 | 4.25% | 15.89 |
| N. Manhattan | \$198,327 | \$271 | 4.99% | 10.09 | \$283,075 | \$353 | 4.67% | 13.63 |
| Bronx | \$154,078 | \$174 | 6.34% | 9.66 | \$162,903 | \$189 | 5.19% | 11.11 |
| Brooklyn | \$280,886 | \$329 | 5.52% | 11.04 | \$392,496 | \$429 | 4.44% | 14.21 |
| Queens | \$184,194 | \$222 | 5.29% | 9.66 | \$219,962 | \$281 | 5.38% | 12.33 |

**3rd quarter 2020 and 2019 cap rate analysis**

**SOURCE: ARIEL PROPERTY ADVISORS**

**Multifamily Economic and Market Commentary**          **Fannie Mae**

### JANUARY 2021

**2021 Multifamily Market Outlook – Weathering the COVID-19 Storm**

The multifamily sector was negatively impacted in 2020 from rising vacancy, declining rents, and higher concession rates due to the economic dislocation resulting from the COVID-19 pandemic. We expect a similar trend in 2021, with stabilization anticipated to commence starting in the latter part of the year. It is important to note that although the national trend is expected to remain subdued for most of the year, multifamily fundamentals and trends are also expected to vary by metro, submarket, and, in some cases, neighborhood.

The national multifamily vacancy rate is expected to peak in 2021, at around 6.5 percent, as illustrated in the chart below from Moody's Analytics REIS, and then begin to trend downward starting in 2022. The pace of absorption is expected to remain sluggish due to the increased number of new units expected to deliver over the next 12 months. In addition, we expect that concession levels will continue to rise in the first few months of the year, as the first quarter tends to experience a slower pace of apartment unit lease-ups and renewals.

Forecasted National Multifamily Trends



Source: Moody's Analytics REIS

### Positive-but-Subdued Absorption Expected in 2021

Demand for multifamily rental units remained stable in 2020, according to data from CoStar Portfolio Strategy, which estimates that net absorption totaled 326,874 units last year, compared to an estimated 320,976 in 2019. In contrast, CoStar anticipates a significant slowdown in multifamily net absorption this coming year, with only 113,178 units of net absorption expected in 2021.

**FANNIE MAE – JANUARY 2021 – MARKET PROJECTIONS FOR MUTLI-FAMILY**

Multifamily Economic and Market Commentary

## Multifamily Sector Still Attracting Investment

With interest rates remaining low over the past several months and increasing pressure on the performance of the
hotel, retail, and to a lesser extent, office sectors during the COVID-19 pandemic, investors have remained
steadfastly interested in the multifamily sector. As a result, there has been downward pressure on cap rates,
especially during the second half of 2020, as seen in the chart below. Although multifamily cap rates started 2020
at approximately 5.3 percent, according to data from Real Capital Analytics, they are estimated to have ended the
year at 4.9 percent, a new low.

Although we have previously cautioned that a decline in the 10-year Treasury yield would likely compress cap
rates as well, it is interesting to note that cap rates have continued to decline despite recent increases in the yield
for 10-year Treasurys. We currently anticipate that cap rates will remain low again in 2021 despite an expected
increase in the 10-year; however, because the spread between the two remains wide, as illustrated in the chart
below, we do not expect significant increases in multifamily property prices in 2021.

**10-year Treasury and Multifamily Capitalization Rates**



Source: Real Capital Analytics, and Federal Reserve, Selected Interest Rates H.15, per Moody's Analytics

## 2021 Multifamily Outlook: Weathering the COVID-19 Storm

We maintain a positive but cautious outlook for the multifamily sector in 2021. We expect the multifamily sector to
be impacted in the first half of 2021 from a rising national vacancy rate and declining rents, but, overall, we still
expect the multifamily sector to perform well relative to other commercial real estate property types, most notably
retail and hospitality.



Multifamily Quarter in Review: New York City | Q3 2020

- 
- 
- 
- **TRAILING 6-MONTH MOVING AVERAGES –**
- **LATTER 2020 AND LATTER 2019  / NEW YORK CITY**
- 
- **SOURCE:  ARIEL PROPERTY ADVISORS**

# MULTI-FAMILY APARTMENT "LOAN STORE" CAP Rates for Apartment/Multifamily Properties in New York City – DECEMBER, 2020

## Multifamily Apartment Cap Rates

**Cap Rates for Multifamily Apartment properties are relatively flat for 2019 in this market. Averaging 4.60 for newer Luxury Metro properties, 4.87 for A Class, 5.24 for B Class, 6.02 for C Class and 6.40 for Value Added Acquisitions.  With the economy adding more jobs and moderate wage increases rents are stable and vacancies are less than 5.00%. The continual increase in single-family home prices throughout 2019 has strengthened the demand for rental units. The volatility of the Stock Market has pushed more investors into US Treasury Bonds and Income Property Investments.  The increase in residential interest rates during the first quarter of 2019 initially increased the demand for rental units.  In June of 2019 interest rates came down significantly, but the demand for multifamily rental units is still increasing.**

*Multifamily Apartment Cap Rates*

Rates as of: 12/11/2020

| | |
|---|---|
| **New Luxury Metro** | **4.60** |
| **A Class** | **4.87** |
| **B Class** | **5.24** |
| **C Class** | **6.02** |



Third Quarter 2020 / New York City

# Valuation & Advisory

## Rising CMBS Delinquency Rates and Percentage of Loans in Special Servicing Expected to Contribute to Increased Demand for Property Appraisals

The coronavirus pandemic has pushed CMBS delinquency rates to all-time highs. Although overall CMBS delinquency rates declined in August, they are highly bifurcated, and the percentage of delinquencies varies greatly depending on asset type and length of term. Additionally, the Paycheck Protection Plan (PPP) Loan Program is coming to an end and a second round of relief is not certain as of the time of this writing (on October 5th). The lack of additional relief and stimulus could push CMBS delinquency rates even higher. This spike in delinquency rates will further increase the need for property appraisals. As a result, a wave of new appraisals is expected over the next six months.

These new appraisals are expected to be much lower than historical values.

### Relief Arrangements Needed to Cure Some, But Not All Loans

According to Trepp, the overall CMBS delinquency rate for August was 9.02 percent, representing a 58-basis point decline from July. At the same time, approximately $6.5 billion in loans were cured in August, which includes loans that were made current or entered into a grace period. Cured loans resulted from a number of different arrangements. Some loans became current as a result of granted forbearances and/or borrowers being authorized to

use reserves to make the loan current. Other loans were brought current without relief.

### Loans in Special Servicing Also on the Rise, With Lodging and Retail Comprising the Majority

Trepp also reports an increase in the percentage of loans with a special servicer, rising to 10.04 percent in August, from 9.49 percent in July. A large percentage of this pool is made up of lodging and retail loans. In total, 25.0 percent of all lodging loans and 17.3 percent of all retail loans are in special servicing.

Specifically, in New York City, there are $1.47 billion worth of CMBS loans on hotel properties that have gone unpaid, according to Crain's. This is the largest amount of hotel delinquencies in the country, which has pushed the greater New York market's delinquency rate to nearly 39 percent, compared to the usual 1.0% rate nationally. Occupancy rates in New York City hotels stood at 41 percent in late August, which represents a 54 percent decline from the same time last year.

As more loans enter special servicing, the need for current appraisals increases. Industry professionals are bracing for a large percentage of these new appraisals to be much lower, specifically over the next six months as special servicers work through the increasing volume of troubled loans.

### Impact of Lower Appraised Values

Lower appraised values can have a direct impact on the relationship between B-piece CMBS investors, special servicers and operating advisors during the loan workouts. B-piece holders are at risk to lose their unilateral authority to appoint or remove the special servicer without cause.

To date, there have not been a significant amount of appraisal reductions, despite the increase in delinquency rates. This is likely because the appraisals have not been completed or ordered as of yet. However, appraisal reductions are expected to rise significantly into Q4 2020 and beyond.

### Conclusion

Industry experts would be keen to understand how PPP loans are affecting both property values and delinquency rates for CMBS deals. PPP loans have helped many businesses stay afloat during the coronavirus pandemic. However, the money is running out and there is a lack of certainty on an extension or replacement for these loans. If there is no second round of relief for small and medium sized businesses, many more will fail. This could create a domino effect, causing more loans to fall into delinquency as borrowers lose income and fall behind.

Even with the assistance of PPP loans, *The New York Times* estimates that at least 1,000 eating and drinking establishments have already closed in New York City. This number is at risk of increasing significantly as the PPP program may come to an end and also as outdoor dining potentially slows due to the weather. The status of increasing indoor dining in the future is also uncertain, given the risks of spreading the virus within enclosed establishments. A lack of expanded indoor dining will contribute to a wave of additional permanent foreclosures in New York City.

Eric Falvo
Associate
Valuation Advisory Services
eric.falvo@avisonyoung.com
212.735.8556

-



Third Quarter 2020 / New York City

# Investment Sales



**Third Quarter 2020 Summary**

In the third quarter of 2020, Manhattan investment sales experienced a continued decline in activity due to the fallout from the COVID-19 virus. Manhattan saw 21 transactions, the lowest number of sales since the third quarter of 2009 and a 64 percent decline from the third quarter of 2019. The total dollar volume amounted to $1.1 billion, a 74 percent decrease off the third quarter of 2019 and the lowest since the first quarter of 2010. Two transactions, 1375 Broadway and 522 Fifth Avenue, which went into contract before COVID-19, accounted for 68 percent of the total dollar volume. Year-to-date through the end of the third quarter, there were 44 percent fewer transactions and 48 percent less dollar volume compared to the same period last year, the slowest three

quarters since 2009. The annualized pace of transaction velocity forecasts that 2020 will end with 155 sales and $8.4 billion in dollar volume, which is a 72 percent and 69 percent decrease off the ten-year average, respectively. Of note, these totals are 46 percent and 52 percent lower than 2019's tallies, which marked the previous 10-year low.

**Multi-Family/Mixed-Use**

The third quarter of 2020 only recorded nine multifamily/mixed-use transactions for a total of $121 million in dollar volume, a decline of 55 percent and 82 percent, respectively, compared to the third quarter of 2019. Pricing fell to $553 per square foot, which is a 40 percent decrease off the third quarter of 2019 and a new

Transaction Volume and Number of Sales by Year



-

low for the year. Average cap rates rose to the third quarter of 67 basis points from the third quarter of 2019. However, with only nine transactions this quarter, these numbers may not perfectly represent market pricing. The leading transaction for the quarter was 400 East 58th Street. The mixed-use building located at the corner of First Avenue in Sutton Place was sold by SL Green to A&E Real Estate Holdings for $62 million, equating to $443 per square foot and a cap rate of 5.00 percent.

## Retail

The third quarter of 2020 only saw one retail transaction for $1.5 million. Certainly, COVID-19 was the driving force behind the lack of activity taking place in Manhattan, as owners were forced into triage mode with respect to their lenders and tenants. While the outer boroughs saw the bulk of New York City's retail sales volume, the activity was depressed across the board. The sole transaction for the quarter in Manhattan was 152 Franklin Street, a vacant retail condo in Tribeca that sold $417 per square foot and was bought out of foreclosure.

## Office

The third quarter of 2020 saw only one office sale for $435 million, while the office condo market recorded three sales for $412 million. Like retail, COVID-19 halted office market activity. The unknown of when companies will be returning to the office and the likelihood of tenants paying their full rent has left investors unsure of values. The 513,401 RSF office building at 1375 Broadway, which went into contract in February, was purchased by Savanna Partners for $847 per square foot and a 4.80 percent cap rate. Rents in the building are below market, which allows for a value-add opportunity.

## Development

The third quarter of 2020 saw six development sales for a total of $141 million, a 50 percent increase and a 56 percent decrease, respectively, off the third quarter of 2019. Based off the third quarter of 2019, the price per buildable square foot decreased by 22 percent to $483, while the total number of buildable square feet decreased by 56 percent to 253,617. The leading transaction for the quarter was Real Estate Equities Corp.'s 99-year ground lease purchase of an assemblage at 156-166 Bowery for $50 million. The assemblage has a total of 90,000 BSF, equating to $556 per buildable square foot.

## Trends to Watch

- 
- 
- 
- 

The third quarter of 2020 saw just one conversion sale for a total of $51 million. Jason Carter bought 305-307 East 61st Street via a bankruptcy auction. Plans for this stalled condo conversion project call for 14 residential units and a commercial component totaling around 14,800 square feet.

**Sean Noone**
Analyst
Tri-State Investment Sales Operations
sean.noone@avisonyoung.com
917.999.0019

*Avison Young's Tri-State Investment Sales group tracks confirmed transactions above $5 million ($1 for retail properties and office condominiums) sold in Manhattan below 96th Street.*



Third Quarter Total Dollar Volume by Asset Class

$1.1 Billion

↓ 74% From Third Quarter 2019

Third Quarter Number of Sales by Asset Class

21 Sales

↓ 64% From Third Quarter 2019

CBRE PROJECTION – SEPTEMBER 2020

**WHAT LIES AHEAD?**

If a vaccine for COVID-19 is available by mid- to late-2021, the commercial real estate market will normalize based on abundant liquidity, low cost of capital and attractive returns.

Available capital for real estate investment remains more than $300 billion globally, the majority of which is targeting North America. This wall of capital is a major contributor to the constrained expansion of cap rates. Industrial cap rates are at historic lows.

Meanwhile, the Fed plans to keep interest rates near zero until 2023. Both inflation and risk-free yield from 10-year Treasurys declined sharply of late. At the same time, real estate cap rates have remained relatively stable. This rewards investors with a wider yield spread and additional gains from asset value appreciation.

As underwriting and financing normalize, the ultra-low cost of borrowing will help offset potentially slow growth of rental income. To date, the pandemic's impact on rent levels has been small, thanks to strong fiscal and other policy support that effectively reduced financial distress. However, these conditions could change if the government reduces its balance sheet with tax increases.

Lastly, hedging cost against dollar depreciation has remained low for foreign investors, providing additional cash-on-cash returns when they invest in the U.S. If this continues for the next two years, the U.S. will benefit from increased foreign capital inflows.

As the economy continues to recover, so does the overall demand for real estate. Long-term technological and demographic trends, such as digitalization, will change investor preferences and push the industry to evolve, but investment opportunities and capital for real estate will remain.

**FIGURE 7: CAP RATES FOR MAJOR PROPERTY TYPES IN THE U.S.**



Source: CBRE Econometric Advisors, Q3 2020.

2021 U.S. Real Estate Market Outlook
HOME PAGE

- **EARLY 2020 – MARCUS & MILLICHAP**

- **Cap Rates Are Up Slightly**

**Capitalization rates are creeping higher for rent-regulated properties where the rents under the old rules could have risen quickly. "Changes to rent-control regulations in the state of New York announced in June will already be considered for underwriting valuations," according to Marcus & Millichap's [Institutional Property Advisors](#) (IPA) division.**

**Cap rates, which rise as prices fall relative to income, averaged 3.9 percent in Manhattan between February and July 2019. That's up from 3.7 percent the year before, according to [Ariel Property Advisors](#).**

**Cap rates rose the most in Queens, to 5.03 percent from 3.95 percent, and also rose in Brooklyn to 4.71 percent from 4.54 percent and in Northern Manhattan to 4.60 percent from 3.90 percent.**

In the Bronx, where demand for apartments continues to rise quickly, cap rates inched lower to reach 4.93 percent, down from 4.95 percent.

"Over the next few quarters we will begin to see the true impact of reform on property values as all market participants begin to settle into our new world," Robert Knakal writes in the [Commercial Observer](#).

**Rental Demand Remains Strong**

There are now fewer vacant apartments in New York City than any other time since the economy begun to grow after the Great Recession.

The percentage of vacant apartments in the metro area is now less than 2 percent, according to a [report](#) from Marcus & Millichap.

"New York's unique position as a cornerstone of global economic activity will continue to keep the fundamental trends positive even as the supply pipeline expands from last year," according to Marcus & Millichap.

APPRAISER'S PROJECTED ANNUALIZED-STABILIZED INCOME AND OPERATING EXPENSES

21-11289-mg    Doc 31-3    Filed 02/24/22    Entered 02/24/22 17:05:10    Exhibit 8 to
the Omnibus Objection - Ronald Gold Appraisal    Pg 166 of 341

AND CAPITALIZATION OF NET INCOME  FOR CALENDAR YEAR 2021 (effective March 5, 2021)

**Valuation Analysis**

Prepared By: Ronald M. Gold
Analysis Date: March 5, 2021
Property Address: 78-80 St. Marks Place, New York, NY 10003
Square Foot Area: 14,400

| Unit | # Units or Unit Size | $/Mo. or $/SF | Annual Rent | % Of PGI |
|---|---|---|---|---|
| Comm'l - Theatre 80 LLC | 1 | $10,000 | $120,000 | 11.4% |
| Comm'l Restaur. - "Scheib's" | 1 | $14,000 | 168,000 | |
| 78 St. Marks - Museum | 1 | $5,000 | 60,000 | |
| 78 St. Marks - Unit 2 | 1 | $3,500 | 42,000 | |
| Branding Rights | 1 | $37,500 | 450,000 | |
| 78 St. Marks - Unit 3 | 1 | $3,000 | 36,000 | |
| 78 St. Marks - Unit 4 | 1 | $2,950 | 35,400 | |
| 80 St. Marks - Townhouse | 1 | $12,000 | 144,000 | |
| | | | 0 | |

| | | | | |
|---|---|---|---|---|
| **Potential Gross Income (PGI):** | | | **$1,055,400** | **11.4%** |
| **Vacancy and Credit Loss:** | | 10.0% | **$105,540** | |
| **Effective Gross Income (EGI):** | | | **$949,860** | 90.0% |

| Expenses | | | | Per Square Foot |
|---|---|---|---|---|
| Real Estate Taxes (Actual) | | | $157,000 | $10.90 |
| Water and Sewer (Actual) | | | 12,489 | $0.87 |
| Insurance (Actual) | | | 7,050 | $0.49 |
| Fuel (Gas) Estimated | | | 14,000 | $0.97 |
| Electric (Common Area) (Estimated) | | | 5,000 | $0.35 |
| Supplies (Estimated) | | | 10,000 | $0.69 |
| Repairs (Estimated) | | | 10,000 | $0.69 |
| Management (Actual) | | | 28,850 | $2.00 |
| Visiting Super (Actual) | | | 6,890 | $0.48 |

| | | | | |
|---|---|---|---|---|
| **Total Expenses:** | | | **$251,279** | **$17.45** |
| **Expense Ratio (Expenses/EGI):** | | | **26.5%** | |

| | | | | |
|---|---|---|---|---|
| **Net Operating Income (NOI):** | | | **$698,581** | **$48.51** |
| **Capitalization Rate:** | | | **5.5%** | |
| **Value:** | | | **$12,701,473** | **$882.05** |
| **Rounded:** | | | **$12,700,000** | **$881.94** |

CAPITALIZATION RATE TOOLS

# Capitalization Rate Tools

### Mortgage Equity Analysis

| Mortgage Constant* | | Loan Ratio | | | Contributions |
|---|---|---|---|---|---|
| 0.079836 | x | 50.0% | | = | 3.99% |
| **Equity Yield Rate** | | **Equity Ratio** | | | |
| 5.00% | x | 50% | | = | 2.50% |
| | | | | | 6.49% |

Less Equity Buildup:
Loan ratio x percent paid off x sinking fund factor (SFF)

| 50.0% | x | 14.19% | x | 0.07950 | = | -0.56% |
|---|---|---|---|---|---|---|

Adjustment for Depreciation or Appreciation:
Plus depreciation (or minus appreciation) x SFF

| | | -5.0% | x | 0.07950 | = | -0.40% |
|---|---|---|---|---|---|---|
| | | | **Capitalization Rate** | | = | **5.53%** |

### Debt Coverage Ratio Analysis

Debt Coverage Ratio x Loan to Value Ratio x Mortgage Constant*

| 1.25 | x | 50.0% | x | 0.07984 | = | 0.04990 |
|---|---|---|---|---|---|---|
| | | | **Capitalization Rate** | | = | **4.99%** |

| * Mortgage Constant Variables: | | Rate: | 7.00% | Term: | 30 |
|---|---|---|---|---|---|

# Tests of Reasonableness

| Measure | | Notes |
|---|---|---|
| Net Operating Income | $698,581 | Before debt income from valuation analysis. |
| Debt Service | ($507,019) | Debt service calculated from Mortgage Equity Analysis above and indicated value. |
| Debt Coverage Ratio | 1.38 | This is the amount that NOI exceeds debt. In this case, the ratio is greater than 1.2, which is generally considered reasonable by most lenders, depending on the risk characteristics of the property. |
| Equity Dividend | $191,562 3.0% | This is the annual return on the amount invested. The total return may be higher or lower, depending on appreciation and mortgage paydown. In this case, the rate is less than 10%, which may be too low to motivate an investor unless strong appreciation is expected. |

### Income Profile



**Expense Profile**





## Cash Flow Profile



The value of income-producing property is a direct function of its earning power.  Higher earnings produce greater value.  The Income Capitalization Approach is a process of estimating the amount of anticipated future benefits and conversion of these benefits into a lump sum of value at a particular point in time.  Value is based on principle of anticipation stated in the definition of value as the present worth of all rights to future benefits accruing ownership.

The Mortgage Equity technique recognized that real estate investors are motivated by opportunities for leverage. It is a synthesis of the rate required to service the debt (mortgage constant) and the rate required to attract investment capital (equity yield rate).  The overall capitalization rate reflects the requirements for the lender (mortgage) and the investor (equity dividend).

This technique works well in an economy where income and expense variations are minimized or obligations prescribed by contracts does not vary significantly from market conditions.  Since the subject property does generate a positive cash flow, the appraiser has developed the Mortgage-Equity "Band of Investment" technique in order to estimate the Market Value of the subject property via the Income Approach as of the effective date of this appraisal.

78-80 St. Marks Place LLC
RE:  78-80 St. Marks Place
       New York, New York  10003
<u>Page 166</u>

The discounted cash flow analysis is an alternative technique to the foregoing method.  This process starts with the development of a forecast detailing cash flow projections year by year, or month by month, over a presumed time frame of ownership.  The net cash flows are discounted at some required rate of return in order to obtain an indication of present value.  With this method, the attempt is made  to compensate for time, so that the value of money is properly recognized for the entire cash flow period utilized.

In view of the nature of the subject property, the appraiser has concluded that the Mortgage-Equity technique is appropriate in this instance.  Major steps in the Income Capitalization Approach are as follows:

1. Estimated Potential Gross Income. (Appraiser has accepted actual statement).

2. Vacancy and Collection losses likely to incurred during the property's normal operation.

3. Net Operating Income forecast based on expense analysis.

4. Selection of an appropriate capitalization method and rate.

5. Capitalization of the effective net operating income before debt service into an estimated present value.

The capitalization process consists of converting the stabilized net operating income into an estimate of value.

78-80 St. Marks Place LLC
RE:  78-80 St. Marks Place
     New York, New York  10003
<u>Page 167</u>

## <u>KEY NUMBERS TO VALUATION CONCLUSIONS</u>

Following are the key numbers utilized and developed in the capitalization of income approach to value:

| | |
|---|---|
| Gross Projected Annual | |
| Gross Income          : | $  1,055,400 |
| **Vacancy and Credit Loss (10%):** | **$   -105,540** |
| Effective Gross Income: | $   949,860 |
| Stabilized Net Operating Income: | $   652,811 |
| Loan to Value Ratio: | 50% |
| Projected Loan: | 7% mortgage, 30-year amortization schedule |
| Projected Equity Yield Rate: | 5% |
| Equity  Dividend Rate: | 3% |
| Projected Holding Period: | 5 years |
| Debt Service Coverage Ratio: | 1.38 |
| **Overall Indicated Capitalization Rate:** | **5.5%** |

**VALUE INDICATED:**                    **$12,701,473**

**VALUE INDICATED VIA**               **$12,700,000 (ROUNDED)**
**CAPITALIZATION OF**
**INCOME APPROACH:**

## THE SALES COMPARISON  (MARKET DATA) APPROACH

In the **Sales Comparison Approach,** the subject property is compared to similar "C7"  class Walk-up Mixed-Use buildings located in the subject surrounding (30-block radius)  East Village / Lower East Side / West Village / Chelsea neighborhoods area, that have been sold recently or for which contract prices are known.

Data for generally comparable properties are used, and comparisons are made to demonstrate a probable price at which the subject property would sell if offered on the market.

In order to estimate the Market Value of the subject property in accordance with the purpose of the assignment, as **of the effective date of value: March 5, 2021,** the appraiser has considered the Sales Comparison Approach and the Capitalization of Income Approach BOTH reliable indicators of value, in accordance with the purpose of this assignment.

The subject building is in overall Average to Above Average condition throughout.   The subject property is situated in an above average location on St. Marks Place in The East Village, a noted historic and commercial thoroughfare.  It is situated 2 blocks east of Cooper Square and  the Astor Place Lexington Avenue IRT local subway stop.

The appraiser has conducted an extensive survey of recent calendar year 2020 sales of similar-type Walk-up "C7" class buildings in the East Village, Lower East Side, West Village and Chelsea neighborhoods subject surrounding area, within a 30-block radius of the subject building.

All of the sales transactions analyzed occurred within the 14-month period prior to the effective date of value this report: **March 5, 2021.**

Adjustments for date of sale have been made for sales during the SLIGHTLY INFERIOR *(+5% Adjustment*) 2020 PRE-LOCKDOWN PERIOD (January through March, 2020), the INFERIOR *(+10% Adjustment*) 2020 COVID LOCKDOWN PRE-VACCINE APPROVAL PERIOD (April through October, 2020) and the SIMILAR POST-VACCINE APPROVAL PERIOD (*November and December, 2020*).

All of the comparable sales are of "C7" class walk-up mixed-use 5- and 6-story properties. 3 of the comparable sales are smaller in size as compared to the subject *(-10% adjustment*), 1 of the comparable sales is larger as compared to the subject *(+20% adjustment*), and 3 of the comparable sales are similar in size as compared to the subject. All of the comparable sales range in size between 7,020 and 33,220 sq.ft. of usable interior area above grade. APPRAISER NOTES THAT Price per sq.ft. tends to INCREASE as sq.ft. area DECREASES, below 8,000 sq.ft., in this case.

All 7 of the comparable sales are observed to be in similar condition as compared to the subject property. Two of the comparable sales are located in similar locations as compared to the subject, in the subject East Village and nearby Lower East Side, West Village and Chelsea neighborhoods. The results of the investigation are found on the following pages.

RE:  78-80 St. Marks Place
     New York, New York  10003
Page 170

**COMPARATIVE  2020  "C7"  Class  MIXED-USE  East Village, Lower East Side,
West Village and Chelsea Neighborhoods
SALES  ANALYSIS**

| ADDRESS | DESCRIPTION | PURCH. PRICE | PRICE/ SQ.FT. | DATE OF SALE |
|---------|-------------|--------------|---------------|--------------|

**SUBJECT
78-80 St. Marks Place**

*(Between 1st and 2nd Avenues)*

14,400  Sq.Ft. Gross Building Area Above Grade
Above Average East Village  Location
4-Story + Basement + Cellar  "C7"  class Mixed-Use Walk-up  building
Average to Above Average Partially Renovated condition throughout
Ground Floor Bar and Theatre
2 Upper Floor Commercial Spaces / Several Residential Apts.
10-year old Roof / 20-year old Boiler
Electric Service With Upgraded 2019 Electric Service / New HVAC on
The Ground Floor

**2020 COMPARABLE "C7" Class Walk-up Building SALES**

| | | | | |
|---|---|---|---|---|
| **1.  16 St. Marks Place** | | **$8,475,000** | **$711** | **January, 2020** |

*(Between 2nd and 3rd Avenues)*
*(1 block west of Subject)*

SLIGHTLY INFERIOR PRE-LOCKDOWN
January, 2020  Sale *(+5%  Time Adjustment)*
Similar Type 5-Story "C7" Class Walk-up Mixed Use Building
Similar Location
11,908 Sq. Ft.  Gross Building Area
Similar  in Size
Similar Observed  Condition *(No Condition Adjustment)*

*TOTAL ADJUSTMENTS:  0%*
*ADJUSTED PRICE PER SQ.FT.: $711*

<u>COMPARATIVE  2020  "C7"  Class  MIXED-USE East Village, Lower East Side,</u>
<u>West Village and Chelsea Neighborhoods</u>
<u>SALES  ANALYSIS</u>

| <u>ADDRESS</u> | <u>DESCRIPTION</u> | **PURCH.**<br>**PRICE** | **PRICE/**<br>**SQ.FT.** | **DATE OF**<br>**SALE** |
|---|---|---|---|---|

<u>COMPARABLE  "C7" Class Walk-up 2020 Sales</u>

| <u>2.  94 St. Marks Place</u> | | **$8,500,000** | **$1,211** | **August, 2020** |
|---|---|---|---|---|

*(Between 1ˢᵗ Avenue and Avenue A)*
*(1 Block East of Subject)*
*Similar EAST VILLAGE location*

INFERIOR COFID-19 LOCKDOWN PERIOD
August, 2020 Sale ***(+10% Date of Dale Adjustment***)
Similar Type East Village Location
7,020  Sq. Ft.  Gross Building Area
***-10% Size Adjustment***
***(Price per sq.ft. tends to increase as sq.ft. area above grade***
***Decreases, below 8,000 sq.ft. in this case)***
5-Story  "C7"  class Walk-up Mixed-Use Building
Similar Observed  Condition

***TOTAL ADJUSTMENTS:  0%***
***ADJUSTED PRICE PER SQ.FT.: $1,211***

| <u>3.  98 Orchard Street</u> | | **$9,080,000** | **$931** | **January, 2020** |
|---|---|---|---|---|

*( ½ Block South of Delancey Street )*
*(Similar LOWER EAST SIDE location)*

SLIGHTLY INFERIOR PRE-LOCKDOWN PERIOD
January 2020 Sale ***(+5% Date of Sale Adjustment)***
Similar LOWER EAST SIDE  Location
9,448 Sq. Ft.  Gross Building Area
5-Story Mixed-Use Walk-up "C7" Class Building
Similar Observed Condition

***TOTAL ADJUSTMENTS:  +5%***
***ADJUSTED PRICE PER SQ.FT.: $977***

78-80 St. Marks Place LLC      21-12139-mg    Doc 31-3    Filed 02/24/22    Entered 02/24/22 17:05:10    Exhibit 8 to
RE:  78-80 St. Marks Place      the Omnibus Objection - Ronald Gold Appraisal    Pg 178 of 341
New York, New York  10003
Page 172

## COMPARATIVE  2020   "C7" MIXED-USE  Class  East Village, Lower East Side, West Village and Chelsea Neighborhoods
### SALES  ANALYSIS

| ADDRESS | DESCRIPTION | PURCH. PRICE | PRICE/ SQ.FT. | DATE OF SALE |
|---|---|---|---|---|

### COMPARABLE  "C7" Class Walk-up 2020 Sales

**4.  248 Elizabeth Street**                                     **$8,000,000**    **$1,073**        **January, 2020**
*(1/2 Block South of Houston Street)*
*(Similar LOWER EAST SIDE Neighborhood)*

SLIGHTLY INFERIOR PRE-LOCKDOWN PERIOD
January, 2020 Date of Sale **(+5% Time Adjustment)**
Similar Lower East Side Neighborhood
7,456  Sq. Ft.  Gross Building Area
**-10% Size Adjustment**
**(Price per sq.ft. tends to increase as sq.ft. area above grade
Decreases, below 8,000 sq.ft. in this case)**
65Story "C7"  class Walk-up Mixed-Use Building
Similar Observed Condition

**TOTAL ADJUSTMENTS:  -5%**
**ADJUSTED PRICE PER SQ.FT.: $1,019**

**5.  128 West Houston Street**                                  **$11,000,000**   **$874**        **December, 2020**
*(Corner of Sullivan St. and Houston)*
*(Similar West Village Location)*

SIMILAR POST-COVID VACCINE APPROVAL
December, 2020 Sale
Similar Type West Village Location
12,590  Sq. Ft.  Gross Building Area
6-Story "C7"  class Mixed-Use Walk-up Apt. Building
Similar Observed Condition

**TOTAL ADJUSTMENTS:  10%**
**ADJUSTED PRICE PER SQ.FT.: $874**

78-80 St. Marks Place LLC
RE:  78-80 St. Marks Place
    New York, New York  10003
Page 173

## COMPARATIVE  2020   "C7"  Class  MIXED-USE East Village, Lower East Side, West Village and Chelsea Neighborhoods
### SALES  ANALYSIS

| ADDRESS | DESCRIPTION | PURCH. PRICE | PRICE/ SQ.FT. | DATE OF SALE |
|---|---|---|---|---|

### COMPARABLE  "C7" MIXED-USE Class Walk-up 5- and 6- Story 2020 Sales

**6.  140-42 West 4th Street**          $22,875,001   $685          December, 2020
*(Between 6th Avenue and*
*   Wasginton Square Park South)*
*(Similar West Village Location)*

> SIMILAR POST-VACCINE APPROVAL
> December, 2020 Date of Sale *(No Time Adjustment*)
> SIMILAR WEST VILLAGE  Location
> 33,372  Sq. Ft.  Gross Building Area   *(+20% Size Adjustment)*
> *(Price per sq.ft. tends to decrease as sq.ft. area above grade increases,*
> *      Above 20,000 sq.ft. in this case)*
> 6-Story "C7"  class Walk-up Mixed-Use Building
> Similar Observed Condition
>
> *TOTAL ADJUSTMENTS:  +20%*
> *ADJUSTED PRICE PER SQ.FT.: $822*

**7.  220 West 16th Street**          $6,480,000   $1,037          January, 2020
*(Between 7th and 8th Avenues)*
*(Similar Chelsea Location )*

> SLIGHTLY INFERIOR PRE-LOCKDOWN PERIOD
> Janaury, 2020 Sale *(+5% Time Adjustment)*
> Similar Type Chelsea Location
> 6,250  Sq. Ft.  Gross Building Area
> Markedly Smaller than Subject *(-10% Size Adjustment)*
> *(Price per sq.ft. tends to increase as sq.ft. area above grade decreases,*
> *      below 8,000 sq.ft. in this case)*
> 5-Story "C7"  class Mixed-Use Walk-up Apt. Building
> Similar Observed Condition
>
> *TOTAL ADJUSTMENTS:  -5%*
> *ADJUSTED PRICE PER SQ.FT.: $985*

78-80 St. Marks Place LLC

RE: 78-80 St. Marks Place
New York, New York 10003
Page 174

21-12139-mg    Doc 31-3    Filed 02/24/22    Entered 02/24/22 17:05:10    Exhibit 8 to
the Omnibus Objection - Ronald Gold Appraisal    Pg 180 of 341

# COMPARATIVE BUILDING SALES MAP



78-80 St. Marks Place LLC
RE:  78-80 St. Marks Place
      New York, New York  10003
<u>Page 175</u>

## <u>COMPARABLE  SALE # 1</u>

**Address:**                                16 St. Marks Place

**Block:**                                  463

**Lot:**                                    17

**Plot Size:**                              26' X 120'  = 3,120 sq.ft. (NYC Public Records)

**Improvements:**                           26' X 103' (Extension) = 11,908  square feet (NYC public records)

**Building Area**
    **Gross Building Area :**             11,908  Square Feet

**Sale Price:**                             $ 8,475,000

**Date of Sale:**                           January 15, 2020

**Price per SQ.FT. of Building**
    **Gross Building Area :**             $ 711

**Comments:**                               **January, 2020 Sale (Slightly Inferior PRE-LOCKDOWN)**
                                            Similar Observed Condition
                                            Similar East Village Location
                                            5-Story "C7"  Class  Mixed-Use  Building

**PHOTOS OF COMPARABLE SALE # 1**











78-80 St. Marks Place LLC  Doc 31-3    Filed 02/24/22    Entered 02/24/22 17:05:10    Exhibit 8 to
RE:  78-80 St. Marks Place  the Omnibus Objection - Ronald Gold Appraisal    Pg 185 of 341
      New York, New York  10003

Page 179

## COMPARABLE  SALE # 2

**Address:**                              94 St. Marks Place

**Block:**                                435

**Lot:**                                  11

**Plot Size:**                            25' X 73'  = 1,825  sq.ft.  (NYC Public Records)

**Improvements:**                         25' X 48' X 5   = 7,020 Gross Building Area Above Grade
                                                          (NYC Public Records)

**Building Area**
    **Gross Building Area :**         7,020 sq.ft. (NYC Public Records)

**Sale Price:**                           $ 8,500,000

**Date of Sale:**                         August 21, 2020

**Price per SQ.FT. of Building**
    **Gross Building Area :**         $1,211

**Comments:**

    **August 2020 Sale (INFERIOR COVID-19
             LOCKDOWN PERIOD)**
    Similar  Observed Condition
    Smaller in Size as Compared to Subjcct
    Similar East Village Location
    5-Story "C7"  Class  Mixed-Use  Building

PHOTOS OF COMP BUILDING SALE # 2 - 4 ST. MARKS PLACE







78-80 St. Marks Place LLC    21-12139-mg    Doc 31-3    Filed 02/24/22    Entered 02/24/22 17:05:10    Exhibit 8 to
RE:  78-80 St. Marks Place    the Omnibus Objection - Ronald Gold Appraisal    Pg 188 of 341
        New York, New York  10003
Page 182

## COMPARABLE SALE # 3

**Address:**                           98 Orchard Street

**Block:**                             409

**Lot:**                               3

**Plot Size:**                         25' x 88'  =  2,200  sq.ft.  (NYC PUBLIC RECORDS)

**Improvements:**                      26' x 75' x 5  = 9,750   SQ.FT. Gross Building Area
                                              (NYC PUBLIC RECORDS)

**Building Area**
     **Gross Building Area :**         9,750  Sq.Ft. (NYC Public Records)

**Sale Price:**                        $9,080,000

**Date of Sale:**                      January 7, 2020

**Price per SQ.FT. of Building**
     **Gross Building Area :**         $ 931

**Comments:**                          **January, 2020 Sale**
                                       **(SLIGHTLY INFERIOR PRE-LOCKDOWN**)
                                       Similar  Observed Condition
                                       Inferior Lower East Side Location
                                       5- Story "C7"  Class  Mixed-Use  Building

**PHOTOS  OF COMPARABLE  SALE # 3**



\





78-80 St. Marks Place LLC
RE:  78-80 St. Marks Place
      New York, New York  10003
<u>Page 185</u>

## <u>COMPARABLE  SALE # 4</u>

**Address:**                          248 Elizabeth Street


**Block:**                            507


**Lot:**                              12


**Plot Size:**                        24' X 59'  =  1,416  sq.ft.

**Improvements:**                     24' X 81' X 5  =  7,456  square feet (NYC public records)

    **Gross Building Area :**       7,456 sq.ft. (NYC Public Records)

**Sale Price:**                       $8,000,000

**Date of Sale:**                     January 16, 2020

**Price per SQ.FT. of Building**
    **Gross Building Area :**       $ 1,073


**Comments:**                         **January, 2020 Sale (SLIGHTLY INFERIOR
                                      PRE-COVID LOCKDOWN)**
                                      Similar Observed Condition
                                      Similar Lower East Side  Location
                                      5-Story "C7"  Class  Mixed-Use  Building

PHOTOS  OF COMPARABLE SALE # 4







## BUILDING SALE # 5

| | |
|---|---|
| **Address:** | 128 West Houston Street |
| **Block:** | 525 |
| **Lot:** | 32 |
| **Plot Size:** | 25' X 100' = 2,500 sq.ft. (NYC public records) |
| **Improvements:** | 25' X 86' X 6 = 11,562 sq.ft. (NYC public records) |
| **Gross Building Area :** | 11,562 sq.ft. (NYC Public Records) |
| **Sale Price:** | $11,000,000 |
| **Date of Sale:** | December 15, 2020 |
| **Price per SQ.FT. of Building Gross Building Area :** | $ 874 |
| **Comments:** | **Recent December, 2020 Sale** **(SIMILAR POST-VACCINE APPROVAL PERIOD)** Similar Observed Condition Similar West Village  Location Similar in Size 6-Story "C7"  Class  Mixed-Use  Building |

**PHOTOS OF COMP BUILDING SALE # 5**









78-80 St. Marks Place LLC   21-12188-mg   Doc 31-3   Filed 02/24/22   Entered 02/24/22 17:05:10   Exhibit 8 to
RE:  78-80 St. Marks Place   the Omnibus Objection - Ronald Gold Appraisal   Pg 197 of 341
New York, New York  10003
Page 191

## COMPARABLE  SALE # 6

| | |
|---|---|
| **Address:** | 140-42 West 4th Street |
| **Block:** | 543 |
| **Lots:** | 45 and 47 |
| **Plot Size:** | EACH; 33' x 109'  =  3,597 x 2  = 7,194 sq.ft. |
| **Improvements:** | 33' x 97' X 6 x 2  =  33,372  square feet (NYC public records) |
| **Gross Building Area :** | 33,372  sq.ft. (NYC Public Records) |
| **Sale Price:** | $22,875,001 |
| **Date of Sale:** | December 21, 2020 |
| **Price per SQ.FT. of Building Gross Building Area :** | $ 685 |
| **Comments:** | **Recent December, 2020  Sale** |
| | **(SIMILAR POST COVID VACCINE APPROVAL PERIOD**) |
| | Similar Observed Condition |
| | Markedly Larger in Size |
| | Similar West Village  Location |
| | 6-Story "C7"  Class  Mixed-Use  Building |

**PHOTOS OF COMP SALE # 6**













78-80 St. Marks Place LLC
RE:  78-80 St. Marks Place
     New York, New York  10003
<u>Page 195</u>

## <u>COMPARABLE  SALE # 7</u>

**Address:**                           220 West 16th Street

**Block:**                             765

**Lot:**                               55

**Plot Size:**                         25' X 103' = 2,575  sq.ft.  (NYC public records)

**Improvements:**                      25' X 50' X 5 = 6,250  sq.ft. (NYC public records)

    **Gross Building Area :**        6,250   sq.ft. (NYC Public Records)

**Sale Price:**                        $6,480,000

**Date of Sale:**                      January 29, 2020

**Price per SQ.FT. of Building**
    **Gross Building Area :**        $ 1,037

**Comments:**                          **January, 2020 Sale (SLIGHTLY INFERIOR**
                                         **PRE-LOCKDOWN SALE PERIOD)**
                                Similar Observed Condition
                                  Similar Chelsea  Location
                                  5-Story "C7"  Class  Walk-up Mixed-Use  Building







78-80 St. Marks Place LLC
RE:  78-80 St. Marks Place
    New York, New York  10003
Page 198

## MARKET DATA (SALES COMPARISON) APPROACH VALUATION ANALYSIS

The appraiser has utilized seven (7) calendar year 2020   "C7"  Class Walk-up  Buildings  in the subject area, within a 30-block radius of the subject property.   All seven  sales utilized occurred within the 14-month period prior to the  March 5, 2021 Effective Date of Value.   Adjustments are made based  on **1.) TIME  (date of sale); and  2.)  SIZE (interior area bove grade**).  All of the comparable sales are of "C7" class walk-up mixed-use 5- and 6-story properties.     3 of the comparable sales are smaller in size as compared to the subject *(-10% adjustment*), 1 of the comparable sales is markedly  larger as compared to the subject *(+20% adjustment*), and 3 of the comparable sales are similar in size as compared to the subject.  All of the comparable sales range in  size between 7,020 and 33,220   sq.ft. of usable interior area above grade.     APPRAISER NOTES THAT Price per sq.ft. tends to INCREASE as sq.ft. area DECREASES, below 8,000 sq.ft., in this case.


**Time Adjustments:**  All seals occurred in calendar year 2020. However, due to the negative effects of THE COVID-19 PANDEMIC . . .sales before March, 2020 were given a +5% Adjustment due to the SLIGHTLY INFERIOR TIME PERIOD BEFORE LOCKDOWN;   sales occurring between March and November, 2020 have been adjusted **by** *_+10% for COVID-19 LOCKDOWN PERIOD . . .and sales occurring after November, 2020 were not adjusted for Time, due to COVID-19 VACCINE APPROVAL._*


**Size  Adjustments:** 3 comparable sales are similar in size. 1 comarable sale is larger in size (greater than 25,000 sq.ft. of interior usable area above grade). 3 comparable sales are smaller in size (less than 8,000 sq.ft. of interior usable area above grade.)


**Observed Condition Adjustments:**  **NONE.** The appraiser notes that all 7 comparable sales  in observed to be in similar observed above average  condition as compared to the subject.  No condition adjustments.

78-80 St. Marks Place LLC
RE: 78-80 St. Marks Place
New York, New York 10003
<u>Page 199</u>

In examining the comparable sales, the indicated ***ACTUAL*** price per square foot ranges from **a low of**

**$685 per square foot** (Comparable Sale #6) to **a high of $1,211** per square foot (Comparable

Sale #2 ). The indicated ***ADJUSTED*** price per sq.ft. ranges from **a low of $711 per square foot** (Comparable

Sale #1) to **a high of $1,211 per square foot** (Comparable Sale #2) of usable interior building area above

grade.

The appraiser is of the opinion that the market for "C7" class Walk-up buildings in the East Village, Lower East

Side, West Village and Chelsea neighborhoods, , within a 30-block radius of the subject, has been on a strong and

slightly upward trend since December 1, 2020. This strong slightly upward trend should continue through the

remainder of 1st Quarter 2021.

After careful consideration of the seven (7) calendar year 2020 comparable sales of "C7" class Walk-up

buildings in the subject surrounding 30-block radius in the subject East Village neighborhood and nearby Lower

East Side, West Village and Chelsea neighborhoods, the subject's overall Average to Above Average condition,

its 3-year old re-surfaced roofs and 10-year upgraded gas-fired boiler, and its above average location along St.

Marks Place, two blocks east of the Lexington Avenue IRT local Astor Place subway station, the appraiser has

developed an opinion of value of the subject property via the Market Sales Comparison Approach near the

midpoint of the **Adjusted** Price per Square Foot Range, or **$1,000 per square foot** of interior usable Gross

Building Area above grade, as follows:

14,400 sq.ft. X $1,000 per square foot = **$ 14,400,000**

**Opinion of value indicated via the**

**Market Sales Comparison Approach** **$ 14,400,000**

78-80 St. Marks Place LLC    21-12189-mg    Doc 31-3    Filed 02/24/22    Entered 02/24/22 17:05:10    Exhibit 8 to
RE:  78-80 St. Marks Place    the Omnibus Objection - Ronald Gold Appraisal    Pg 206 of 341
      New York, New York  10003
Page 200

# CONCLUSIONS OF VALUE

The generally accepted method of obtaining the Market Value of a parcel of property is by the use of the three approaches to value.  These approaches are the Cost Approach, the Income Capitalization Approach and the Sale Comparison Approach (Market Data Approach) to value.  The value indicated by each approach is carefully considered in attaining the estimate of value of the subject property.

The appraiser has considered subject property's  short-term residential tenancies,  the present R7A  Zoning (*within a C1-5 commercial overlay*),  its location on St. Marks Place, *2 blocks east of the Astor Place Lexington Avenue IRT local subway station),*   the subject's present observed partially renovated/upgraded Average to Above Average  condition,  the  owner-managed  Bar and Theatre in the BASEMENT ("ground floor")  level and the 2 Commercial Spaces on the FIRST and SECOND floors of 78 St. Marks Place.    The appraiser is of the opinion that the highest and best use of the subject property is **as its present use.**

The method of the **Income Approach** is to analyze the income stream of the subject walk-up type building and then to capitalize the Net Operating Income (NOI) into an estimate of Market Value.

**The Capitalization of Income Approach** was considered.  The client reports that there are no long-term leases or tenancies to outside parties.   The owner manages all of the  "basement/ground floor and Cellar commercial spaces,  as well as  2 upper floor spaces in 78 St. Marks Place. In addition, are two short-term residential leases (at 78 St. Marks Place)  in effect.    There are reported Owner controlled commercial leases for the  "Ground Floor Basement and Cellar  Theatre and Restaurant on-going enterprises at the subject property. In addition, there is an up-coming "branding opportunity" to name the building which has been presented to the Owner/Client.     The subject building is owner-occupied, with the Owner/Client occupying the Residential Triplex Apartment  in 80 St. Marks Place.

78-80 St. Marks Place LLC
RE:  78-80 St. Marks Place
     New York, New York  10003
<u>Page 201</u>

Owner/Client has supplied (and signed and dated)  projected calendar year 2021 rental data  to the appraiser.

Owner/client has supplied annual calendar year 2020 expense figures to the appraiser, as well as a listing of all

repairs  made to the subject  property building-wide for  2020.  Therefore, the Capitalization of Net Income

Approach has been utilized in this  appraisal.


 The appraiser requested calendar year 2020 Income and Operating Expenses for the subject building.  The

appraiser accepted most of the Income and Operating Expenses, and modified a few.   Included in the projected

2021 income statement is a "Branding" offer on  the subject building, with a summary report included, which can

bring in an annual income.  This "Branding' offer can be found on pages 139-140  of this report.  The appraiser

capitalized the Projected Stabilized Income and Operating Expenses and capitalized the "Net Operating Inocme of

$652,811 at at capitalization rate of 5.5%" This resulted in a Capitalized Value via the Income Approach at

**$12,701,473 , which has been rounded to $12,700,000 .**

78-80 St. Marks Place LLC    21-12189-mg    Doc 31-3    Filed 02/24/22    Entered 02/24/22 17:05:10    Exhibit 8 to
RE:  78-80 St. Marks Place    the Omnibus Objection - Ronald Gold Appraisal    Pg 208 of 341
    New York, New York  10003
Page 202

In the **<u>Cost Approach</u>**, an estimated reproduction or replacement cost of the building and land improvements as of the date of the appraisal is developed, together with an estimate of the losses in value that have taken place due to wear and tear, design and plan, or neighborhood influences.  To the depreciated building cost estimate is added the estimated value of the land.  The total represents the value indicated by the Cost Approach.

**<u>The Cost Approach was Considered</u>**.      However, in this case, the cost approach was not utilized due to the inherent difficulty in measuring the  overall functional obsolescence (*lack of central-fired cooling on floors 1 through 4, mid-19th Century design and plan,  the  subject property's partially renovated/upgraded overall average to above average  condition, etc. )* and the difficulty in measuring  accrued physical depreciation in buildings of this age (150+ years).

In this analysis, all three approaches to valuation were carefully considered by the appraiser.  The **Sales Comparison Approach (Market Data Approach) and the Capitalization of Income Approach**  have both been deemed by the appraiser to be appropriate methods  in  estimating the Market Value of the subject building in accordance with  the purpose of this assignment.  However, the appraiser notes that the subject income figures are PROJECTIONS for 2021, and have therefore been given less weight in this overall analysis, due to the negative effects of THE COVID-19 PANDEMIC during the 1st 3 quarters of 2020, which negatively affected the subject building, the subject East Village neighborhood, and the entire City of New York.

**The appraiser notes than there are continued reduced lingering negative effects of the COVID-19 PANDEMIC in 1st quarter 2021.  It is impossible to project the end of the lingering negative effects of the PANDEMIC at this time.**

78-80 St. Marks Place LLC
RE:  78-80 St. Marks Place
    New York, New York  10003
Page 203

In the **Sales Comparison Approach,** the subject property is compared to similar properties that have been sold recently or for which "contract" prices are known.  Data for generally comparable properties are used, and comparisons are made to demonstrate a probable price at which the subject property should sell if offered on the market.  In this analysis, the appraiser utilized seven (7)  5- and 6-story  Walk-up calendar year 2020  "C7" class property transactions, all located  within a 30-block radius of the subject.  All of the sales are located in the subject East Village and similar adjacent or nearby Lower East Side, West Village and Chelsea neighborhoods.  Adjustments have been made regarding date of sale and size.  All sales transactions analyzed occurred within the 14-month period prior to the Effective Date of Value, March 5, 2021.    After adjusting for date of sale and size for the subject 7 comparable sales, the appraiser has developed an opinion of value,  via  the Sales Comparison Approach,  at **$1,000 per sq.ft. of Gross Building Area  above grade, or $14,400,000 (ROUNDED).**


The method of the **Capitalization of Income Approach** is to analyze the income stream of the subject walk-up type building and then to capitalize the Net Operating Income (NOI) into an estimate of Market Value. The appraiser has deemed the CAPITALIZATION OF INCOME APPROACH  to be a reliable indicator of value.


The subject Basement ("ground floor") and Cellar are owner-occupied businesses, with a Commercial Restaurant and Bar ("Scheib's), including outdoor St. Marks Place 49-seat occupancy, approved by NYC DOT)  in place. The The Owner/Client operates the renovated 150-seat Occupancy  Theatre, now with Cabaret dining facilities. The appraiser has accepted the Owner/Client's income projection for 2021, taking into account the negative effects of the recent 2020 COVID-19 PANDEMIC, its lingering 2021 limited ngative effects,  and the current strong upward trend for the subject immediate area,including  the new revised 50% interior dining restriction (which was zero for much of 2020), the approval and distribution of 3 FDA approved COVID-19 Vaccines, and projected public and private elementary, secondary, undergraduate and graduate  school openings in the immediate subject area within the next 6 months, including NYU, THE NEW SCHOOL, and COOPER UNIION, all in the immediate subject surrounding area.

78-80 St. Marks Place LLC
RE:  78-80 St. Marks Place
    New York, New York  10003
Page 204

The owner/client also resides in a Triplex 80 St. Marks Place apartment.   The reported rent for this Triplex has been estimated by the Owner/Client at $12,000 per month for the Triplex, with non-exclusive rights to use the extensive Back Yard,  which has been accepted by the appraiser.

Income for these spaces was reported by the Owner/Client and has been accepted by the appraiser.  There are also "BRANDING RIGHTS" which have been reported by the Owner/Client. The appraiser has accepted the "mid-point" $450,000 figure reported by the Owner/Client. The appraiser has developed a **stabilized Net Operating Income (NOI) of $698,581,** *(including a 10% Vacancy Loss Factor)***, which has been capitalized utilizing a 5.5% cap rat**e and this approach, indicating the following conclusion:

**CAPITALIZATION OF INCOME APPROACH:**        $ 12,700,000   (rounded)

**RECONCILIATION:**

The appraiser has developed an estimate of  the total subject building value RECONCILED, utilizing the **COMPARABLE SALES APPRAOCH AND THE CAPITALIZATION OF INCOME APPROACH, TO BE $13,700,000.  Due to the strong upward trend for the immediate subject area for Mixed-Use C7 walk-up townhouse buildings, in light of 3 new approved COVID-19 VACCINES, and the revised upward figures for limited interior dining in the subject area, as well as the projected April and May, 2021 legitimate Broadway and Off Broadway and Off-Off Broadway theatre occupancy restrictions, the appraiser has given equal weight to the 2 approaches.**

78-80 St. Marks Place LLC
RE:  78-80 St. Marks Place
     New York, New York  10003
Page 205

21-12189-mg   Doc 31-3   Filed 02/24/22   Entered 02/24/22 17:05:10   Exhibit 8 to
the Omnibus Objection - Ronald Gold Appraisal   Pg 211 of 341

After careful consideration of  the  seven (7) calendar year 2020  "C7"  class  comparable  5- and 6-story walk-up

sales in the subject   East Village and adjacent or nearby Lower East Side, West Village and Chelsea

neighborhoods,  within a 30-block radius of the subject,   the projected strong and upward trend for Walk-up  "C7"

class  buildings in the East Village,   the subject property's overall average to above average partially renovated

condition,  its above average location on St. Marks Place, 2 blocks east of Cooper Square and  the Lexington

Avenue local IRT subway station,   its reported 2018 re-surfaced roofs and 10-year old upgraded gas-fired boiler,

its 2020 upgraded electric service (circuit breaker boxes, rigid conduit wiring, etc.) and HVAC cooling/compressor

replacements  for the Basement (ground floor) and Cellar levels, the current gradual lifting of interior dining

"COVID-19 NY STATE LOCKDWON RESTRICTIONS  (late March, 2021 50% for restaurant interior dining)

and the projected gradual lifting of theatre occupancy restrictions in April or May, 2021,  its owner-managed

commercial spaces and short-term  residential tenancies,  the appraiser has developed an opinion that as of **March

5, 2021,**  Market Value of the fee simple interest  in 78-80 St. Marks Place, "As Is,"  is:

# THIRTEEN MILLION FIVE HUNDRED THOUSAND

# ($ 13,500,000) DOLLARS

RONALD M. GOLD, ASA, MRICS
NY State Certified General Real Estate Appraiser
License #: 46000000713

*Certification*

## I CERTIFY THAT, TO THE BEST OF MY KNOWLEDGE AND BELIEF:

The facts and data reported in this report are true and correct.

The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions and conclusions.

I have no present or prospective interest in the property that is the subject of this report and I have no personal interest or bias with respect to the parties involved.  I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

I have performed no services, as an appraiser or in any other capacity, regarding the subject property **within the three-year period immediately** preceding this assignment. ***APPRAISER'S NOTE: I appraised the subject property in January, 2015 (6 years ago)  for estate tax purposes, for the Estate of Florence Otway, as of June, 2014.***

I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

My engagement in this assignment was not contingent upon developing or reporting predetermined results.  My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

My analyses, opinions, and conclusions were developed, and this appraisal report was prepared, in conformity with the *Uniform Standards of Professional Appraisal Practice* and the Principles of Appraisal Practice and Code of Ethics and Standards of the American Society of Appraisers.

The American Society of Appraisers has a mandatory recertification program for all of its Senior members.  I am in compliance with that program.

I have made a personal inspection of the property that is the subject of this appraisal report.

No one provided significant real property appraisal assistance to the person signing this certification.

RONALD M. GOLD, ASA
NY State Certified                            SIGNATURE
General Real Estate Appraiser
Lic.#: 4600000713

# March 15, 2021

DATE



# Ronald M. Gold, ASA, MRICS 

*New York State Certified General Real Estate Appraiser, Lic. #:46000000713*
190 Riverside Drive    ●    New York, New York  10024
**Office: 212-769-8906    ●    Cell: 212-662-3500**
E-mail: **rongold70@gmail.com**    Website: **www.goldappraisal.com**
*US federal CAGE #:  6YB18    ●    US federal entity:  GOLD, RONALD  M  INC*

## Professional Qualifications

**Ronald M. Gold** has been actively involved in the appraisal of New York City commercial and residential real estate since 1983.  Since 1985, Mr. Gold has owned and operated his own real estate appraisal practice.  In 1991, he became one of the first 300 appraisers to become Certified in New York State as a General (Commercial & Residential) Real Estate Appraiser.  Assignments have ranged from the valuation of Foreign Governmental Consulates and Missions to the UN (Canada, Cyprus, Ukraine, France, Italy, Norway, Namibia, Latvia, and The Bahamas)  to loft and garage buildings, small to mid-sized office buildings, single-family townhouses, coop/condo units and low- and hi-rise mixed-use apartment buildings in New York City.

Reports have been prepared for a variety of clients including Goldman Sachs, Pfizer, General Motors, Time-Warner, Procter & Gamble, IBM, Exxon, Mobil, CITICORP and JP Morgan Chase.  Reports have also been prepared in connection with matrimonial dispute valuations, insurable value of landmark buildings, estate tax valuations and business dissolution valuation disputes for a variety of law firms, accounting firms, private investors, cooperative and condominium boards, churches of a variety of denominations, the **US Federal District Court, SDNY,  New York State Attorney General's Office, the New York State Supreme Court, the New York State Surrogate's Court, the FDIC, The U.S. Bankruptcy Court, the US Treasury Dept., the IRS  and other governmental clients.**

Ronald M. Gold has lectured over 10 times at the **CUNY Baruch College Steven Newman Institute** on "Current Events in Real Estate Development" on the graduate and undergraduate levels.  He  is a New York State Certified instructor for the New York State Real Estate Salespersons' and Brokers' courses.  He is a qualified instructor for the Real Estate Board of New York (REBNY) and the Greater Harlem Real Estate Board (GHREB), specializing in presenting courses for NY State Real Estate Brokers' and Salespersons' licensing as well as continuing education and homebuyer education. In 1986, **Mr. Gold became an expert witness for the New York State Attorney General's Office.  He has been qualified and has testified at least 35 times as an expert witness before NY State Supreme Court, NY, Westchester, Queens, Kings and Bronx Counties**  on matrimonial, estate and insurance damage real property claims cases.  Mr. Gold is a Licensed Real Estate Broker in the State of New York.  He **organized and co-chaired the first Mock Trial** on Divorce Valuation at the ABCNY in 2007. He presented an **EXPERT WITNESS Seminar** (Live Video Recording) for the ASA in the spring of 2014. He created and presented **"THE AMAZON HQ2 Pullout and Its Effect on NYC"** for the ASA in the spring of 2019. He created and moderated **"DIVORCE VALUATION DIALOGUES – 3 Prominent Manhattan Divorce Attorneys - Matrimonial Dispute War Stories on Valuation in and out of the Courtroom over the last 25 Years"** for the ASA in the fall of 2019.

## Professional Affiliations

- **ASA ("Accredited Senior Appraiser" Designation, American Society of Appraisers (www.appraisers.org)**
- **MRICS Designation ("Member, Royal Institute of Chartered Surveyors")**
- **First Vice President / Instructor - GHREB (Greater Harlem Real Estate Board) 2000-2020**
- **President, NYC ASA Chapter #30, 1999-2000**
- **First Vice President, NYC ASA Chapter #30, 2017-2018**
- **Internal Revenue Service – Independent Contractor – Since 2013 – US FEDERAL  CAGE #: 6YB18**
  - **Founding Member, REBNY / Upper Manhattan and Bronx Commercial RE Committee (2016-2020)**

# Ronald M. Gold, ASA, MRICS



*Academic Background*

B.S. Degree, 1974, The New School University, New York, New York

## Appraisal Institute

Attended the AI Seminar: "7-Hour USPAP 2020-2021 Update Course" (February, 2020) -  7 Hours)
Attended the AI Seminar: "Artificial Intelligence and Blockchain for Appraisers Course"  (May, 2020 - 4 Hours)
Attended the AI Seminar: "Up Your Appraiser IQ! Course" (June, 2019) -  7 Hours)
Attended the AI Seminar: "7-Hour USPAP 2018-19 Update Course" (February, 2019) -  7 Hours)
Attended the AI Seminar: "Technology and the Real Estate Appraiser" (Sept.,  2018) (5 Course Hours)
Attended the AI Seminar: "7-Hour USPAP 2018-2019 Update Course" (December, 2017) (7 Course Hours)
Attended the AI Webinar "Using Spreadsheet Programs in Real Estate Appraisals" (May, 2015) (7 Course Hours)
Attended the AI Course  "Complex Litigation Appraisal Case Studies"  (April, 2015)  (7 Course Hours)

## ASA (American Society of Appraisers)

Attended the ASA Course: "7-Hour USPAP 2020-2021 Update Course" (May, 2020 - 7 Hours)
**Created and Presented "The Amazon HQ2 Pullout and Its Effect on NYC"** (April, 2019) (2 Course Hours)
**Created and Presented "Divorce Valuation Dialogues - War Stories of Matrimonial Disputes in and out
of the Courtroom over the Last 25 Years" (November, 2019) (2 Course Hours)**
Attended the 2-Hour ASA Seminar "Valuation of 20th/21st Century Photography"  (February, 2019) (2 Course Hours)
Attended the 2-Hour Webinar "Defending the Appraisal Report in Litigation"  (January, 2018) (2 Course Hours)
Conducted the 2-HourWebinar "Reconciliation in Valuation Reports" (October, 2017) (2 Course Hours)
Attended the 2-Hour Webinar "Intellectual Property of the Appraisal Report (December, 2017) (2 Course Hours)
Attended the 2-Hour Webinar "Diminution of Value and Severance Damages" (May, 2015) ( 2 Course Hours)
Attended the ASA Int'l Conference, Boca Raton, FL (September, 2016) (20 Hours)
Attended the 2 Hour Webinar "Working with Attorneys" (June, 2015) (2 Course Hours)
Attended the 2-Hour Webinar "Diminution of Value and Severance Damages" ( (May, 2015) ( 2 Course Hours)
**Created and Presented** "An Expert Prepares" Seminar for the ASA  NYC Chapter (May, 2014)  (2 Hours)

*TASA "The ABC's of Expert Witnesses – Best Practices for Setting Up Your Expert Witness Business"*

Attended the Webinar (1 hour) (March, 2020)

*Landmark West*

**Attended the Seminar "Preservation 101"  (December, 2016) (7 ½ Hours)**

*NYC CFA (Chartered Financial Analysts)*

**Attended the Seminar "2nd Annual Blockchain Conference" (September, 2018) (5 Hours)**

*RICS (Royal Institute of Chartered Surveyors)*

Attended the RICS 4th Annual **Regional Caribbean Conference**, **Montego Bay, Jamaica (Nov., 2015) (12 Hours)**
Attended the RICS 8th Annual **Regional Caribbean Conference, Bahamas, Paradise Island (Oct., 2019) (12 Hours)**

*B'Nai B'rith Real Estate*

**Lecturer: "The Bear Stearns Building Valuation" (April, 2007) (2  Hours)**
**Lecturer: "The Stuyvesant Town Debt Mess"  (February, 2010) (2 Hours)**

*GVSHP _("Greenwich Village Society for Historic Preservation)*

**Attended Seminar: "The Architectural and Cultural Heritage of Greenwich Village" –
with Zoning, Fair Housing and Agency Law  (May, 2019)  (22.5 Hours)**

*Marshall & Swift, On-Line Course with Exams,  / NYS Approved Licensing Course*

**Completed and Passed Exams For On-Line "Commercial Cost Approach" (November 3, 2005) (7 Hours)**

# Ronald M. Gold, ASA, MRICS



## SELECTED Corporate and Governmental CLIENT LIST

Bankruptcy Court
Surrogates Court – Queens County
NY State Supreme Court – New York County
State of New York (Attorney General's Office)
Time-Warner Communications
AT&T
Bank of America
Barclays PLC
Celanese Corp.
City of New York (ACS) (HPD)
Citigroup
Columbia Pictures
D.E. Shaw & Co.
Dun + Bradstreet
Eli Lilly & Co.
ExxonMobil
General Motors
General Electric
Goldman Sachs
Government of the Bahamas Commonwealth
Government of Canada / Government of Colombia / Government of Cyprus
Government of France / Government of Italy / Government of Latvia
Government of Namibia / Government of Norway / Government of Ukraine
IBM
Internal Revenue Service (IRS)
JP Morgan Chase
Kraft General Foods
Lehman Brothers
MacDonald's Corp.
NY STATE SUPREME COURT
Natexis Banque/BFCE
Philip Morris
Pfizer International
Prudential Relocation Management
Procter & Gamble
Toronto Dominion Bank
*U.S. Trust Company of New York*
U.S. Veterans Administration
U.S. Federal District Court, SDNY
Walt Disney Corp.
Young & Rubicam





**NEW YORK STATE**
Unified Court System

OFFICE OF COURT ADMINISTRATION
APPOINTMENT PROCESSING UNIT

# UCS-870 APPLICATION RECEIPT

12/11/2019                Application ID: 9274321

**Fiduciary ID Number (FID #):** 452169
**Eligibility Period:** 12/11/2019 **to** 02/09/2022

**Personal Information:**
   Name: GOLD, RONALD MARC

This will acknowledge receipt of your Application for Appointment (UCS-870) pursuant to Part 36 of the Rules of the Chief Judge. You now appear on the list(s) of individuals eligible to receive appointments.

• Your **FIDUCIARY ID NUMBER (FID # 452169)** will be utilized to track appointments you may receive pursuant to Part 36.

• Your eligibility period is listed above. You will be required to re-register every two years. You will receive an email notifying you to re-register by signing into your Fiduciary Online account 60 days before the end of your eligibility period.

• If you applied for a category that is not on your receipt, please contact us.

NOTE: If you applied for approval to serve in either the Attorney for the Child or Court Examiner category, we will seek verification from the appropriate Appellate Division that you have been certified by them to serve for those appointments. Consequently, this receipt may acknowledge your eligibility to serve in other Part 36 categories prior to being approved to serve as an Attorney for the Child or Court Examiner.

Your application lists your addresses as follows:

**BUSINESS INFORMATION:**

Address: RONALD M. GOLD, INC.
         190 Riverside Dr
         New York, NY 10024-1008

**CONTACT INFORMATION:** (to which all correspondences are sent)

Address: RONALD M. GOLD, INC.
         190 Riverside Dr
         New York, NY 10024-1008

Phone:   212-662-3500
Email:   rongold70@gmail.com

Phone:   212-662-3500
Email:   rongold70@gmail.com

**COUNTIES IN WHICH YOU ARE AVAILABLE FOR APPOINTMENT:**

| Bronx | Kings | Nassau | New York |
|-------|-------|--------|----------|
| Queens | Suffolk | Westchester | |

**CATEGORIES IN WHICH YOU ARE ELIGIBLE TO SERVE:**

Appraiser                          Real Estate Broker

Please review the above information for accuracy. Refer to the following instructions on how to make changes to your application:

**Business or Contact Information Changes** - You can update and make changes to your business and contact information at any time using Fiduciary Online. After signing into Fiduciary Online, click on the Personal Information link under the Manage section found on the left navigation menu.

**County or Category of Appointment Changes** - You can amend your categories and/or counties of appointment at any time using Fiduciary Online. After signing into Fiduciary Online, click on the Amendment link under the Forms section found on the left navigation menu.

# Ronald M. Gold, ASA, MRICS



**Following are select cases where RONALD M. GOLD has been qualified as
An EXPERT in legal actions, or where reports were prepared for such actions, since 2010:**

**Casa de Meadows, Inc. v. Zaman et al  - NY STATE SUPREME COURT
Index #: 601685/2007**

**Estate of Sam Podolak v. Ivy Mindek Podolak – NY STATE SUPREME COURT
Index #: 2010-3731-I**

**Arcamone-Makinano v. Britton Prop., Inc.  - NY STATE SUPREME COURT
Index #: 32984/09**

**Baker V. 40 East 80th Street Corp. and Penmark Realty Corp. – NY STATE SUPREME COURT
Index #: 603683/03**

**DeVictoria V. DeVictoria – NY STATE SUPREME COURT
Index #: 202261/2018**

**In the Matter of Barbara Stanley, An Incapacitated Person – NY STATE SUPREME COURT
Index #: 500086/2018**

**Liberty Square Realty Corp. V. Boricua Village housing Development Fund, Inc. et al –
US FEDERAL DISTRICT COURT, SOUTHERN DISTRICT, NEW YORK , SDNY
Index #: CV-01395**

**Avra Akagi Scher v. Turin HDFC et al.
US FEDERAL DISTRICT COURT, SOUTHERN DISTRICT, NEW YORK, SDNY
Docket #: 19-CV-02089 (KPW) (OTW)**

**David Driscoll V. 1049 Park Avenue Apartments Corporation  - NY STATE SUPREME COURT
Index #: 651746/2017**

**Ganci v. Redhead, NY STATE SUPREME COURT
Index #: 156560/2016**



*APRIL 16, 2019*

Impact of Amazon's Pullout from Long Island City HQ2 on New York City
- Connelly's Pub at 14 East 47th Street, New York, NY 10017
- Tuesday, April 16, 2019
- 6:00pm to 8:00pm

Join us on Tuesday, April 16th at Connolly's from 6pm to 8pm as valuation expert

**Ronald M. Gold, ASA MRICS** will present an analysis of the Amazon HQ2 Pullout in Long Island City.

Presentation Topics
- Introduction and description of the NYC regional area and vehicular and MTA subway access to and from Long Island City and Manhattan
- Description of Long Island City
- Introduction to and the announcement of the the Amazon HQ2 Long Island City choice (November, 2018)
- The projected benefits of the Amazon LI City HQ2 on Long Island City (December, 2018)
- The NYC local political opposition to the Amazon HQ2 deal (November and December, 2018)
- The Bezos divorce (January, 2019)
- The February, 2019 announcement of the Amazon HQ2 pullout in Long Island City
- The aftermath of the pullout and its effect on New York City (February and March, 2019)

About the Presenter

Ronald M. Gold, ASA, MRICS is a NY State Certified General Real Estate Appraiser. He has been appraising NY City residential and commercial real property since 1985. Mr. Gold is a Certified expert witness in valuation with the NY State Supreme Court. He is a certified CAGE US Government Appraiser with the US Treasury Dept., Internal Revenue Service. Mr. Gold has been a member of ASA NYC Chapter #30 since 1989.

**ASA**

American Society of Appraisers ®

**Providing Value Worldwide**

**New York City Chapter**

## Join us Tuesday, November 19th, for an evening of knowledge and networking!

Join us for a panel discussion with

*William C. Herman, Esq., Barry R. Abbott, Esq., and Jacqueline Newman, Esq.*

Moderated by Ronald M. Gold

*NOTE: Make sure to get your tickets early and take advantage of our $10 early bird discount.*

**When**
Tuesday, November 19, 2019
6:00 - 8:00 PM EST

**Where**
Connolly's Pub
14 East 47th Street
New York, NY 10017

Join us on November 19th at Connolly's from 6pm to 8pm for "Divorce Valuation Dialogues; War Stories of Matrimonial Dispute Valuations in and out of the Courtroom over the last 25 years". We will host a panel discussion with attorneys William C. Herman, Esq., Barry R. Abbott, Esq., and Jacqueline Newman, Esq., which will be moderated by Ronald M. Gold.

**Register Today**

**Cost**
ASA Members - $40
Non-Members - $50
(Less $10 discount for tickets
purchased prior to May 21, 2019)

**Visit website**
ASANY.COM

**About the Moderator:**
Ronald M. Gold, ASA has been a commercial and residential real appraiser in New York City since 1985. He is an Expert Witness in Real Estate Valuation for the NY State Supreme Court. He is an accredited appraiser for the IRS, the US Bankruptcy Court and the US Tax Court. He has given expert testimony in a variety of matrimonial disputes, insurance damage claims, trusts and estates. He is a Past President and Vice President of the ASA NYC Chapter.

**Register Today**

## Cost

ASA Members - $40
Non-Members - $50
(Less $10 discount for tickets
purchased prior to May 21, 2019)

## Visit website
ASANY.COM

**About the Moderator:**

Ronald M. Gold, ASA has been a commercial and residential real appraiser in New York City since 1985. He is an Expert Witness in Real Estate Valuation for the NY State Supreme Court. He is an accredited appraiser for the IRS, the US Bankruptcy Court and the US Tax Court. He has given expert testimony in a variety of matrimonial disputes, insurance damage claims, trusts and estates. He is a Past President and Vice President of the ASA NYC Chapter.

**About the Panelists:**

William C. Herman is a New York attorney focused on family law issues. Mr. Herman is a graduate of Columbia Law School and received a Super Lawyers Designation from 2006-2019 based on his professional achievements and peer recognition.

Barry R. Abbott is a New York attorney providing legal representation for a variety of different issues. Mr.Abbott is a graduate of Villanova University Law School and received a Super Lawyers Designation from 2015-2019.

Jacqueline Newman is a New York attorney specializing in complex high net worth matrimonial cases and also in negotiating prenuptial agreements. Ms. Newman is also honored to be selected for inclusion in Thompson Reuters New York-Metro Super Lawyers Top 50 Women Attorneys since 2013 and was included in editions of *New York City's Best Lawyers since 2016.*

Admission includes 2 hours of open bar, dinner, dessert, and great networking opportunities.

We look forward to seeing you there!

Copyright © 2019 American Society of Appraisers New York City Chapter, All rights reserved.
You are receiving this email because you expressed interest in the New York City Chapter of the American Society of Appraisers.

# RONALD M. GOLD, INC. – US FEDERAL CAGE #: 6YB18

## SAM ACTIVE REGISTRATION –
## November 6, 2019  THROUGH November 5, 2020

### *SAM = "SYSTEM for AWARD MANGEMENT"*
### *(GSA = General Services Administration, US Federal Agency)*
### *SAM System for Award Management*



Or, check registration status by typing in a CAGE Code.

CAGE Code    6YB18

Gold, Ronald M Inc

# Status: Active

**Your registration was activated on Nov 06, 2019. It expires on Nov 05, 2020 which is one year after you submitted it for processing.**



| Core Data | Assertions | Reps & Certs | POCs | Submit | Processing | Active |
|-----------|------------|--------------|------|--------|------------|--------|
| Completed | Completed | Completed | Completed | Completed | Completed | Completed |





The American Society of Appraisers

Attests that

# Ronald M. Gold

**Accredited Senior Appraiser**

has successfully participated in the

**Society's mandatory Reaccreditation Program**

and has complied with its continuing education requirements, as set forth in the organization's Constitution, Bylaws and Administrative Rules. Therefore, formal reaccreditation has been granted by the International Board of Governors and will remain valid through

## April 27, 2024



Chief Executive Officer (Interim)

Sr. Manager of Accreditation
and Reaccreditation Services

<u>**FEBRUARY AND MARCH, 2021 LOCAL NEWSPAPER ARTICLES**</u>
<u>**And Client's Response to the March 8, 2021 NY POST ARTICLE**</u>

- ## *NEW YORK POST*

<u>**BUSINESS**</u>

<u>**SIDE DISH**</u>

### East Village hit hardest by NYC's COVID-19 restaurant closures

By <u>**Jennifer Gould**</u>

## March 8, 2021 | 10:35pm | <u>Updated</u>



***The outdoor dining setup for Bottleshop Craft & Carry Tap Room in the East Village.****Daniel William McKnight*

The <u>pandemic has hit East Village restaurants</u> harder than any other Big Apple neighborhood — and the neighborhood's hard-partying reputation is to blame, sources said.

**At least 55 restaurants have permanently closed in the East Village since the pandemic hit last March — more than double the number of restaurant closings elsewhere in the city, according to The Infatuation, a website that's been tracking pandemic closings.**

**By comparison, 21 restaurants closed in the West Village; 19 restaurants closed on the Lower East Side; 15 closed in both Williamsburg and Staten Island; 14 closed on the Upper West Side; 13 closed in Midtown; and 11 closed in Chinatown. Neighborhoods with 10 closures or less include the Upper East Side with 10, and six each in Murray Hill, Soho and FiDi, according to the Infatuation.**

The problem, sources say, is that the East Village — sometimes referred to as the city's version of Bourbon Street — boasts a young, late-night crowd that spends more money on booze than

food, which means it was hit first by the lockdowns and then by the curfews, which now end at the geriatric hour of 11 p.m.

"There are more liquor licenses per square block in the East Village than anywhere else in New York, and when you destroy the liquor business, you can't survive," said restaurateur Stratis Morfogen.

"The neighborhood is filled with college students and first-time apartment owners — people in their 20s who don't sit down to eat until after midnight. Pizzerias stay open here until 7 a.m. **In most neighborhoods, food is 75 percent and liquor is 25 percent. In the East Village, it's the opposite. Liquor is a vital part of the East Village's restaurant business and it has been crushed by the curfew," Morfogen said.**

Nevertheless, Morfogen has signed a lease to open an outpost of his automated Brooklyn Dumpling Shop at 131 First Ave. because he believes in the neighborhood even though he thinks it will take a long time to recover from the pandemic.

"They would have been one of the first neighborhoods to recover if it wasn't for the curfew, since it is easier to serve drinks than food. Now it will be one of the last," he said.

Some of the city's most iconic East Village hot spots have closed permanently as a result, including Gem Spa, a candy store since the 1920s and quite possibly the birthplace of New York's egg cream — a fizzy soda with chocolate syrup that contains neither eggs nor cream and has become part of the city's urban history.

Other closures include beloved institutions like Jewel Bako, Jules Bistro and The Mermaid Inn.

The original Coyote Ugly, known for having its bartenders and customers dancing on the bar and the inspiration for a 2001 film of the same name, also shut down permanently last September after 28 years in business.

"It's heartbreaking what is happening to all these bars and restaurants. In the next week, it will signal a full year that Coyote Ugly NYC has been closed," the bar's owner/founder, Liliana Lovell, told Side Dish, adding that "high rents" was a major factor in her decision to close for good after first being shuttered by the lockdowns.

The owner of Gem Spa has also reportedly blamed high rents. But while rents vary from block to block, restaurant broker James Famularo, president of Meridian Retail Leasing, notes that East Village rents average around $150 a square foot, or "in line" with the rest of the city excluding high-rent neighborhoods like Madison Avenue and Times Square.

The bigger problem, Famularo said, is that the area's young residents — who liked to cram into small apartments with multiple roommates pre-pandemic — fled the city to move back in with their parents.

Still, Ismael Alba, who cooked for Pope Francis when he was in town in 2015, insists he was only able to survive because he owns the building where his Argentinian restaurant, Buenos Aires, is located.

**"How can a restaurant that has been closed, with no outdoor space, pay $35,000 a month in rent? PPP money only goes so far," said Alba, who also pivoted to sell imported goods, like Argentine meat, to stay afloat.**

Alba added, however, that he believes that the East Village will thrive again soon enough, thanks to its tight-knit community.

"The East Village is like a fraternity," he said. "Everyone helps each other. If someone runs out of napkins, I give them. We lend things back and forth."

# CLIENT RESPONSE TO THE MARCH 8TH 2021

## NY POST ARTICLE ON EAST VILLAGE BARS AND RESTAURANTS

By Lorcan Otway

## To Ronald M. Gold, ASA, MRICS:

Our building and businesses are on a unique block in a unique neighborhood. Saint Marks Place is the main street in what became the "East Village" in the 1960s. The name was first coined on Saint Marks Place with the Village East restaurant on the corner of 3rd Avenue and Saint Marks Place. It stuck because, in the fifties, when the Jazz clubs were found west of here, Saint Marks Place had clubs such as the Dom, the Five Spot Cafe and in our building, The Jazz Gallery, where John Coltrane recorded "Live at the Jazz Gallery" and such greats as Thelonious Monk, Charles Mingus and Lord Buckley performed.

This block was a performance mecca because it is the convergence point of subway lines which go uptown, downtown, east and west, and out to Astoria and Queens. Besides this, it is a hub of colleges which feed the bars, where graduate students and young professors congregate by late afternoon. They are also theater goers and make up a good part of our audience.

In my family, over the past fifty-nine years which my father and I and now, my wife and I have run the theater, we realize that a good part of our audience demographic are young intellectuals as well as the older theater goers and our patrons run the gamut from Park Avenue to Harlem and the surrounding neighborhood as well as the "bridge and tunnel" crowd.

The demographic here is expertly described in the *New York Post*, by Jennifer Gould, March 8, 2021 :

> ""The problem, sources say, is that the East Village — sometimes referred to as the city's version of Bourbon Street — boasts a young, late-night crowd that spends more money on booze than food, which means it was hit first by the lockdowns and then by the curfews, which now end at the geriatric hour of 11 p.m.

> *"There are more liquor licenses per square block in the East Village than anywhere else in New York, and when you destroy the liquor business, you can't survive," said restaurateur Stratis Morfogen.*
>
> *"The neighborhood is filled with college students and first-time apartment owners — people in their 20s who don't sit down to eat until after midnight. Pizzerias stay open here until 7 a.m. In most neighborhoods, food is 75 percent and liquor is 25 percent. In the East Village, it's the opposite. Liquor is a vital part of the East Village's restaurant business and it has been crushed by the curfew," Morfogen said.""*

This demographic will survive the COVID-19 restrictions, as it is based on the constants of the college community's presence and mass transit accessibility. Where mid-town has large chain bars, the village has the small venues which people coming to New York seek out, as mid-town offers much of what they have in their home cities and towns shopping malls. We are the New York tourists from other nations come to see.

Part of the value of the building is the high rents in the neighborhood. While a disadvantage to renters, it is a distinct advantage to building owners, especially those who own a licensed tavern.  We have adjusted our business model to reflect this, extending the tavern into the theater, as a cabaret style auditorium, in recognition of the dominant part that alcohol sales dominate the economy of the neighborhood and this street in particular

# WALL STREET JOURNAL

## Stocks Rally to Finish a Wild Week

### Nasdaq Composite swings to a 1.5% gain on the day, but finishes week with decline

*By* **Karen Langley** *and* **Joe Wallace**

## Updated March 5, 2021 5:12 pm ET

U.S. stocks surged Friday, ending a wild week during which investors continued to rotate out of big technology shares and into the cyclical sectors that tend to thrive in a recovering economy.

The S&P 500 rose 0.8% for the week, as advances by the energy, financial and industrial sectors offset declines in the technology and consumer discretionary groups. The tech-heavy Nasdaq Composite, meanwhile, declined 2.1%—its third consecutive week losing ground. The index is down 8.3% from its Feb. 12 high.

Still, stocks wavered during Friday's session, with the Dow Jones Industrial Average swinging more than 800 points from its low to its high. The index ended the day up 572.16 points, or 1.9%, at 31496.30. The S&P 500 rose 73.47 points, or 1.9%, to 3841.94, and the Nasdaq Composite added 196.68 points, or 1.5%, to 12920.15.

The Dow Jones Industrial Average, which is less oriented toward fast-growing technology stocks, advanced 1.8%. "This last week has been a classic correction in growth versus value," said Tom Plumb, president and portfolio manager at Plumb Funds. "But it doesn't mean that it portends something much greater."

Oil prices rallied for a second day Friday after OPEC and a Russia-led coalition of oil producers kept most of their production cuts in place, taking the market by surprise. Brent crude rose 3.9% to $69.36 a barrel. The cartel's decision will push the international energy benchmark to $75 a barrel in the second quarter and $80 in the third, analysts at Goldman Sachs Group said.

Stocks have stumbled in recent weeks as a climb in bond yields has called into question whether low interest rates, which propelled valuations higher for much of the past year, will continue. Yields, which rise as bond prices fall, have rallied in response to expectations of a quickening pace of growth and inflation as the economy reopens from the coronavirus pandemic.

The potential for more widespread economic growth and higher interest rates has reduced the relative appeal of the technology and other growth-oriented shares that had rallied throughout much of the pandemic.

The yield on the 10-year U.S. Treasury note rose this week to 1.551%, the highest since February 2020. Federal Reserve Chairman Jerome Powell provided no sign the central bank would seek to stem the rise when he spoke Thursday at The Wall Street Journal Jobs Summit. "It is all about the bond-yield moves. It is all about Jerome Powell," said Edward Park, chief investment officer at Brooks Macdonald. "There is a huge amount of uncertainty in the market at the moment as to whether the inflation that is widely expected in the short term is transient or whether it is more sustained."



*Traders watched Federal Reserve Chairman Jerome Powell's news conference from the floor of the New York Stock Exchange on Thursday.*
*PHOTO: BRENDAN MCDERMID/REUTERS*

Friday brought a dose of promising economic news, with the monthly jobs report showing employers added 379,000 new jobs in February, surpassing expectations. The unemployment rate ticked down to 6.2%. Those figures add to signs of slow improvement in the labor market, after data on Thursday showed filings for unemployment benefits reached their lowest level in three months.

"There's volatility to be expected, especially after we've had a bit of a selloff and a bit of a rocky week," said Cliff Hodge, chief investment officer at Cornerstone Wealth. "It's not surprising that we're bouncing around. People are looking for direction."

Beneath the surface, churning within the market has presented a potentially bearish signal. On Wednesday and again on Thursday, more than 4% of Nasdaq-listed stocks made new 52-week highs while more than 4% also reached new 52-week lows—a high reading that can suggest trouble ahead for the market, according to Jay Kaeppel, senior research analyst at Sundial Capital Research.

Technology stocks have borne the brunt of the shift in sentiment in recent weeks. Tesla shares, for example, are off 32% from their Jan. 26 record after falling 3.8% Friday. Shares of the electric-vehicle maker have fallen in six of the past seven trading days.

Energy stocks, by contrast, have surged in the new year and are leading the S&P 500's 11 sectors. The group ended the week up 10%.

Overseas, the pan-continental Stoxx Europe 600 fell 0.8% Friday. Major Asian indexes also declined. Japan's Nikkei 225 ticked 0.2% lower, while Hong Kong's Hang Seng Index dropped 0.5%.

# U.S. Economy Added 379,000 Jobs in February

**Employers add jobs for the second straight month; unemployment rate edges down to 6.2%**



**The Congressional Budget Office and many economists expect jobs lost during the coronavirus pandemic won't be fully recouped until 2024.**

PHOTO: STEVEN SENNE/ASSOCIATED PRESS

*By* Eric Morath *and* Hannah Lang

## Updated March 5, 2021 8:48 am ET

Hiring accelerated sharply in February as restaurants and other hospitality businesses reopened, adding 379,000 to U.S. payrolls and fueling renewed growth as **the coronavirus pandemic** eases.

U.S. employers added jobs for the second straight month in February, the Labor Department **said Friday**, in what marks a sharp pickup from earlier this winter. ==The unemployment rate, determined by a separate survey, ticked down to 6.2% last month. The jobless rate is well down from a 14.8% peak in April 2020, but remains above pre-pandemic levels, when unemployment was near 50-year lows. The rate== may also understate the degree of job loss a year into the pandemic, many economists say, because millions of American, particularly women, have dropped out of the labor force.

In February most of the job gains occurred in the leisure and hospitality sector, which includes restaurants, adding 355,000 jobs. There were smaller gains in temporary help services, healthcare, retail and manufacturing.

While hiring is showing signs of accelerating, the U.S. still had 9.5 million fewer jobs last month compared with a year earlier—just before the coronavirus took hold in the U.S.

"As we reopen the economy, inch-by-inch, that will unleash consumer spending and drive job growth, especially industries that have been most severely affected by the pandemic," said Nela Richardson, a Ph.D. economist at human-resources software firm **Automatic Data Processing** Inc.

Reduced business restrictions, more **people receiving vaccines** and a lower level of Covid-19 infections relative to a January peak are contributing to increased economic activity and should translate into more robust hiring, Dr. Richardson said. She added that restaurants, hotels, concert venues and stadiums—all part of the hospitality industry that lost some 4 million jobs last year—will lead what she expects to be a spring burst in hiring.

**The Congressional Budget Office and many economists expect it will take until 2024 to fully recoup jobs lost during the pandemic. There are signs the labor market and overall economy have improved in recent weeks.**

Worker claims for unemployment benefits—a proxy for layoffs—**fell in the latter half of February** to their lowest level in nearly three months, though they remain above the pre-pandemic peak. Following back-to-back months of contraction, U.S. workers reported for more shifts in February, said Ultimate Kronos Group, a workplace software firm. And internet job boards showed **openings early this year** returned to pre-pandemic levels, indicating building demand for labor.

"We're desperately trying to hire because I don't see it slowing down," said Bobbi Westerby, chief executive at Environmental Consulting & Technology Inc. The Gainesville, Fla., firm, which works on renewable energy and other projects, paused hiring last spring due to the uncertainty the pandemic caused. It also lost staff to retirements and employees stepping away to care for children, Ms. Westerby said.

But the firm's revenue held up better than she initially expected. By July of last year it needed to start hiring. The 215-person firm has 10 more employees than before the pandemic and 13 open positions it hopes to fill by April. Those roles, including environmental technicians and project managers, generally required college degrees.

**Government stimulus payments to individuals, federal loans to businesses and enhanced unemployment benefits also appeared to stoke the economy at the start of the year. Household income growth surged in January, and consumers boosted their spending 2.4% from December, the Commerce Department said. Demand for manufactured goods is also rising this year, and home sales are trending at 14-year highs.**

**All those factors should reinforce economic growth, especially if more people grow comfortable with leaving their homes, and start dining out and buying in-person services.**

**Centerline Logistics, a Seattle company that provides fuel to ships in U.S. ports, is hiring to keep up with better-than-expected demand. Volumes at ports where Centerline operates picked up last fall as the demand for consumer goods rose ahead of the holidays, and that demand has continued this year, Chief Executive Matt Godden said.**

**"Ships are stacked up at the port as far as the eye can see," he said.**

**Mr. Godden said he expects increased leisure travel later this year to result in more oil and fuel tankers arriving in ports. "We needed more workers and equipment," he added.**

**The company acquired six additional fuel barges late last year and is looking to add 70 workers to crew the larger fleet. The jobs start at $45,000 a year and don't require college degrees, but do require a willingness to work in the elements and the physical ability to work on a boat.Still, millions of workers who lost their jobs last year are struggling to find work, especially in their prior fields.**

**Job loss also fell disproportionately on women and racial minorities because they were more likely to hold in-person service jobs that couldn't be done from home. Those workers disproportionately fell out of the workforce, likely reflecting family-care responsibilities and health concerns about returning to in-person work, economists say.**

# CRAINS NY

**March 01, 2021 02:13 PM**

# Available Manhattan office space hits record high once again



Buck Ennis

The pandemic is continuing to wreak havoc on Manhattan's office market, with availability rates in the borough for February hitting yet another record high.

The availability rate in the borough increased for the ninth month in a row to hit a record high of 15.5%, according to the latest monthly report from Colliers. This is up from 14.9% in January and 9.9% in February 2020. Companies leased about 900,000 square feet of space last month, a 50.8% decline compared to January and a 42.8% drop from the average monthly volume last year of about 1.6 million square feet.

Downtown Manhattan's availability rate, at 15.6% reached its highest mark since 2013. Midtown and Midtown South both hit record-high availability rates of 16.2% and 14.6%, respectively. Average asking rent in the borough dropped for the eighth month in a row to hit $73.12 per square foot, a 0.7% decline from January and the lowest average since March 2018.

Equitable Financial HQ leaving Vornado/Trump building for Fisher Brothers tower

The biggest lease last month was the law firm Seyfarth Shaw's renewal of about 130,000 square feet at 620 Eighth Ave. in Midtown, followed by the financial firm Jennison Associates' new lease for about 121,000 square feet at 55 E. 52nd St. in Midtown. Those were the only two leases for February to top 100,000 square feet.

Although more clarity on issues such as vaccine distribution and infection rates should prove beneficial to Manhattan's office market in the long run, the borough's availability rate is likely to keep increasing at least through the end of the first quarter, said Fred Wallach, Colliers' senior managing director.

"So far, there has not been a sign that leasing activity would go back to the 3.5 million square feet that we saw on a monthly average," he said. "I still see supply outpacing demand. That's really because of the already scheduled blocks of space that we had been previously expecting to come on the market."

Colliers released a pair of reports on Manhattan leasing activity last year for law firms and tech companies. Law firms leased about 2.1 million square feet in 2020, a 34.2% drop compared to the year before. Despite this decline, law firms still made up 11% of leasing in Manhattan last year, higher than the 7% the industry made up in 2019 and 2018.

There were six law firm deals for more than 100,000 square feet last year, the largest of which was Debevoise & Plimpton's taking of 531,000 square feet at 66 Hudson Blvd., the Spiral, in Hudson Yards.

Firms leased space at an average price of $83.13 per square foot, a 3.3% drop compared to 2019 but still 5.8% higher than the 2020 average for Manhattan across all industries. New leases-expansions drove less than half of law firm activity in 2020, and the industry's leases were split between about 48% in Midtown, 37% in Midtown South and 15% Downtown.

Tech leases declined in Manhattan in 2020 as well, despite Facebook's marquee deal for 730,000 square feet at Vornado's Farley Building by Penn Station—the largest tech lease of the year. Overall, leasing dropped by 63.3% from 2019 to about 2.8 million square feet, the lowest volume since 2015 for the sector. Tech firms made up 15% of leasing in Manhattan in 2020, down slightly from 18% in 2019.

Other large tech leases in 2020 included JustWorks' renewal of 270,000 square feet at 55 Water St., TikTok's leasing of 232,000 square feet at 151 W. 42nd St. and Apple's leasing of 337,000 square feet in two deals at Penn 11.

Tech firms leased space at an average price of $86.75 per square foot, a 4% drop from 2019 but still 10.4% higher than the overall average rent in Manhattan. The industry's deals were split; about 65% were in Midtown South, 21% in Midtown and 14% in Downtown.

# CRAINS NY

## March 04, 2021 08:00 AM UPDATED 7 HOURS AGO

# Homebuying continues to skyrocket in Manhattan and Brooklyn

EDDIE SMALL



Buck Ennis

Buyers are continuing to snatch up Manhattan and Brooklyn homes in extremely high numbers, according to the latest report from Douglas Elliman.

Newly signed contracts for co-ops, condos and one- to three-family homes rose year over year in Manhattan for the third consecutive month and in Brooklyn for the eighth consecutive month in February. New listings in Manhattan have dropped annually for five months in a row, as increasing sales are overpowering them, but they have kept increasing year over year in Brooklyn, as the strong sales market has encouraged more owners to list their homes, according to the report prepared by Miller Samuel.

Manhattan saw 601 co-op deals in February compared with 321 last year, an 87.2% increase, and 498 condo deals this February compared with 321 last February for a 55.1% increase. Deals for one- to three-family homes increased from five to 21 year over year, an increase of more than 300%, the report says.

Available Manhattan office space hits record high once again


Real estate kicks off the year with strong sales volume


Manhattan sees best January for apartment leasing in 13 years

Contrastingly, listings for new co-ops dropped from 829 to 766 last month, a 15.6% decline year over year, and listings for new condos dropped from 717 to 496, a 30.8% decrease. Listings did actually go up for one- to three-family homes, rising from 26 to 44 for a 69.2% increase.

The most common price range for Manhattan's co-op deals last month was between $500,000 and $999,000, while the most common range for condo deals was between $1 million and just under $2 million.

In Brooklyn, signed contracts for co-ops increased from 73 to 169 this February compared with last February, a 131.5% increase, while listings went up from 100 to 164, a 64% increase. Signed contracts for condos also shot up from 109 to 263, a 141.3% increase year over year, and listings went from 201 to 253 for a 25.9% increase.

ADVERTISING

Signed one- to three-family home contracts went up from 39 to 167, an increase of more than 300% year over year, but listings in this category actually dropped annually from 288 to 228, a 20.8% decline.

The most common price range for co-op deals in Brooklyn last month was less than $500,000, while the most common range for condos was $500,000 to $999,000, the report says.

The sustained increase in activity is largely attributable to sellers accepting that they will likely need to take a lower price for their homes than they initially hoped for, according to President and CEO of Douglas Elliman's New York City brokerage Steven James.

"Over the past few months, they got the message that, if they want to sell, they have to reduce their price and be far more negotiable," he said. "They have to. And I think these numbers bear that out."

WALL STREET JOURNAL

# 30-Year Mortgage Rate Tops 3% for First Time Since July

**Rate hits 3.02% after falling for most of 2020.**

**Rising rates have already started to weigh on mortgage applications in recent weeks.**



A home for sale in Round Lake Heights, Ill., in January.

*PHOTO: TANNEN MAURY/SHUTTERSTOCK*

*By* Orla McCaffrey

March 4, 2021 10:03 am ET

Americans who purchased new homes or refinanced their current ones over the past few months may have done so at just the right moment.

The average rate on a 30-year fixed-rate mortgage rose to 3.02%, mortgage-finance giant Freddie Mac said Thursday. It is the first time the rate on America's most popular home loan has risen above 3% since July and the fifth consecutive week it has increased or held steady.

**Mortgage rates fell throughout most of 2020 after the Covid-19 pandemic ravaged the economy. That helped power a boom in mortgage lending, fueled by refinancings. When rates hit 2.98% in July, it was their first time under the 3% mark in some 50 years of record-keeping.**

The recent upward moves paint a clear contrast: More vaccinations in the U.S. and recent progress on the latest coronavirus relief bill have brightened investors' outlook on the economy, a key variable in determining borrowing rates.

Mortgage rates tend to move in the same direction as the yield on the 10-year Treasury, which has been rising. Treasury yields rise when investors feel confident enough in the economy to forgo safe-haven assets such as bonds for riskier ones including stocks.

Freddie Mac chief economist Sam Khater said he expects a strong sales season, partly because he thinks "the uptrend in rates from here will be more muted than the past few weeks." The Federal Reserve has said it [would maintain ultralow interest rates until the economy improves](#).

"The Fed has seen the carnage from the last crisis, and they don't want to pre-empt the recovery by starting to raise rates and choking off that nascent recovery," Mr. Khater said.

However, rising rates have started to weigh on home purchase and refinance applications in recent weeks.

Economics

# Fed Sounds Alarm on Commercial Real Estate, Business Bankruptcy

*By*

[Rich Miller](#)
February 19, 2021, 12:25 PM EST *Updated on* February 19, 2021, 2:23 PM EST

- Commercial real estate prices 'susceptible to sharp decline'
- Pandemic exposes vulnerability of money market mutual funds

LISTEN TO ARTICLE

The Federal Reserve warned of significant risks of business bankruptcies and steep drops in commercial real estate prices in a [report](#) published on Friday.

"Business leverage now stands near historical highs," the central bank said in its semi-annual Monetary Policy Report to Congress. "Insolvency risks at small and medium-sized firms, as well as at some large firms, remain considerable."

In part encouraged by government and Fed programs, businesses have taken on more debt over the past year as they've struggled to deal with the economic and financial fall-out from Covid-19, including in some cases forced shutdowns.

## Powell Testimony

What's moving markets
Start your day with the 5 Things newsletter.
Email
Sign Up
By submitting my information, I agree to the [Privacy Policy](#) and [Terms of Service](#) and to receive offers and promotions from Bloomberg.

The Fed report, which provides lawmakers with an update on economic and financial developments and monetary policy, was published on the central bank's website ahead of Chair Jerome Powell's testimony before the Senate Banking Committee on Tuesday and the House Financial Services panel a day later.

In the report, the Fed voiced hopes of an end to the pandemic later this year though it cautioned that pitfalls remained.

In particular, it said that commercial real estate prices "appear susceptible to sharp declines" from historically high levels. That could particularly prove to be the case if the level of distressed sales picks up or if the pandemic leads to longer-term declines in demand, it said.

## Double Whammy

Commercial real estate might be hit by a double whammy after the pandemic, some economists say. An increase in people working from home could result in less demand for office space, while stepped-up online purchases could force more shutdowns of brick-and-mortar retailers and additional vacancies at shopping centers.

The Fed also flagged the need for reform of money market mutual funds and open-end investment funds, particularly those with substantial holdings of corporate and municipal debt. The funds suffered runs in March as investors spooked by the pandemic yanked their money out, prompting the Fed to step with support.

"Without structural reforms, the vulnerabilities demonstrated in March 2020 will persist and could significantly amplify future shocks," the central bank said in its report to Congress.

WALL STREET JOURNAL
21-12139-mg    Doc 31-3    Filed 02/24/22    Entered 02/24/22 17:05:10    Exhibit 8 to
the Omnibus Objection - Ronald Gold Appraisal    Pg 242 of 341

# How the Oil Market Bounced Back From a Year of Crisis

### A fall in stockpiles, restraint among U.S. producers and the speedy recovery in Asian demand have driven the rally

*By*
Joe Wallace
March 3, 2021 4:40 am ET

Oil prices have staged a rapid recovery since the biggest crisis to strike the energy industry in decades.

The Organization of the Petroleum Exporting Countries and its allies stepped in last spring to backstop the market by slashing production in the teeth of a collapse in crude prices. This week, the cartel is expected to reach a deal on unwinding some of those cuts.

Here is why U.S. crude prices have roared back above $60 a barrel from a low of minus $37.63 a barrel last April.

Traders and analysts say supply and demand, rather than speculation, have underpinned the rally so far. The ratio of positions held by money managers in WTI futures and options contracts who expect oil prices to rise, versus those who expect them to fall, is below levels seen during the last big run-up in oil prices in 2018. That suggests investors aren't in the driving seat.

Analysts say that may change if money managers pile into the oil market to bet on the reopening of economic activity.

Ratio between long and short positions in West Texas Intermediate futures and optionsSource: Commodity Futures Trading CommissionNote: A rising ratio signals investors are growing more bullish about crude-oil prices.
2018'19'20'210.02.55.07.510.012.515.017.520.022.525.027.5

## Supplies Shrink

Oil stockpiles that ballooned at the start of the pandemic have shrunk thanks to output cuts by OPEC, its partners and companies in the U.S. and elsewhere. Concerned that another round of lockdowns would derail efforts to rebalance the market, Saudi Arabia made an additional cut in January.

Analysts say the winter storm in Texas, which briefly knocked out almost half of U.S. crude production, will also help to drain global supplies.

Global demand now exceeds production by 2.8 million barrels a day, according to Morgan Stanley strategist Martijn Rats. The first three months of the year are on course to be the most undersupplied quarter for the oil market since at least 2000, he estimates.

"This market is in a severe deficit right now, which is why the inventories are dropping like a brick," said Jeffrey Currie, head of commodities research at Goldman Sachs Group. The bank forecasts that Brent crude prices will hit $75 a barrel in the third quarter. They are currently at just under $64 a barrel.

Measuring output and demand in real time is tricky, but the relationship between prices for barrels of oil delivered at different dates suggests buyers are vying for crude. Traders are willing to pay a chunky premium to take hold of crude right away instead of in a year's time, a far cry from last spring when spot prices fell to a massive discount.

"That's telling you the market is hungry for oil, that we need oil out of inventories," said Saad Rahim, chief economist at commodities trader Trafigura Group. "This is not a market that has fully healed, but it is definitely a market that is healing."

Demand has recovered in China and India and is on the mend in the U.S. and Europe. Americans consumed 18.6 million barrels a day of gasoline and other fuels in January, the Energy Information Administration estimates. That is 26% more than last April, though still down about 7% from January 2020.

Forecasts for further price gains are predicated on the idea that vaccinations and fiscal stimulus will unleash economic activity in the U.S. and Europe. "Beyond Easter is where people will really start to travel and get back on the road," said Mr. Rahim.

Paola Rodríguez-Masiu, vice president for oil markets at consulting firm Rystad Energy, is more cautious. Based on data such as road and air traffic, she doesn't expect crude demand to recover to pre-pandemic levels until late 2022.

# Manhattan luxury market has best month in six years

*144 contracts signed in February on homes asking a combined $1.2 billion*

**New York** /
**March 01, 2021 12:00 PM**
By **Erin Hudson**



*A Columbus Circle apartment once owned by Tom Brady and Gisele Bundchen  went into contract last week, helping the Manhattan luxury home market finish February on a high note. 551 West 21st Street on the right. (Photos via Compass, Getty, Foster and Partners)*

Manhattan's luxury market is on a four-week streak the likes of which it has not seen since 2015.

In February, 144 homes asking more than $4 million — or $1.18 billion altogether — went into contract in the borough, according to Olshan Realty. The last time the market had such a month was in early 2015 when 138 properties asking $1.2 billion went into contract.

Last week alone saw 40 contracts inked, according to Olshan's latest market report. That's up from the previous week's haul of 36 contracts and it marked the first time the weekly number of contracts reached 40 since August 2016. The average discount from the first asking price to the final ask was 11 percent.

"It's the trend and if you believe in buying into the trends, then you can say the luxury market is back," said Donna Olshan, author of the report.

Read more

- Manhattan luxury market sees another strong week with 36 deals
- Making Lemonade: Don Lemon breaks even on Harlem condo sale
- Townhouses dominated Brooklyn luxury contracts — again

The majority of last week's deals were Downtown condominiums. Of the 26 condos that went into contract, 14 were sponsor units. It continued a trend this year of new development condo sales picking up: year-to-date, 185 condos have gone into contract and the vast majority, 103 of the units, were sold by developers, per Olshan.

Also in Manhattan last week, contracts were signed for nine co-ops and four townhouses asking $4 million or more.

The most expensive contract was for two adjacent condos at the Foster + Partners-designed building at 551 West 21st Street in West Chelsea. They appear to have sold at a loss. The units were sold by an investor who had paid $31.28 million in 2016. The units were listed as a pair a year later for $40 million but were asking a combined $25.99 million when they went into contract last week.

Together, the condos span 8,131 square feet, but they are separate homes and figure to be combined by the new owner.

Listing broker Brett Miles of Compass told Olshan the buyer was a New York family. He handled the listing with Aysegul Demir of Douglas Elliman. The buyer was represented by Michael Sin of Adara Advisors.

The second priciest contract of the week was a renovated unit at 80 Columbus Circle. The 5,323-square-foot unit 74AB is the combination of two units, one of which was formerly owned by NFL quarterback Tom Brady and supermodel Gisele Bündchen.

The seller bought the two units for a combined $35.5 million between 2011 and 2014, and initially listed the renovated condo in October 2019 for $29 million. The unit went into contract last week seeking $25 million.

The buyer was a New Yorker who is moving back to the city with his family after living overseas, listing broker Alexa Lambert of Compass, who handled the sale with Mark Achilles, told Olshan. The buyer was represented by Ileen Schoenfeld of Brown Harris Stevens.

# U.S. Stocks Climb as Bond Markets Calm

Stocks, particularly shares of tech companies, have been buffeted by volatile moves in government-bond markets

*By* **Joe Wallace** *and* **Alexander Osipovich**
**Updated March 1, 2021 11:53 am ET**



**U.S. stocks surged Monday as a weekslong advance in government-bond yields stalled, easing investors' jitters over rising interest rates.**

**The Dow Jones Industrial Average soared 681 points, or 2.2%, in midday trading, while the S&P 500 climbed 2.2%. Both indexes were on track for their biggest one-day gains since November. The technology-heavy Nasdaq Composite was up 2.3%.**

The gains marked a robust rebound after all three indexes declined last week, weighed down by losses among tech stocks.

Monday's advance came as the yield on 10-year Treasury notes, the benchmark borrowing cost in U.S. debt markets, slipped to 1.431% from 1.459% Friday. Yields fall when bond prices rise.

Stocks, and particularly shares of tech companies, have been buffeted by volatile moves in government-bond markets in recent trading sessions. A long period of low interest rates underpinned the stock market's boom over the past year, by making it less attractive for investors to put money in bonds. Last week's climb in yields called that into question. It also raised the specter that the U.S. Federal Reserve might put an end to easy-money policies to combat inflation. "You can see a lot of sensitivities in the market to inflation pressures," said Christopher Smart, chief global strategist at Barings.

Monday's gains were broad, with all 11 sectors of the S&P 500 rising at least 1%. Tech stocks rebounded after last week's bruising selloff, with Apple climbing 4% and Tesla up 5.4%.

In corporate news, Exxon Mobil shares advanced 5.8% after the oil major, which has been under pressure from activist investors, added two new board members.

Perrigo shares rose 6.7% after the pharmaceuticals company said it expects earnings and sales to increase in the 2021 fiscal year and agreed to sell its Generic Rx Pharmaceuticals business to Altaris Capital Partners for roughly $1.55 billion.

United Airlines shares rose 5.7%. The Justice Department said late Friday that the airline had agreed to pay more than $49 million to settle criminal charges and civil claims relating to fraud on postal service contracts.

Shares of Johnson & Johnson gained 1%. The company's Covid-19 vaccine received a green light from the Centers for Disease Control and Prevention Sunday. The U.S. Food and Drug Administration authorized use of the single-dose shot on Saturday.

U.S. 10 Year Treasury YieldSource: Tullett PrebonAs of March 1, 2 p.m. ET

%Jan. 2021Feb.March0.81.01.21.41.6

President Biden over the weekend urged the Senate to take quick action after the House passed his $1.9 trillion Covid-19 relief package. Democrats are racing to finish the package before March 14, when certain types of federal unemployment assistance are set to expire.

With the economy showing signs that it has weathered the third wave of coronavirus and is primed to rebound in 2021, investors are questioning whether another big dose of spending will fuel inflation and put further upward pressure on yields.

"The concern on the reflation front boils down to the extent of stimulus," said Brian O'Reilly, head of market strategy for Mediolanum International Funds. "The market is beginning to rightly question how much is too much."

Share-price and index performanceSource: FactSetAs of March 1, 2:01 p.m. ET

PalantirTechnologiesBerkshireHathawayExxon MobilS&P 500UnitedAirlinesJohnson &Johnson0%246

New data showed robust growth in activity at U.S. factories last month. The Institute for Supply Management's February manufacturing index came in at 60.8 in February, up from 58.7 in January and beating economists' expectations of 58.9. Any level above 50 indicates an expansion of activity.

**Commodity prices have also fueled inflation concerns. Futures on Brent crude oil, the international energy benchmark, rose 0.8% on Monday to $64.93 a barrel.**

The gains came as the Organization of the Petroleum Exporting Countries and its partners are set to meet Thursday. Analysts expect the cartel, which has held back millions of barrels of crude oil a day since last spring to bolster prices, to agree to boost production in April.

The Fed so far has voiced little concern about inflation, focusing instead on the need to keep the economic recovery on track. Fed officials have suggested that the recent climb in yields reflects expectations for an economic recovery fueled by coronavirus vaccinations and the likelihood of additional fiscal stimulus.

Still, investors are keeping a close eye on the central bank, with several top Fed officials slated to make public appearances later this week.

"This week is key," said Andrea Carzana, a fund manager for London-based Columbia Threadneedle Investments. If the Fed doesn't seek to tamp down expectations of higher inflation, yields could continue to rise, rattling the stock market, according to Mr. Carzana.

"I'm expecting turbulence or volatility to remain with us until we have a better understanding of where central banks stand," he said.

The corporate earnings season is winding down, with Zoom Video Communications and Novavax scheduled to report quarterly results after markets close.

Improving investor sentiment buoyed overseas markets. The Stoxx Europe 600 was up 1.8%, led higher by shares of travel-and-leisure companies, whose fortunes hinge on the reopening of economic activity.

In Asia, Japan's Nikkei 225 rose 2.4% and China's Shanghai Composite Index added 1.2%.

PHOTO: COURTNEY CROW/ASSOCIATED PRESS

# OLSHAN LUXURY MARKET REPORT 2021

## Report on Contracts Signed
## Manhattan Residential Properties $4 Million and Above

### February 22-28, 2021

## 40 Contracts Signed

**Forty contracts were signed last week at $4 million and above, four more than the previous week. It marked the first time that the weekly total hit 40 since the first week in August 2016, when 43 contracts were signed.**

***Stat Geek Alert I:*** **The luxury market's dazzling streak of 30 or more deals extended to 4 weeks in a row.**

***Stat Geek Alert II:*** **In the last 4 weeks, 144 properties have gone to contract at $4 million and above, totaling $1,180,170,999, a luxury market wave not seen since a similar streak in 2015— from late February into March---when 138 properties were inked totaling $1,249,750,000.**

The No. 1 contract was apartment 17AB at 551 West 21st Street, asking $25.995 million; it was on and off the market since 2017, starting at $40 million. 17AB is 2 apartments that need to be combined: a 4 bedroom and a 3 bedroom that total 8,131 square feet. The units were bought for an investment and closed for $31,288,375 in 2016. The building was designed by Foster + Partners, home of the Pritzker Prize-winning architect Lord Norman Foster. The entrance to this 19-story, 44-unit condo features a drive-in court surrounded by a green wall and a 34-foot-tall lobby with prismatic glass. Amenities include a concierge, fitness center, and children's playroom.

The listing brokers were Aysegul Demir of Douglas Elliman and Brett Miles, formerly of Elliman, who joined Compass last week. The buyer's broker was Michael Sin of Adara Advisors. Miles said that a New York family bought the unit. "It's got phenomenal views from all sides, and it's the highest you can be in the building without buying a penthouse."

The No. 2 contract was 74AB at 80 Columbus Circle, asking $25 million, reduced from $29 million when it was listed in October 2019. The condo has 5,323 square feet including 6 bedrooms and 6 bathrooms. The unit has a 120-foot expanse overlooking Central Park. In 2011, the seller bought 74B for $17.5 million from NFL superstar Tom Brady and supermodel Gisele Bundchen, and then in 2014, added 74A for $18 million.

The condo is above the Mandarin Park Hotel, and has access to hotel amenities including a pool and spa. The listing brokers were Alexa Lambert and Mark Achilles of Compass. The buyer's broker was Ileen Schoenfeld of Brown Harris Stevens.

Lambert said that the apartment was bought by a New Yorker who is now living abroad and planning to return with his family: "They apparently spent time at the Mandarin Hotel and that's why they wanted to buy the apartment. They came with their children and decided they wanted to live there."

| . | EAST SIDE | WEST SIDE | MIDTOWN | DOWNTOWN | Asking $/sq.ft. | Totals |
|---|---|---|---|---|---|---|
| **Co-ops** | 7 | 0 | 0 | 2 | Avg.Ask: | 9 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Condos** | 5 | 2 | 1 | 18 | **Avg.Ask: $9,256,300 Avg.$/sq.ft.: $2,686/sq.ft. Avg.Size: 3,447 sq.ft.** | 26 |
| **Condop\*** | 0 | 0 | 0 | 1 | **Avg.Ask: $4,200,000 Avg.$/sq.ft.: $2,333/sq.ft. Avg.Size: 1,800 sq.ft.** | 1 |
| **Townhouses** | 2 | 0 | 0 | 2 | **Avg.Ask: $7,206,250 Avg.$/sq.ft.: $1,485/sq.ft. Avg.Size: 4,851 sq.ft.** | 4 |
| **TOTALS** | **14** | **2** | **1** | **23** | **.** | **40** |

**OFFICE OF THE NEW YORK STATE COMPTROLLER**

Thomas P. DiNapoli, State Comptroller            Rahul Jain, Deputy Comptroller

# Arts, Entertainment and Recreation in New York City: Recent Trends and Impact of COVID-19

## Highlights

- In 2019, New York City's arts, entertainment and recreation sector employed 93,500 people in 6,250 establishments. These jobs had an average salary of $79,300 and generated $7.4 billion in total wages.

- In 2019, 128,400 residents (including nearly 31,000 self-employed residents) drew their primary source of earnings from the arts, entertainment and recreation sector.

- From 2009 to 2019, employment in the sector grew by 42 percent, faster than the 30 percent rate for total private sector employment. Establishments and total wages in the sector also grew faster than all establishments and wages citywide.

- As of December 2020, arts, entertainment and recreation employment declined by 66 percent from one year earlier, the largest decline among the City's economic sectors.

- The Chelsea/Clinton/Midtown Manhattan Business District neighborhood, home to 1,921 venues, accounted for 46 percent of all jobs in the sector, far more than any other City neighborhood.

- The sector benefited from the federal Pandemic Unemployment Assistance program intended for independent contractors and self-employed workers.

- Federal Paycheck Protection Program loans supported 62 percent of firms and 70 percent of employment in the sector.

- A new federal relief package provides $15 billion nationally for shuttered live venues and $284 billion in funds for more Paycheck Protection Program loans through March.

New York City has a world-renowned arts, entertainment and recreation sector, featuring celebrated performance venues, museums and sports teams as well as innovative artists and centers of creativity. The City's identity as a cultural powerhouse that provides unparalleled offerings and fosters new and established artists is a magnet for individuals and businesses to locate here, making the sector vital to the City's economy.

The activities offered by this sector also draw many tourists to New York City. NYC & Company (the City's convention and visitors bureau) estimated that nearly 67 million tourists visited the City in 2019 and accounted for $70 billion in economic activity. In 2020, however, they expect the number of tourists declined to 23 million. Until the sector is able to fully reopen, tourism will remain subdued.

Prior to the COVID-19 pandemic, the level of employment, the number of establishments and total wages in the arts, entertainment and recreation sector had each expanded significantly over the past decade, growing at a much faster rate than for all sectors citywide.

In March 2020, the response to the public health crisis forced the entire sector to close. While some venues, such as outdoor botanical gardens, zoos, museums and gyms, have reopened at reduced capacity, many establishments remain closed because of the health risks associated with attendance at live events. Arts, entertainment and recreation has been the most impacted sector in the City, with the slowest improvement in employment. A new federal aid package provides some badly needed relief for closed live venues as well as additional funds for small businesses. New York State and City have also recently undertaken new initiatives to help restart the arts and entertainment sector.

1

**THE REAL DEAL**

# Status of NY's commercial eviction ban is unknown

*Legislation to stop evictions through May 1 has not been signed by Cuomo*

**New York /**
**February 24, 2021 05:37 PM**
By Georgia Kromrei



*Photo illustration of Gov. Andrew Cuomo (Getty, iStock/Illustration by Kevin Rebong for The Real Deal)*

After Gov. Andrew Cuomo issued another executive order, the status of the ban on commercial evictions and foreclosures is unclear.

On Monday, Cuomo issued an order that some real estate attorneys, who declined to be named because they said they did not want to publicly contradict the governor, believe extended the state's existing ban.

ADVERTISING

A spokesperson for Cuomo said he did "not believe" the executive order extended the ban, but did not clarify whether that is the case.

If the attorneys' interpretation is correct, the latest executive order — the governor's 100th in response to the pandemic — would prevent those actions from taking place until March 24. The move would also represent a departure from Cuomo's statement earlier this month to Eater, in which he said he had "no intention" of signing another executive order to prolong the ban.

According to the publication, he would instead focus on legislation to forestall those actions until May 1. The lack of clarity comes at a time when some members of the legislature have pushed for Cuomo to be stripped of the broadened executive powers it granted him last spring in an effort to bring the pandemic under control. The state Senate proposed a bipartisan commission to review Cuomo's orders, and Assembly Democrats have also called for the revocation of those powers.

**That move follows a scandal that has erupted over top aide Melissa de Rosa's admission that the administration withheld data on Covid-19 deaths in nursing homes.**

Read more

- [Commercial eviction and foreclosure ban extended until January](#)
- [How landlords get around the commercial eviction moratorium](#)
- [LA County sued over commercial eviction moratorium](#)

**In late January, the state legislature passed a bill to ban commercial evictions and foreclosures until May 1**. Earlier this month, a spokesperson for Cuomo said his administration was working on "slight modifications" to the bill "to ensure that the spirit" of the executive order would be carried into law. In contrast, when the state legislature passed the residential eviction bill in late December, Cuomo signed it into law the same day.

**The state legislature's bill, sponsored by Long Island Sen. Anna Kaplan, would allow businesses with 50 or fewer employees to file a hardship declaration in order to stave off evictions until at least May 1. All pending commercial eviction cases — including those filed before the pandemic, until 30 days after the enactment of the legislation — would be stayed for at least 60 days.**

**Businesses with 50 or fewer employees and landlords with 10 or fewer units could also claim hardship to prevent a foreclosure until May.** The legislation would prohibit lenders from using a stay of commercial foreclosure to determine whether to lend to landlords with 10 or fewer units, if the borrower files a hardship declaration. It also bans negative credit reporting for borrowers who filed those declarations.

Landlords could still evict commercial tenants if they "engage in unreasonable behavior," but in order to do so, the landlord would have to submit documentation to prove that the behavior infringes on other tenants' rights or is a safety hazard.

# Rising Rates Damp Mortgage Applications Ahead of Spring Selling Season

**The average rate on a 30-year fixed mortgage rose to 2.81% last week, its highest level since November**



Last year was a banner one for the housing market, thanks in large part to mortgage rates, which fell below 3% for the first time last summer.

PHOTO: JOHN RAOUX/ASSOCIATED PRESS

*By* Orla McCaffrey

**Feb. 24, 2021 7:00 am ET**

Mortgage rates reached their highest level since November last week, cooling off home purchase and refinance applications ahead of the all-important spring selling season.

The average rate on the 30-year fixed-rate mortgage rose to 2.81% in the week ended Feb. 18, the highest since the second week of November, according to mortgage-finance giant Freddie Mac. A measure of mortgage applications fell 11.4% over the same week, according to the Mortgage Bankers Association.

Improving Covid-19 vaccination rates in the U.S. and expectations of a large federal stimulus package in the coming weeks drove benchmark 10-year Treasury note yields, which are closely tied to mortgage rates, to their largest weekly gains in more than a month last week. Demand in safe-haven assets such as government bonds weakens when investors feel optimistic about the economy.

"Higher rates are a signal of expectations of faster growth and a stronger job market ahead," said Mike Fratantoni, the MBA's chief economist. "This last week, rates have turned faster than many people had anticipated."

Rising rates sometimes prompt borrowers to put their mortgage plans on hold for a few weeks, Mr. Fratantoni said. Measures of purchase and refinance activity fell 11.6% and 11.3%, respectively, in the week ended Feb. 19, according to MBA data.

If mortgage rates begin to increase at a faster pace, some borrowers could be discouraged from attempting to buy a home during the crucial home-selling months of March through June. In a typical year, more than 40% of annual home sales are made during this period, according to the National Association of Realtors.

Still, rates remain historically low, and more people are applying for purchase mortgages and refinances than at the same time in 2020. Last year was a banner one for the housing market, thanks in large part to mortgage rates, which fell below 3% for the first time last summer. **Mortgage lenders originated a record $3.6 trillion worth of mortgages last year, according to the Mortgage Bankers Association, an increase of more than 50% from 2019. Refinances accounted for about 59% of that volume. With the 30-year rate near 2.81%, between 16.7 million and 18.1 million Americans could lower their monthly mortgage payments through a refinance, according to mortgage-data firm Black Knight Inc.**
Lissette Gomez will close this week on a new loan that lowers the mortgage rate on her Cleveland-area condo to 2.75% from 4.125%. Ms. Gomez, a special-education teacher, said she decided to refinance after she watched her boyfriend get a much lower rate on his mortgage.

"Everybody was getting the word, especially in the second half of 2020, that the rates were super low," Ms. Gomez said. "I wanted to refinance when people were jumping on it, and the numbers were as low as they've ever been."

# Home Prices Soar At Over 5 Times The Fed's Inflation Target In All US Cities



**BY TYLER DURDEN**
**TUESDAY, FEB 23, 2021 - 9:40**

The Fed's most frequent lament is that no matter how many trillions in bonds (and stocks and ETFs) it buys or how much liquidity it forehoses into the market, it just can't push inflation higher.

Well, here's an idea: maybe all the central-planning megabrains at the Marriner Eccles building and 33 Liberty Street can take a break from whatever circle jerk they are engaged in right now, and look at the latest Case Shiller numbers which showed not only that home prices surged at the fastest pace in seven years, rising at a double-digit pace for the first time since 2014...



US Home Price Index YoY
(Case-Shiller)

**... but that for the first time since the financial crisis, the annual price increase in** every major US MSA **(according to Case Shiller there are 20 of them) rose by at least 7.7% Y/Y (in the case of Las Vegas) and as much as 14.4% in Phoenix,** meaning that the average home prices across all of the US is **now rising at over 5 times** the Fed's stated inflation target, and even the cheapest US MSA is rising at nearly 4 times the Fed's inflation goal.



Why does this matter? Simple: Because **if - as Joseph Carson mused last month - CPI measured actual house prices, inflation would be above 3% right now.**

*For those who missed it, here again is the explanation:*

"Actual" consumer price inflation is rising during the recession. That runs counter to the normal recessionary pattern when the combination of weak demand and excess capacity works to lessen inflationary pressures.

**The main source of faster consumer price inflation is centered in the housing market. The Case-Shiller Home Price Index posted a 7% increase the last year, more than twice the gain of one-year ago.**

The sharp acceleration in house price inflation represents the fastest increase since 2014 and runs counter to the patterns of the past two recessions. During the 2001 recession house price inflation slowed by one-third, while in the Great Financial Recession housing prices posted their largest decline in the post-war period, falling over 12% nationwide.

The consumer price index (CPI) does not show in house price inflation because it uses a non-market rent index to capture the trends in housing inflation. The Bureau of Labor Statistics (BLS) estimates that the non-market rent index has increased 2.5% in the past 12 months, or 450 basis points below the rise in house prices.

==If actual house prices were used in place of rents core CPI would have registered a 3% gain in the past year, nearly twice the reported gain of 1.6%.==



Sources: Bureau of Labor Statistics, Standard & Poor's/Haver Analytics

If aggregate price measures did not exist house prices would be one of the most important measures to gauge inflation and the proper setting of official interest rates. **That's because house price cycles include easy credit/financial conditions, excess demand, and inflation expectations, three key ingredients of inflation cycles.**

Rising consumer price inflation is added to the list of unique features of the 2020 recession. Others include an increase in corporate debt levels instead of debt-liquidation and rising equity prices instead of share price declines.

**If the 2020 recession has economic and financial features that normally appear during economic recovery what does that imply for the next growth cycle? The debt overhang at the corporate and federal debt should impede the next growth cycle. And if the cyclical rise in housing demand is occurring in recession it can't be repeated during recovery.**

**The next economic cycle will be filled with unique tipping points, and no one should assume that policymakers can control or offset them.**

# WALL STREET JOURNAL

## U.S. Tops Half a Million Covid-19 Deaths

## FEBRUARY 22, 2021

**By [Talal Ansari](#)**



**Medical professionals attended to Covid-19 patients in Chula Vista, Calif., on Feb. 5.ETIENNE LAURENT/EPA/SHUTTERSTOCK**

## The number of confirmed U.S. deaths from Covid-19 surpassed half a million nearly a year after a world-wide pandemic was declared.

President Biden plans to deliver remarks at the White House Monday evening to honor those who have died, his administration said. The White House said the first lady, the vice president and her husband would attend Mr. Biden's remarks, which will include a candle-lighting ceremony at sundown.

In a proclamation issued Monday afternoon, the president noted that 500,000 people killed by the virus in the U.S. exceeded American deaths from World War I, World War II and the Vietnam War combined.

At 5 p.m. the flag was lowered at the White House.

21-12189-mg    Doc 31-3    Filed 02/24/22    Entered 02/24/22 17:05:10    Exhibit 8 to
the Omnibus Objection - Ronald Gold Appraisal    Pg 260 of 341

"We, as a Nation, must remember them so we can begin to heal, to unite, and find purpose as one Nation to defeat this pandemic," Mr. Biden said. He called on Americans to observe a moment of silence at sunset and ordered flags to be flown at half-staff at other federal buildings.

The high death toll comes after a fall surge that reached every corner of the country and strained healthcare systems as patients flooded hospitals. Fatalities peaked in mid-January, when the seven-day average of reported deaths was around 3,300 a day, up from a rate of 1,100 just two months earlier, according to a Wall Street Journal analysis of data compiled by Johns Hopkins University. The seven-day average helps smooth out irregularities in data reporting.

Newly reported deaths have appeared to be declining in recent weeks from those record levels, following improving data on cases and hospitalizations, but they remain higher than peaks seen in earlier surges. The U.S. reported 1,249 new Covid-19 deaths on Sunday, according to Johns Hopkins data.

**After topping 100,000 reported fatalities in May, it took the U.S. roughly four months to reach 200,000 confirmed deaths on Sept. 21, according to the Journal's analysis of Johns Hopkins data. It took 2½ months to reach 300,000 deaths and just over a month to add another 100,000 both in January and February.**

**Rochelle Walensky, director of the Centers for Disease Control and Prevention, forecast last month that the U.S. could reach 500,000 Covid-19 deaths by mid-February.**

On Monday, the country's total reported fatalities stood at 500,071. Around the world, more than 2.4 million deaths have been recorded since the pandemic began. However, the virus's true toll is likely far worse.

Beth Blauer, executive director of the Centers for Civic Impact at Johns Hopkins, said the nationwide drop in new infections suggests that deaths from the virus are likely to continue to slow. The seven-day average of newly reported cases in the U.S. fell Saturday to 71,195, down from a peak of nearly 250,000 in the second week of January.

She noted, however, that a decline in testing—an average of 1.4 million tests a day were conducted in the past week, compared with about two million a day a month ago—might continue to lead infections and deaths to be undercounted.

# Indoor dining capacity upped to 35% in New York City

*Announcement comes as coronavirus cases fall steadily*

**New York /**
**February 19, 2021 02:18 PM**
**By [Sasha Jones](#)**



*Restaurants can have more guests starting February 16. (Getty, Photo Illustration by The Real Deal)*

After back and forth about whether restaurants can welcome any diners inside, Gov. Andrew Cuomo raised the capacity for indoor dining to 35 percent starting next Friday.

The move comes [just a week](#) after restaurants got the green light to operate at 25 percent and had their curfew pushed back to 11 p.m.

"We appreciate that the governor is following the data, listening to our voices, increasing occupancy, and we hope to continue this path and increase to at least 50 percent occupancy safely, as soon as possible," said Andrew Rigie, New York City Hospitality Alliance's executive director, in a statement.

Read more

- [Indoor dining returns today — and can soon go later](#)

- ["25% is a starting point": Indoor dining returns to NYC today](#)

- [70 restaurants sue Cuomo over "Kafkaesque nightmare" of regulations](#)

Data from the governor's office from September through November shows that restaurants and bars only accounted for 1.43 percent of recorded exposures to Covid-19. Household and social gatherings were far more likely to transmit the virus, accounting for 73.84 percent of exposures.

Restaurant trade groups have been arguing that indoor dining restrictions led to unregulated private gatherings, especially since Dec. 14, when Cuomo's second full ban on indoor dining took effect. Covid rates have dropped steadily since then.

Restaurants in the city have been uncertain about whether they would survive even with capacity limitations. The rest of the state has been able to operate at 50 percent capacity.

In December, 92 percent of restaurants could not pay full rent, according to a report by the New York City Hospitality Alliance.

Cuomo has faced various lawsuits surrounding his restrictions on restaurants. In one suit, involving 70 restaurants, Cuomo's everchanging restrictions were called a "Kafkaesque nightmare."

Contact the author

## Olshan Luxury MARKET REPORT 2021

# Report on Contracts Signed
# Manhattan Residential Properties $4 Million and Above

## February 15-21, 2021

### 36 Contracts Signed

**Thirty-six contracts were signed last week at $4 million and above, only 2 fewer than the previous week, which I noted was "a spectacular number by any standard."**

***Stat Geek Alert:* In the last 3 weeks, 104 contracts have been inked at $4 million and above, totaling $851,247,999. It was the strongest 3-week performance since the last week in April and the first 2 weeks in May 2015, when 104 contracts were signed, totaling $780,579,744.**

**The No. 1 contract was the 5th floor at 1045 Madison Avenue, asking $13,450,000. The condo has 4,196 square feet including 6 bedrooms and 5.5 bathrooms, plus a 366-foot terrace off the back bedrooms. The apartment is in The Benson, a 15-unit, 18-story building designed by architect Peter Pennoyer, and developed by Naftali Group. It has defied pandemic gravity with 3 price increases since it started marketing off of floorplans in September. Amenities include a concierge, roof terrace, fitness center, half-court basketball, a children's playroom, a library with a garden, and a pet spa.**

**The buyers are a family living in Tribeca who came directly to the sales office overseen by Alexa Lambert and Alison Black of Compass. "They came once in the first week in February," said Lambert. "They are moving uptown to be closer to the schools where they think they want their son to go."**

**The No. 2 slot was a tie between a condo and a townhouse, both asking $12,995,000. The condo is 18C at 10 Madison Square West, and has 2,527 square feet with 11-foot ceilings and includes 3 bedrooms and 3.5 bathrooms. A 2,167-square-foot terrace surrounds the unit. Amenities include a concierge, doorman, 60-foot pool, fitness center, and a courtyard. The seller bought the condo off of floorplans in July 2013 and closed for $13,621,140 in May 2017.**

**Douglas Elliman had both sides of the transaction--Tom Postilio and Mickey Conlon represented the seller and Michael Kafka represented the buyer. Postilio said the buyer first saw the unit in the beginning of November and made an offer. He said there were 5 offers from November to February, and the deal ultimately ended up in a bidding war when another buyer emerged at the last minute. Conlon said they showed the unit about 24 times. "This is a one-off unit in the building," said Conlon. "It has a wraparound terrace overlooking Madison Square Park. and the outdoor space was the big selling point."**

**The other No.2 deal was a 20-foot-wide townhouse at 40 East 67th Street that has been on and off the market since June 2016, starting at $19.250 million. The asking price was finally lowered to $12,995 million a year ago. The house has 5,230 square feet including 4 bedrooms, 3 bathrooms, 2 powder rooms, 6 fireplaces, and an elevator. It needs to be renovated. Leonard Steinberg of Compass represented the seller.**

| . | EAST SIDE | WEST SIDE | MIDTOWN | DOWNTOWN | Asking $/sq.ft. | Totals |
|---|---|---|---|---|---|---|
| **Co-ops** | 5 | 0 | 0 | 2 | Avg.Ask: $5,614,000 | 7 |
| **Condos** | 7 | 4 | 1 | 14 | Avg.Ask: $7,153,269 Avg.$/sq.ft.: $2,451/sq.ft. Avg.Size: 2,919 sq.ft. | 26 |
| **Condop*** | 0 | 0 | 0 | 0 | Avg.Ask: | 0 |
| **Townhouses** | 1 | 2 | 0 | 0 | Avg.Ask: $10,165,000 Avg.$/sq.ft.: $1,697/sq.ft. Avg.Size: 5,990 sq.ft. | 3 |
| **TOTALS** | 13 | 6 | 1 | 16 | . | 36 |

# "STREETEASY"
# NYC Rents and Home Prices Continue to Fall, With No End in Sight



## By Emily McDonald Feb. 19, 2021

New York City rents and home prices dropped at their fastest annual pace on record in January, signaling that the city's real estate market is still declining sharply, according to the January 2021 StreetEasy Market Reports.

### _Asking Rents Haven't Been This Low in Years_

Rents in all NYC boroughs analyzed fell at the fastest year-over-year pace on record, dropping 15.5% in Manhattan and 8.6% in both Brooklyn and Queens. The median asking rent in Manhattan was $2,750 — the lowest it's been since March 2010. In Brooklyn, the median asking rent in January was $2,395; in Queens, it was $2,000.

A major reason for these steep rent declines is the large amount of supply. While the pace of new listings has slowed compared to its peak in the fall, there are still twice as many rentals available in Manhattan and Brooklyn as a year ago, and nearly that many in Queens.

### _Buyers Have Returned, But Prices Still Have Room to Fall_

On the sales market, Manhattan and Brooklyn both saw record price drops, with the StreetEasy Price Index down 6.2% and 5.4%, respectively, year over year. The median asking price in Manhattan was $1,350,000; in Brooklyn, it was $925,000.

These notable price drops occurred despite a continued surge in buyer activity. In Brooklyn, pending sales were up 17.3% year over year. In Manhattan, pending sales jumped 30.8%, led by a huge increase in contracts signed for luxury homes, defined as the top 20% of the market (over $3.7 million). The number of luxury contracts signed increased by 57% over last January.

Yet as with the rentals market, the rise in contracts signed was still not enough to offset the glut of sales inventory available, leading to a fall in prices.

"It's rare that we see record high price drops in both the rentals and sales market, but landlords and sellers are dealing with the same issue right now — a surplus of competition and not enough demand," said StreetEasy Economist Nancy Wu.

"Asking prices and monthly rents are coming down quickly, which means that landlords and sellers are finally facing reality. With inventory levels as high they are, there's currently no end in sight when it comes to falling NYC real estate prices — good news for buyers and renters hoping to secure a good deal this year."

## *Manhattan Prices Fall, But Sellers Made Fewer Cuts*

Manhattan led the way when it came to falling prices, with a 6.2% annual decline. But the share of homes offering a price cut in January — 11% — was 1.6 percentage points lower than last year. According to Wu, this may be because sellers entering the market are pricing their homes more realistically from the start.

### *Brooklyn Buyers Snag Homes Faster*

**Brooklyn homes came off the market more than two weeks faster than last year, as buyers looked to score a good deal. Pending sales rose 17.3% across the borough, led largely by the most affordable tier of homes. Contracts were signed for 141 homes in the lowest priced 20% of the market — more than double the number last January, an increase of 117%. By comparison, the top 20% of the market saw a 10.4% increase in contracts signed.**

### *Rents in Queens Reach Major Milestone*

**The median asking rent in Queens in January was $2,000 — the lowest since March 2014. The StreetEasy Queens Rent Index fell 8.6%, which was the largest annual drop on record for the borough, matching the decline seen in Brooklyn. Wu says this is a notable milestone for Queens, considering how its more affordable prices have kept its market relatively stable compared to Manhattan and Brooklyn.**

StreetEasy

# Neighborhood Data

2021-01

○ ‹ ›

Scroll through the chart below to find neighborhood level data.

| Area | Borough | Median Asking Price | Median Asking Price Yoy % Change | Median Asking Rent | Median Asking Rent Yoy % Change | Median Recorded Sales Price | Median Recorded Sales Price Yoy % C.. |
|---|---|---|---|---|---|---|---|
| All Downtown | Manhattan | $1,857,500 | -9.40% | $3,080 | -23.00% | $1,195,813 | -10.80% |
| All Midtown | Manhattan | $1,050,000 | -16.00% | $2,895 | -21.80% | $735,000 | -18.70% |
| All Upper East Side | Manhattan | $1,595,000 | -6.10% | $2,400 | -27.10% | $845,000 | -26.50% |
| All Upper Manhattan | Manhattan | $699,999 | -3.60% | $2,200 | -7.70% | $716,250 | 0.60% |
| All Upper West Side | Manhattan | $1,395,000 | -17.90% | $2,795 | -23.40% | $960,000 | -12.70% |
| Astoria | Queens | $750,000 | -9.50% | $1,950 | -15.80% | $935,000 | 8.70% |
| Auburndale | Queens | $1,049,000 | 13.80% | $2,297 | 26.00% | | 5.50% |
| Bath Beach | Brooklyn | $822,500 | -9.50% | $1,695 | -5.60% | | -10.40% |
| Battery Park City | Manhattan | $1,050,000 | -21.70% | $3,750 | -15.40% | | -61.90% |
| Bay Ridge | Brooklyn | $545,000 | -14.70% | $1,775 | -6.30% | $588,000 | -5.40% |
| Bayside | Queens | $562,500 | -17.20% | $2,000 | -4.80% | $515,000 | -25.60% |
| Bedford-Stuyvesant | Brooklyn | $1,172,500 | -2.30% | $2,250 | -13.10% | $1,125,000 | 17.80% |
| Bellerose | Queens | | 3.00% | | 0.00% | | 4.80% |
| Bensonhurst | Brooklyn | $1,195,000 | -4.40% | $1,550 | -21.00% | $1,250,000 | 26.90% |
| Bergen Beach | Brooklyn | $858,500 | 9.80% | | 0.10% | | 11.40% |
| Boerum Hill | Brooklyn | $1,597,500 | -0.20% | $2,618 | -20.70% | | -21.00% |
| Borough Park | Brooklyn | $1,350,000 | 4.80% | $1,799 | -2.80% | $986,397 | 0.70% |
| Briarwood | Queens | $312,500 | -9.40% | $1,725 | -3.40% | | 69.60% |
| Brighton Beach | Brooklyn | $539,000 | -15.80% | $1,800 | -4.50% | $324,500 | -20.90% |
| Brooklyn | Brooklyn | $925,000 | 0.00% | $2,395 | -7.90% | $932,500 | 18.00% |
| Brooklyn Heights | Brooklyn | $1,650,000 | -17.30% | $2,750 | -26.60% | $1,333,398 | 24.00% |
| Brookville | Queens | | 3.60% | | | | 57.00% |
| Brownsville | Brooklyn | $889,500 | 11.30% | $2,000 | 0.00% | | 25.90% |
| Bushwick | Brooklyn | $995,000 | 2.10% | $2,350 | -15.90% | | 18.60% |
| Cambria Heights | Queens | $644,500 | 7.60% | | | | -5.50% |
| Canarsie | Brooklyn | $689,000 | 0.00% | $2,150 | -2.30% | | 44.80% |
| Carroll Gardens | Brooklyn | $1,775,000 | -22.10% | $2,500 | -21.90% | | 27.50% |
| Central Harlem | Manhattan | $940,000 | -0.90% | $2,295 | -8.20% | $765,000 | -11.70% |

Note: Median sales price data based on a StreetEasy analysis of closing records provided by the New York City Department of Finance and
may not include all sales transactions.

‡‡ + a b l e a u

*STREETEASY*
Residential Cole Appraisal

# NYC Home Sales Spike, But Market Remains Uncertain



## By **Emily McDonald** Jan. 22, 2021

A turbulent year ended with a significant uptick in home buying across three New York City boroughs, according to StreetEasy's Q4 2020 Market Reports [i]. But with the supply of for-sale homes continuing to outpace demand, buyers remain in the driver's seat of the NYC real estate market for the new year.

A record high of 2,213 sales contracts were signed in Brooklyn during the fourth quarter— a 30.3% increase from the previous year. In Manhattan, pending sales were 23.1% above the year prior, at 2,907 — the most since the second quarter of 2019. Queens saw 1,132 homes entering contract, an increase of 29.8% compared to last year. Across these three boroughs, deals were done at a pace more typical of a busy spring home shopping season.

Yet the year's worth of data shows that the 2020 sales market was extremely sluggish. The number of homes that went into contract throughout the year in Manhattan, Brooklyn, and Queens was just 10,751 — about half of the 21,410 sold in 2019.

The spike in sales was also not enough to outweigh growth in inventory. In Manhattan, nearly 3,000 homes entered contract, but more than 4,200 units were listed for sale — on top of the inventory already on the market. Total Manhattan inventory was 24.3% higher than a year prior, the largest year-over-year increase on StreetEasy record. In Brooklyn, total sales inventory was 10.2% above 2019 levels, and in Queens, it was 6.9% higher.

Prices in Manhattan and Brooklyn continued to adjust to this pressure. The StreetEasy Manhattan Price Index [ii] fell 4.6% — the sharpest year-over-year decline on record. The median asking price in Manhattan is now $1.3 million, the lowest it's been since the spring of 2014. The Brooklyn Price Index dropped 2.2% year over year, and the median asking price was $950,000. Queens bucked the trend with an increase of 1.4% and a median asking price of $649,000.

"Despite the fact that New York City feels very different from a year ago, many are displaying confidence in the long-term state of the city by putting down roots here, especially in Brooklyn," says StreetEasy Economist Nancy Wu.

"Even with the year closing on a high in terms of sales, the weakness in the sales market is far from over. The pandemic has left a full home shopping season's worth of inventory sitting on the market. That will build up and have consequences in the long term, like the need for more significant price drops, especially in Manhattan."

## *Manhattan Prices Likely Have Much Further to Fall*

Sales prices fell the most in Manhattan out of the three boroughs analyzed. The 4.6% drop in the StreetEasy Manhattan Price Index was the largest on record for the borough. Of all homes on the market in Manhattan, only 25% had a price cut in the fourth quarter, the same share as this time last year. This shows that sellers have not yet come to terms with the state of the market, and more price cuts will be needed to even out supply.

## *Brooklyn Is Red Hot, But Prices are Still Adjusting*

The number of pending sales in Brooklyn reached a record high in the fourth quarter, leading to a 30.3% increase over 2019. Even with high demand for Brooklyn homes, the StreetEasy Brooklyn Price Index fell 2.2% annually due to sky-high inventory levels. Demand has not yet caught up with supply, which means that the market is still adjusting downward — a good sign for buyers looking to make a purchase in Brooklyn in 2021.

## *Queens Prices Remain Relatively Stable*

Inventory rose 6.9% in Queens year over year — a significant amount, but much less than the growth in Manhattan and Brooklyn. Pending sales also rose 29.8% from last year, with 1,132 homes entering

contract. The rise in remote work and desire for more space, plus stable inventory in the borough, fueled a 1.4% increase in the StreetEasy Queens Price Index. The median asking price in Queens in the fourth quarter was $649,000.

View all **StreetEasy Market Reports** for Manhattan, Brooklyn, and Queens, with

**THE REAL DEAL**

# 92% of restaurants could not make December rent

*Return of indoor dining offers a glimmer of hope*

New York /
**February 17, 2021 12:00 PM**
By **Sasha Jones**



*NYC Hospitality Alliance's Andrew Rigie (Getty, Twitter/Illustration by Kevin Rebong for The Real Deal)*

The situation for New York City's restaurateurs — and their landlords — got even more dire at the end of 2020.

**A new report by the New York City Hospitality Alliance found that 92 percent of restaurants could not pay their full December rent, the highest that number has been since the pandemic began.**

That number has also increased every month during the health crisis; in June, 80 percent of restaurateurs couldn't afford rent, and it's steadily risen since.

Of those who could afford some rental payment at the end of 2020, just 49 percent paid half of their rent, while 28 percent paid less than half.

Read more

- 88% of NYC restaurants could not make October rent
- Valentine's Day gives NYC restaurants much-needed boost
- Indoor dining returns today — and can soon go later

And though they may be teetering on the brink of survival, not all restaurants are getting a break from their landlords. Sixty percent of landlords have not worked with tenants to waive rental payments.

**Of the 40 percent who did waive rent, only 17 percent waived more than half of rent owed, while 37 percent deferred those payments to a later date.**

**Some restaurants — 14 percent — however, have managed to renegotiate their leases. Twenty-four percent remain in good faith negotiations.**

But there may be a glimmer of hope on the horizon. The results of the survey predate the reopening of indoor dining, which is expected to help with restaurants' bottom lines.

For example, the number of seated diners on Valentine's Day was only 56 percent lower than it was the same Sunday a year ago — the smallest decline since restrictions began last March

**But Andrew Rigie, the executive director of the NYC Hospitality Alliance, called on the state to allow restaurants to move indoor dining to 50 percent capacity — currently, it's capped at 25 percent — to help boost revenue for struggling eateries. About 4,000 restaurants in New York City have shut since the pandemic began 11 months ago.**

"While the reopening of highly regulated indoor dining is welcome news, we need to safely increase occupancy to 50 percent as soon as possible, and we urgently need robust and comprehensive financial relief from the federal government," Rigie said in a statement. His group has been pushing Congress to pass the RESTAURANTS Act and increase relief funding for restaurateurs.

Contact Sasha Jones

**THE REAL DEAL**

# Manhattan's luxury market sees best week since 2016

*Surge in larger, new development condo contracts continued last week*

**New York /**
**February 16, 2021 04:00 PM**
By **Erin Hudson**



*Michael Stern's Walker Tower condo among 38 luxury contracts inked last week. (Compass)*

Manhattan's luxury market has another strong week under its belt.

==Last week, there were 38 contracts for properties asking $4 million or more — the best week since August 2016 when 43 contracts were inked, according to Olshan Realty's latest market report.==

==Of the 38 homes that went into contract last week, the vast majority were condos in addition to seven co-ops and three townhouses.==

Last week's contract activity is a continuation of the upward trend that began in Manhattan's luxury market late last year, particularly among new developments. Of the 38 luxury condos that went into contract last week, 17 were sponsor units.

"It was an extraordinary week by any stretch and if you look at the numbers you would never know that we were in a pandemic," said Donna Olshan, author of the report.

That said, Olshan noted that on average, the properties' final asking prices were 13 percent below original ask.

Read more

- Best week since 2019 for Manhattan luxury market
- Financier lists Brooklyn Heights townhouse for $18M

432 Park Shang placed by creaks leak- and design flaws

**Buyers are also looking for larger condos. Over the last eight weeks, the size of units going into contract averaged 3,144 square feet. That's 6 percent larger than the average condo size of 2,953 square feet last year.**

"This is maybe a pandemic result of people needing more space," said Olshan.

The most expensive contract last week was a nearly 7,000-square-foot penthouse at Chetrit Group and Clipper Equity's The Tower at Gramercy Square. The five-bedroom condo at 215 East 19th Street also has a private 5,680-square-foot terrace with exposures in all directions.

Douglas Elliman's Matthew MacKay represented the developer, while his business partner Ben Dixon represented the buyers, who were New York locals and had been looking at the unit since last March. They visited the property several times after Covid restrictions were lifted in the summer, but the major sticking point was whether they would be able to install a pool on the terrace, according to MacKay.

"We had to get involved with engineering, and it took probably at least three months to negotiate the price," he told Olshan. "The buyers were really specific. They wanted views and privacy, as well as a very large outdoor space and a pool was the priority."

The property's final asking price was $29.5 million, down from its original ask of $33 million when sales at the building launched in September 2016.

The second priciest deal was Michael Stern's spacious duplex at Walker Tower, a condo conversion handled by his firm JDS Development Group and Kevin Maloney's Property Markets Group. The developer bought the unit in 2014 for just over $16 million and listed it in June 2019 seeking nearly $28 million. The four-bedroom unit spans 4,748 square feet and includes a 686-square-foot terrace.

Compass broker Vickey Barron handled the listing for the developer, while Leonard Steinberg, also of Compass, represented the buyer, according to Olshan.

**NEW YORK POST — FEBRUARY 15, 2021**

# NYC's comeback: Manhattan, Brooklyn leases rebound since 2008 market crash

**By Mary K. Jacob**

February 15, 2021 | 2:02pm | Updated



**Brooklyn and Manhattan have seen a massive uptick in leases signed since the 2008 financial crisis.** Getty Images/iStockphoto

**MORE ON:**

**CORONAVIRUS IN NY**

FAIL! Majority of voters flunk Cuomo's handling of COVID nursing home deaths
Gov. Cuomo's 'heartless' distortions can't hide truth: Goodwin
Dems slam 'lying' Cuomo over COVID-19 nursing home death 'cover-up'
**Adoring media served as protective cloak for Cuomo's COVID lies**

New York City has not seen a massive hit to the real-estate market this large since the 2008 market crash.

With a stubborn coronavirus pandemic, consistent shutdowns, a terrifying spike in crime and people who are swapping the Big Apple for the suburbs, the once-bustling city has been rather quiet.

But like in most troubling scenarios, there is hope.

**The first signs the city is making a comeback have appeared, with Manhattan and Brooklyn lease signings seeing the highest surge in the past 13 years.**

In the latest Douglas Elliman report, the month of January was uncommonly animated in both boroughs — with the most number of new leases signed since the financial crisis. This would mark the fourth consecutive month where landlords have seen gains in tenants.

**In Manhattan, there were 6,255 new leases signed compared to 3,969 a year prior — close to a 58% increase.**

**"The continued decline in net effective median rent, record concessions and high vacancy caused new lease signings to rise," the report stated.**

Jonathan Miller, who authored the report, said this is a good first step to getting the city back on its feet — but there is still a long way to go.

In a pandemic raged economy, it's buying time in the NYC real estate market

"The surge in new lease signings began when rents fell enough to trigger interest by many on the sidelines, priced out of the city," Miller told The Post. "It's an important first step in an eventual recovery but it's just a baby step. Since many of the rental market metrics remain very weak, we likely have further price declines ahead in the coming months."

While vaccine distribution has begun, the rate at which people are getting vaccinated is stagnant, creating a lag in New York's economy, he explained.

"It's hard to see rents stabilizing until after the vaccine is widely distributed which is expected to be in the fall," Miller added. "As to whether rents go up from there, that feels optimistic but it really depends on how quickly the city economy rebounds."

**Employment in the city remains 12.2% below pre-pandemic February. Job losses fell most heavily on residents earning under $40,000 who were employed in the retail, restaurant and the hotel-tourism sectors.**

**US Postal Service data shows 333,000 New Yorkers have fled the state since COVID-19 plagued the city and over 692,000 city residents requested a change of address between March and November.**

**WALL STREET JOURNAL**

# Bulk Condo Buyers Descend on Manhattan, Looking for Cut-Rate Deals

## These fund managers, real-estate firms and other bulk buyers are like Costco shoppers for condos



Bulk sales at a variety of Manhattan buildings have gone into contract or closed during the Covid-19 pandemic.

PHOTO: KENA BETANCUR/AGENCE FRANCE-PRESSE/GETTY IMAGES

*By*
Will Parker
Feb. 16, 2021 8:00 am ET

Manhattan's pulverized condominium market is opening the door for investors willing to buy individual apartments wholesale.

These fund managers, real-estate firms and other bulk buyers are like Costco shoppers for condos. They aim to pick up anywhere from three to more than 100 condos at a sharp discount to the asking price, sometimes renting them out, then selling when the market recovers from the pandemic. Developers under financial strain are the most likely to entertain bulk deals, but in a choppy market where many apartments have gone unsold for long periods, many more are starting to consider the idea.

"They might not admit it and it's all very sort of confidential and behind the scenes, but almost every [developer] is trying to do the same thing right now. And that's to do bulk

**transactions," said Annemarie Alexander, a real-estate broker at Douglas Elliman Real Estate.**

**Bulk sales are difficult to track, in large part because developers have a strong incentive to hide them. While a bulk buyer may acquire condos at a significant discount, a normal buyer of a single unit won't be offered as sweet a deal. Public knowledge of a bulk buyer's bargain deal is enough to lower the market value of the remaining unsold condos, brokers say. Ms. Alexander, for example, is working with several groups of investors who have placed bids to buy dozens of new development condos in bulk, at prices ranging between 25% and 35% off market asking prices.**

Although the overall Manhattan condo sales market has shown fresh signs of life recently, the market for higher-end new projects remains glutted. Developers are under steep pressure to move units and many are still tempted by the prospect of a quick bulk sale, rather than the slow drip of individual deals, because they hold construction loans coming due soon.

**One such bulk buyer group is the NYC Opportunity Fund, a partnership of real-estate broker and investor James Nelson and the property investment platform Republic Real Estate. The fund is raising $50 million for bulk sales and other investments, targeting new development units priced between $1 million and $3 million. The minimum investment amount for the fund is just $1,000.**

Bulk sales at a variety of Manhattan buildings have gone into contract or closed during the pandemic. They include multiple units at a 1920s co-op building in SoHo, a prewar condo near the United Nations, and a glassy new-construction tower on Riverside Boulevard. Some bulk sales have also occurred in the outer boroughs, according to an analysis of transactions by real-estate listings website StreetEasy.

At a white-brick converted rental building on East 48th Street in Midtown, British investment company Tremada Properties purchased 36 small units for $11.5 million, or an average of $319,000 per apartment. **Most of the units sold at a 32% discount off their fair market value, according to broker Mark Zborovsky, who negotiated the sale.**

Though there is no shortage of investors looking to grab condos at bargain prices, fewer of these deals have happened in Manhattan than many investors had hoped. That is in large part because the banks that hold developers' debts have minimum prices they will allow developers to sell units for. These minimums are too often much higher than what investors have in mind.

"There's a big wide gap," said Josh Zegen, managing principal of real-estate firm Madison Realty Capital.

Miami, by contrast has had more bulk deals because buyer and seller price targets have been more aligned, Mr. Zegen said.

But as more months pass and Manhattan condominium prices remain below previous years levels, bulk condo buyers think their moment is coming soon.

Banks will eventually have to choose between foreclosing on their developer clients or allowing more sales to bulk buyers, they say. "A lot of the lenders who have been giving forbearance and giving developers time because of Covid and everything out there," Mr. Nelson said. "When that dries up, if units still aren't moving, they aren't going to wait forever."

Write to Will Parker at [will.parker@wsj.com](mailto:will.parker@wsj.com)

# WALL STREET JOURNAL

# Oil Prices Rally as Cold Blast Hits Texas

## Freezing weather boosts demand for fuel and power, while threatening oil-and-gas output in key production state

**By**
**Joe Wallace**
**Updated Feb. 15, 2021 4:11 pm ET**



1x

Frigid temperatures across swaths of the U.S. injected new momentum into the rally in energy markets Monday, boosting demand for fuel and power while threatening oil-and-gas production in Texas.

**Brent-crude futures, the benchmark in international energy markets, rose 1.4% to $63.30 a barrel, their highest level since January 2020. Futures for West Texas Intermediate, the main grade of U.S. crude, rose 1.1% to $60.13 a barrel and futures for natural gas at Henry Hub in Louisiana were up 4.3% at $3.04 per million British thermal units, according to FactSet.**

The fresh leg in the energy market's recovery from the coronavirus shock came as a blast of winter weather left millions of homes and businesses in Texas without power, and forced the power-grid operator in the state to order rolling outages to conserve power while demand spiked. More than 150 million Americans were under some kind of winter advisory, the National Weather Service said Monday.

Some analysts think investors have pushed oil prices above levels justified by supply and demand, but others expect them to remain buoyant.

"We haven't seen any surprising factor that would stop this kind of rally, at least not yet," said Carole Nakhle, chief executive of consulting firm Crystol Energy. Demand is on the mend, stockpiles of crude that ballooned last year are shrinking and the Organization of the Petroleum Exporting Countries is holding millions of barrels a day back from the market, she added.

Higher crude prices are feeding through to more-expensive gasoline at the pump. Gasoline prices rose for a sixth consecutive week to a national average of $2.50 a gallon on Monday, their highest level in more than a year, according to GasBuddy, which tracks retail fuel prices. Drivers should expect gasoline prices to keep rising in the months ahead, said Patrick De Haan, head of petroleum analysis at the firm.

The Electricity Reliability Council of Texas began calling for rotating power outages overnight on Sunday to avoid widespread blackouts. The grid operator, known as ERCOT, urged consumers to reduce their electricity usage and said demand reached a winter record of 69,150 megawatts on Sunday evening. That is more than 3,200 megawatts higher than the previous peak in January 2018. The power outages could prompt production pauses in the Southwest's Permian Basin, leading to a moderate decline in oil output this month, according to Rystad Energy, a consulting firm.

A pump jack in Midland, Texas, on Saturday. Power outages in the state threatened to curb production.
PHOTO: ELI HARTMAN/ODESSA AMERICAN/ASSOCIATED PRESS

Not only did the freezing weather lift demand for electricity, it also hit supplies by pushing many generating units to stop producing power. More than 30,000 megawatts of generation was forced off the system, according to ERCOT.

"Every grid operator and every electric company is fighting to restore power right now," ERCOT President Bill Magness said in a statement.

Surging demand for natural gas, which is burned to produce electricity and heat homes, prompted prices to shoot higher in several regional trading hubs. On Friday, they rose as high as $500 per million British thermal units in the Midwest and surpassed $100 at hubs in Texas, the Rockies and Midcontinent, according to S&P Global Platts.

U.S. natural-gas demand will hit a single-day high of 169 billion cubic feet on Monday, the commodities-data provider forecast. Gas production was also curtailed last week, particularly in

Texas and the Midcontinent pushing U.S. output down by nearly 42 billion cubic feet a day to 88.3 billion on Friday, according to Platts.

The rally is the latest reminder of the natural-gas market's sensitivity to extreme weather, after several mild winters brought about a glut of the fuel that subdued prices globally. Earlier this year, freezing conditions in northeast Asia sparked a scramble by utilities to secure cargoes of liquefied natural gas, prompting LNG prices in the region to hit all-time highs.

Also adding to energy bills: Propane prices have accelerated thanks to the increased popularity of patio heating during the pandemic. And rising prices for diesel-like heating oil have boosted profit margins at petroleum refiners, supporting the broader oil market by encouraging them to buy more crude, said Greg Newman, chief executive of Onyx Capital Group, which specializes in oil swaps.

For oil prices, the cold snap helped to extend a monthslong recovery powered by production curbs by OPEC and its partners, led by Russia.

A key question for oil traders now is whether the cartel opts to relax the cuts at a meeting in March. Saudi Arabia will likely resume production of the million barrels a day it decided to take off the market in January, boosting global supplies, according to Ms. Nakhle.

"They are likely to stop that, now that prices are above $60 a barrel," she said.

# Olshan LuXURY MARKET REPORT 2021
## Report on Contracts Signed
## Manhattan Residential Properties $4 Million and Above
### February 8-14, 2021

## 38 Contracts Signed

**Thirty-eight contracts were signed last week at $4 million and above—yep, 38!--a spectacular number by any standard.**

***Stat Geek Alert:*** **It was the highest number of contracts signed since the first week of August 2016, when 43 contracts were inked. The volume of $351,544,999 was the highest since the week of December 4-10, 2017, when volume totaled $356,775,000.**

The No. 1 contract was Tower PH at 215 East 19th Street, asking $29.5 million, reduced from $33 million when the building, called The Gramercy Square Condominium, started marketing off of floorplans in September 2016. The unit has 6,989 square feet including 5 bedrooms and 6.5 bathrooms, and features a dramatic 5,680-square-foot terrace that surrounds the unit. Representing the developer was Matthew MacKay of Douglas Elliman. Ben Dixon, also of Elliman, represented the buyers.

MacKay said the buyers were local. They first looked at the unit last March using Facetime, and then came back several times during the Summer and Fall. "It was complicated by long negotiations involving the buyers' desire to install a pool. We had to get involved with engineering, and it took probably at least 3 months to negotiate the price," said McKay. "The buyers were really specific. They wanted views and privacy, as well as a very large outdoor space and a pool was the priority. I have been doing this for 23 years, and this is the only apartment that I can think of that meets the buyers' criteria. You can find apartments with outdoor space but nothing that affords this kind of privacy."

The No. 2 contract was 15B at 212 West 18th Street, asking $27.8 million; it was listed in June 2019. This duplex has 3 exposures and 4,748 square feet including 4 bedrooms and 4.5 bathrooms. It has a 686-square-foot terrace surrounding the living room, dining room, and kitchen. The condo is in Walker Tower, which has amenities that include a concierge, 24-hour doorman, lounge, playroom, gym, sauna, and roof deck. The apartment is owned by Michael Stern, one of the Walker Tower developers who purchased the unit for $16,012,500 in September 2014. The listing broker is Vickey Barron of Compass, and reliable sources report that a local buyer purchased the unit and was represented by Leonard Steinberg, also of Compass.

| | EAST SIDE | WEST SIDE | MIDTOWN | DOWNTOWN | Asking $/sq.ft. | Totals |
|---|---|---|---|---|---|---|
| Co-ops | 4 | 1 | 1 | 1 | Avg.Ask: $5,862,857 | 7 |
| Condos | 4 | 5 | 1 | 18 | Avg.Ask: $9,750,000 Avg.$/sq.ft.: $2,991/sq.ft. Avg.Size: 3,260 sq.f. | 28 |
| Condop* | 0 | 0 | 0 | 0 | Avg.Ask: | 0 |
| Townhouses | 1 | 1 | 0 | 1 | Avg.Ask: $12,498,333 Avg.$/sq.ft.: $2,401/sq.ft. Avg.Size: 5,205 sq.ft. | 3 |
| TOTALS | 9 | 7 | 2 | 20 | . | 38 |

# NEW REPORT: New York City Residential Sales Volume Increased by Nearly 40% in Q4 2020, Marking Step Forward in Citywide Recovery

*February 10, 2021*
*BOROUGHS OUTSIDE MANHATTAN LEAD THE CHARGE: 90% Increase in Brooklyn Sales Volume and Increases of at least 50% in Queens, Bronx and Staten Island*

**NEW YORK, NY –** The Real Estate Board of New York (REBNY), the City's leading real estate trade association, today reported that New York City's total residential sales volume and total residential transactions increased significantly in the final quarter of 2020, according to its **Q4 2020 Quarterly Residential Sales Report**. This end-of-year surge was driven by particularly strong activity in the four boroughs outside Manhattan.

**Citywide total residential sales volume increased to $9 billion in Q4 2020 from $6.5 billion in Q3 2020, representing a nearly 40% quarterly increase in sales volume.** This turnaround came after three consecutive quarters of declining sales volume.

**Citywide total residential transactions increased to 9,397 sales in Q4 2020 from 6,305 sales in Q3 2020, representing a nearly 50% quarterly increase in transactions.** This boost in activity also came after three consecutive quarters of declining transactions.

Even as major quarterly increases marked a step froward in New York City's recovery, both citywide residential sales volume and transactions in Q4 2020 showed year-over-year declines of 10% and 7%, respectively, compared to Q4 2019 – once again demonstrating just how severely the citywide real estate market has been impacted by the COVID-19 pandemic.

"Last year was a historically difficult one for New York City and the real estate industry that fuels its economy. This end-of-year surge in home sales is another positive sign that the City has begun down a long road to recovery," **said REBNY President James Whelan.** "This momentum can be maintained and accelerated by securing much needed state and local aid from the federal government, successful vaccination and rapid testing efforts, and strong local, State and federal leadership that promotes more economic activity and an improved quality of life for all New Yorkers."

Condominiums, cooperatives, and one-to-three family homes each observed quarterly increases in both sales volume and transactions. Citywide condominium transactions increased 48% to 2,040 units; Citywide cooperative transactions increased 18% to 2,007 units; and citywide one-to-three family home transactions increased 66% to 5,350 units.

**The report also found significant quarterly changes from Q3 to Q4 2020 by borough:**

- **Brooklyn:** Sales volume increased 90% and transactions increased 73%

- **Queens:** Sales volume increased 69% and transactions increased 56%

- **Staten Island:** Sales volume increased 56% and transactions increased 52%

- **Bronx:** Sales volume increased 50% and transactions increased 39%

- **Manhattan: Sales volume remained flat while transactions increased 18%**

The Quarterly Residential Sales Report is New York City's most comprehensive compilation of residential sales data. Launched in 2006, the report captures the citywide and by borough breakdowns of closing data for condominiums, cooperatives and one-to-three family dwellings. Additionally, for the first time, the Quarterly Residential Sales Report now captures the active and in-contract data for Manhattan and Brooklyn as a result of REBNY's partnership with **Perchwell**, a real estate data and analytics platform.

# Q4 2020 Residential Sales Report

*February 10, 2021*

**Executive Summary**

In the fourth quarter of 2020, the New York City average residential sales price, which covers condominiums, cooperatives, and one-to-three family homes, was $953,733 - a 3% decline year-over-year and 7% decline from the previous quarter. Broken out, the citywide averages were:

- Condominiums: $1.4 million

- Cooperatives: $643,208

- One-to-three family homes: $885,828
  Total residential sales volume, or consideration, decreased from $9.9 billion to $9 billion year-over-year, representing a 10% drop. However, after three consecutive quarters of declining consideration, Q4 2020 represented a 39% increase from the previous quarter.

**Borough Year-Over-Year Change in Total Consideration:**

- **Manhattan: -30%**

- The Bronx: -10%

- Brooklyn: +11%

- Queens: -2%

- Staten Island: +28%
  The Citywide residential transaction volume also decreased year-over-year, declining from 10,057 to 9,397 sales, representing a 7% drop. Three of the five boroughs experienced a decrease in the number of transactions year-over-year. After three consecutive quarters of declining transactions, Q4 2020 represented a 49% increase from the previous quarter.

Borough Year-Over-Year Change in Number of Transactions

- Manhattan: -26%

- The Bronx: -17%

- Brooklyn: +3%

- Queens: -7%

- Staten Island: +25%
  **Manhattan & Brooklyn Active Listings:**

- **4,941 condos with an average asking price of $3.3 million**

- **4,149 co-ops with an average asking price of $1.7 million**

- **971 one-to-three family homes with an average asking price of $5.5 million**

Manhattan & Brooklyn In-Contract Listings:

- 2,862 condos with an average asking price of $2 million

- 2,299 co-ops with an average asking price of $1.2 million

- 486 one-to-three family homes with an average asking price of $2.3 million

# Manhattan Luxury Real Estate Market Records Best Week Since 2019

**ZERO HEDGE**



**BY TYLER DURDEN**
**WEDNESDAY, FEB 10, 2021 - 18:45**

Manhattan's high-end real estate market recorded an unseasonably strong performance last week (Feb. 1-7), with the largest amount of contracts for properties asking plus $4 million since November 2019, according to Mansion Global.

The latest market report from Olshan Realty shows 30 luxury home contracts were signed last week. Twenty-one of those were condo units, four were co-ops, and five were townhomes.



A surge in buying interest comes as developers and sellers have slashed luxury property prices following the virus pandemic. Even before the pandemic, around half of all new condo units built after 2015 were unsold. A lot of inventory still sits on the sidelines.

**However, Donna Olshan, who tracks luxury sales, said last week's report is "very optimistic because really what it's showing is the consumer is out there and aggressively looking at New York as a place to buy and live."**

**In the last two weeks, 57 contracts were signed, 48 of which were apartments. Of those, half were sold by developers. The totals in the previous two weeks "continued a trend that started after the November election—a cocktail stirred with ingredients ranging from the Covid-19 vaccine to low interest rates, a robust stock market and meaningful discounts," Olshan continued.**

**Last week, the total weekly transaction volume for luxury Manhattan homes was around $244 million.**



Total weekly transaction volume for luxury Manhattan homes

Source: Olshan Realty

Mansion Global

The priciest condo to find a buyer last week were the 10th and 11th floors at 1045 Madison Avenue on the Upper East Side, which sold for $27.95 million. The buyer plans to combine both floors into one unit with 8,386-square-foot duplex apartments.

The second priciest condo sold last week was at One57, a 75-story building located on Billionaires' Row, for $19.9 million, reduced from $25.2 million.

Buyers remain in control of the market. Average asking prices for luxury properties fell 10% last week to the final price. Many of the homes took an astonishing 743 days to sell.

**The surge in buying interest among luxury properties in Manhattan is only among the ultra-rich who can obtain cheap loans, unlike average folks who are still having trouble finding mortgages as bank lending standards remain tight.**

**ZERO HEDGE**

# Manhattan Office Supply Soars To Record As Remote-Working Dominates



**BY TYLER DURDEN**
**MONDAY, FEB 08, 2021 - 19:20**

New York City's commercial real estate is still on shaky ground. A new report shows a record amount of office space available in Manhattan as remote working continues to dominate.

==Citing a new report via investment management firm Colliers International, <u>Bloomberg</u> says office availability increased to 14.9% in January, the highest since the Dot Com bust (2000).==



Leasing plunged by 47% over the month compared with the same period last year. ==Asking rents are on a waterfall trajectory, falling for the seventh consecutive month to $73.65 a square foot, the lowest in three years. Not even at these prices are companies willing to set up shop or expand office space in the borough.==

Supply is another issue. Since the pandemic began, companies based out of densely packed skyscrapers shifted employees to home and have made some of

those working environments permanent. **This has led to companies reducing their overall corporate footprint.**

While the borough's overall commercial real estate conditions have a negative outlook, there were some signs of optimism. **"Leasing in Manhattan reached 1.9 million square feet (about 176,500 square meters) in January, the highest level since July, and 20% higher than the 2020 monthly average," said Bloomberg.**

One notable large lease was Beam Suntory, an American company named Suntory Beverage & Food Ltd, leasing a 100,000 square feet space at 11 Madison Ave.

**As we noted last month, the return of office workers to the financial district has been nothing short of a disappointment as foot traffic slumps, yet again.**

# Fewer Workers Coming In
Activity at about 20 major Manhattan office towers peaked in October



Source: Placer.ai
Note: Analysis of smartphone location data for weeks starting on a given date.

*urce: Bloomberg*

**The low rate of office workers returning to Manhattan mixed with a record amount of office space available doesn't bode well for the borough's recovery. As a whole, the city will lag the rest of the country by a couple of years in terms of an economic recovery.**

**THE REAL DEAL**

# Best week since 2019 for Manhattan luxury market

*Surge in activity strengthens trend that started late last year*

**New York** /
**February 08, 2021 01:00 PM**
By **Sylvia Varnham O'Regan**



*A two floor unit in The Benson on Madison Ave was the priciest home to go into contract last week. (The Benson)*

Buyers are returning to New York's luxury market in force, with last week netting the largest number of contracts for properties asking $4 million or more since November 2019.

There were 30 such contracts signed in total, according to the latest market report from Olshan Realty. Of those, 21 were condo units, four were co-ops and five were townhouses.

The surge builds on an upward trend that emerged in the luxury market late last year, offering hope to developers whose sales plunged when the pandemic hit.

==“It's a very optimistic report because really what it's showing is the consumer is out there and aggressively looking at New York as a place to buy and live,” said Donna Olshan, who tracks luxury sales.==

The priciest home to go into contract last week was the 10th and 11th floors at Naftali Group's Benson condo at 1045 Madison Avenue, a 15-unit building that's seen a string of big-ticket contracts of late.

The unit measures 8,386 square feet and the buyer will pay the sponsor for the additional construction needed to create the duplex, the report said.

Bo Poulsen of Brown Harris Stevens, who represented the buyer, said his clients never visited the building and instead did the deal virtually.

"We looked on and off for years," he told Olshan. "The apartment checked off the right boxes."

The No. 2 contract by asking price was unit 62B at Extell Development's 157 West 57th Street.

The 4,193 square-foot unit was last asking $19.9 million — down from $25.2 million. It has three bedrooms, three-and-a-half bathrooms and views of Central Park.

It was one of a growing number of sponsor units to trade recently, as developers bring prices down to meet the market.

**According to Olshan's report, of the 57 contracts signed in the past two weeks, about half have been sponsor units.**

Contact Sylvia Varnham O'Regan

# WALL STREET JOURNAL
# COVID-19 RELIEF ENDS SOON FOR MILLIONS OF HOMEOWNERS

**Many who stuggle during the pandemic won't be able to resume paying their monthly mortgage bills when yearlong forbearance plans run out**



*By* Orla McCaffrey
**Feb. 9, 2021 5:30 am ET**

When Jen and Brian Bononi signed up to postpone their mortgage payments last April, they thought it would be for six months at most.

Close to a year later, little has changed for the couple. Ms. Bononi's autoimmune disorder makes finding another job as a social worker during the Covid-19 pandemic dangerous. And Mr. Bononi's income as a behavioral-health counselor isn't enough by itself to cover their monthly mortgage payment of roughly $2,000 on top of their other expenses.

Mortgage forbearance has been a financial lifeline for many Americans navigating the pandemic-ravaged economy, allowing homeowners to eliminate what is often their

largest bill for months at a time, but the relief programs, largely designed to last a maximum of 12 months, are set to expire in the coming months, a serious challenge for borrowers who are still out of work or are earning less than they did pre-pandemic.

More than half of 2.7 million active forbearance plans are set to end for good in March, April, May or June, according to mortgage-data firm Black Knight Inc. BKI 1.08% "The biggest concern in my eyes is the number of folks whose forbearance programs are going to end this spring," said Ralph McLaughlin, chief economist at Haus, a home-finance startup. "Those that were hit the hardest early on and still haven't found a job are going to be in dire straits."

The federal Cares Act passed last March allowed borrowers to postpone payments on federally backed mortgages for as long as 12 months. About 75% of U.S. mortgages are guaranteed or insured by the U.S. government, according to Black Knight. Close to one in 10 homeowners signed up for forbearance at the peak of the program's use last June.

Like other consumer-relief programs crafted during the pandemic's early, frenzied days—lenders also let struggling borrowers skip payments on credit cards and auto loans, and the government paused payments on federal student loans—mortgage forbearance was envisioned as a short-term fix, a way to buy time for the economy to recover and consumers to get back on their feet.

The agreement has worked for many homeowners. Some paused their payments when they were laid off, then started paying again when they found new jobs. But others are still struggling. Fewer borrowers have exited forbearance plans in recent weeks, and the share of Americans unemployed for more than six months is rising.

Lenders are supposed to work with borrowers when forbearance plans expire, and there are rules to constrain them from making borrowers pay back all their missed mortgage payments at once if the loan is government-backed. Lenders also can offer modifications such as lower interest rates or longer terms to lower the monthly bill—but borrowers typically need to be employed to qualify for a loan modification.

"The hope is that people will be back to employment, to some form of income aside from unemployment benefits or stimulus payments, so they can qualify for modifications," said Marcel Bryar, founder of consulting firm Mortgage Policy Advisors. "If you can't get a job at the end of that forbearance, the reality is you're not going to have the income to afford even a modification because nothing would be affordable to you."

Many of the borrowers who are still postponing payments have Federal Housing Administration loans. FHA borrowers typically have lower incomes and smaller down payments than Fannie Mae FNMA -1.04% and Freddie Mac FMCC -0.53% borrowers. Job losses during the pandemic have disproportionately affected low-wage workers, including employees of the restaurants, hotels and shopping malls that have been devastated by the stay-at-home economy.



Brian Bononi at home. The Bononis don't expect to be able to restart mortgage payments when their forbearance ends in April.
PHOTO: JOVELLE TAMAYO FOR THE WALL STREET JOURNAL

The forbearance on the Bononis' home in northwest Washington state is set to expire in April, but they don't expect to be able to restart payments then.

Ms. Bononi, 46 years old, said she hasn't been eligible for unemployment because she left her job voluntarily because of her autoimmune condition. She added that she applied for disability insurance from the Social Security Administration in 2019 but has yet to be approved.

If the payments haven't kicked in by April and the couple can't extend forbearance, Ms. Bononi, who is a graduate student, plans to take out student loans to cover the family's mortgage payments to Umpqua Bank.

"It's our first home so the idea of losing it after we've worked so hard to get it would be devastating," Ms. Bononi said.

Kevin Skinner, head of home lending at Umpqua Bank, said the bank has added resources "to help our customers take full advantage of the available relief options."

"We know it's a tough time for many homeowners impacted by the pandemic, and we're committed to working proactively with each and every customer whose loans we service," Mr. Skinner said.



The forbearance on the Bononis' home is set to expire in April.
PHOTO: JOVELLE TAMAYO FOR THE WALL STREET JOURNAL

Even if forbearance plans are extended, some homeowners will still end up facing foreclosure when their plans eventually expire, according to economists and industry consultants.

Still, there is a significant difference compared with the 2007-2009 recession. Back then, lenders foreclosed on millions of borrowers, many of whom owed more than their homes were worth because of plummeting home prices. This time, home prices are rising across the country, so if homeowners have to sell, they can likely make a profit.

The Department of Housing and Urban Development, which sets guidelines for FHA loans, plans to announce additional relief measures for homeowners in the coming weeks, including for those who have been in forbearance for close to 12 months, a spokeswoman said.

"HUD is committed to extending relief to homeowners who need it and to helping families keep their homes and avoid foreclosure during this pandemic," the spokeswoman said.

The Biden administration said last week that it plans to gather representatives from the housing agencies in the coming days to develop a plan around the expiration of forbearance, according to a White House spokeswoman.

For now, homeowners are waiting to learn their fate.

Ron Melancon was furloughed from his job as a suit salesman last spring. The part-time hours that his job is currently offering aren't enough for him to afford the payments on his family's home in Glen Allen, Va.

Mr. Melancon, 56, said he isn't sure what he will do next month when his forbearance from loan servicer **Mr. Cooper Group** Inc. **COOP 1.24%** expires. He has driven for ride-share companies in the past, but he is afraid of bringing home the coronavirus to his family and of costly repairs his minivan might need if he adds to the more than 200,000 miles already on it.

He hopes to be able to postpone mortgage payments past March, until he can find another full-time job.

"I'm not looking for a handout," Mr. Melancon said. "I'm looking for a hand up."

---

## SHARE YOUR THOUGHTS

---

*Should mortgage-forbearance programs be extended during the pandemic? Why, or why not? Join the conversation below.*

Eli Anderson and his wife planned to refinance their Seattle-area home last year. But when the music venue where Mr. Anderson worked shut down last March, their goal shifted to simply making their mortgage payments.

They soon accepted a forbearance from Caliber Home Loans Inc. After 10 months, the missed payments total more than $20,000. Their plan ends in April.

"We basically just agreed to deal with it later, which is very frightening but also sort of necessary," said Mr. Anderson, 39. "Because nobody knows what's happening right now."

WALL STREET JOURNAL

# As Covid-19 Vaccines Raise Hope, Cold Reality Dawns That Illness Is Likely Here to Stay

Ease of transmission, new strains, limits of vaccination programs all mean Covid-19 will be around for years—and a big business



**Regular Covid-19 testing is becoming part of the long-term plan at many organizations; a nasal swab test at a temple in Indonesia last week.**
PHOTO: TATAN SYUFLANA/ASSOCIATED PRESS

*By*
**Daniela Hernandez** *and* **Drew Hinshaw**
**Feb. 7, 2021 5:30 am ET**

1x

==Vaccination drives hold out the promise of curbing Covid-19, but governments and businesses are increasingly accepting what epidemiologists have long warned: The pathogen will circulate for years, or even decades, leaving society to coexist with Covid-19 much as it does with other endemic diseases like flu, measles, and HIV.==

==The ease with which the coronavirus spreads, the emergence of new strains and poor access to vaccines in large parts of the world mean Covid-19 could shift from a pandemic disease to an endemic one, implying lasting modifications to personal and societal behavior, epidemiologists say.==

"Going through the five phases of grief, we need to come to the acceptance phase that our lives are not going to be the same," said Thomas Frieden, former director of the U.S. Centers for Disease

Control and Prevention. "I don't think the world has really absorbed the fact that these are long-term changes."

Endemic Covid-19 doesn't necessarily mean continuing coronavirus restrictions, infectious-disease experts said, largely because vaccines are so effective at preventing severe disease and slashing hospitalizations and deaths. ==Hospitalizations have already fallen 30% in Israel after it vaccinated a third of its population. Deaths there are expected to plummet in weeks ahead.==

==But some organizations are planning for a long-term future in which prevention methods such as masking, good ventilation and== ==testing continue in some form==. ==Meanwhile, a new and potentially lucrative Covid-19 industry is emerging quickly, as businesses invest in goods and services such as air-quality monitoring, filters, diagnostic kits and new== treatments.



A person slept outdoors to save a spot in line for a limited number of oxygen-tank refills during a Covid-19 outbreak in Peru last week.

PHOTO: SEBASTIAN CASTANEDA/REUTERS

The number of gene-detecting PCR tests produced globally is expected to grow this year, with manufacturers like New Jersey's Quest Diagnostics Inc. predicting that millions of people will need a swab before they attend concerts, basketball games or family functions.

"We assume it would last for years, or be eternal, such as the flu," said Jiwon Lim, spokesman for South Korea's SD Biosensor, Inc., a test maker that is ramping up production of at-home diagnostic kits. Leading drug makers—Switzerland's Novartis International AG and Eli Lilly & Co.—have invested in potential Covid-19 therapies. More than 300 such products are currently in development.

Airlines like Lufthansa are restructuring to focus on short-haul flights within Europe, and away from Pacific countries that have said they'll keep borders closed for at least this year. Some airports are planning new vaccine passport systems to allow inoculated passengers to travel. Restaurants are investing in more takeout and delivery offerings. Meatpacking plants from Canada to Europe are

buying up robotic arms to curb the risk of outbreaks by reducing the number of workers on assembly lines.

Diseases are considered endemic when they remain persistently present but manageable, like flu. The extent of the spread varies by disease and location, epidemiologists say. Rabies, malaria, HIV and Zika all are endemic infectious diseases, but their prevalence and human toll vary globally.

Very early on, after countries failed to contain the coronavirus and transmission raged globally, "it was evident to most virologists that the virus would become endemic," said John Mascola, director of the National Institutes of Health's Vaccine Research Center. "When a virus is so easily transmitted among humans, and the population [lacks immunity], it will spread any place it has the opportunity to spread. It's like a leak in a dam."

Immunologists now hope vaccines will prevent transmission, a finding that would drastically reduce the virus's spread. An Oxford University study published last week found people given the AstraZeneca vaccine might be less likely to pass on the disease.

**Still, there are vast pockets of the human population that will remain beyond the reach of a vaccine for the foreseeable future, giving the virus plenty of room to continue circulating.**

There is currently no vaccine authorized for young children, and supply issues will leave most of the developing world without a shot until late next year at the earliest. Meanwhile, Europe has seen high rates of vaccine refusal: Less than half of French people were willing to get a shot when asked in a recent YouGov poll.

As scientists develop new treatments, Covid-19 will further "become an infection that we can live with," said Rachel Bender Ignacio, an infectious-disease expert at the Fred Hutchinson Cancer Research Center in Seattle. As such, she said, it will be important to develop therapies for the persistent debilitating symptoms that many patients struggle with months after getting sick, like memory fog, loss of smell and digestive and heart problems.

Some countries like Australia and New Zealand have brought their average daily case counts into the low single digits, but neither ever experienced the enormous outbreaks that the Americas and Europe continue to see, and both island nations have watched the virus slip past their strict travel restrictions.

"I don't believe we should start setting elimination or eradication of this virus as the bar for success," said Mike Ryan, executive director of the World Health Organization's emergencies program. "We have to reach a point where we're in control of the virus, the virus is not in control of us."



The Tampa, Fla., convention center on the day before Super Bowl LV; demand for Covid-19 tests is expected to explode as millions of people get swabbed before sports, cultural and family events.

PHOTO: SHANNON STAPLETON/REUTERS

Just one human virus has been entirely eradicated in modern history: smallpox. While that disease infected only people, the novel coronavirus can spread among small mammals like mink, then, though less effectively, back into humans, turning the world's fur farms into potential reservoirs for the virus.

**Moreover, tens of millions of Covid-19 cases have given the virus ample opportunity to improve its ability to infect other mammals, said Sean Whelan, a virologist at Washington University in St. Louis. A mutation present in the variants from South Africa and the U.K. gave the pathogen the ability to infect mice, he said.**

Diseases that spread from people who don't show symptoms—often the case with the coronavirus—are particularly hard to eradicate. Decades of multibillion-dollar global efforts haven't eradicated another such disease, polio, which, while eliminated from the U.S. in the 1970s, was cleared from Europe only in 2002 and still exists in Afghanistan and Pakistan.

Respiratory viruses like the novel coronavirus are prone to becoming endemic because they can transmit through usually benign acts, like breathing and talking, and can be particularly good at infecting cells. They include OC43, a coronavirus that researchers now think caused the Russian Flu of the 1890s, a pandemic that killed one million. That virus—still present in the population—is responsible for many common colds, though it has become less virulent likely because people developed immunity.

**Mutations in the novel coronavirus variants appear to have made it better at infecting human cells or at evading some antibodies, raising concerns that existing vaccines might**

**become less effective. Scientists say monitoring for new variants will be critical to vaccination programs long term. Understanding their characteristics will help determine whether the shots need to be updated periodically, as they are for flu. Vaccinations will be just as important when the pandemic subsides and Covid-19 becomes endemic.**

"People seem to think that when a virus becomes endemic, it becomes attenuated and it doesn't become as serious," said Angela Rasmussen, a virologist at the Center for Global Health Science and Security at Georgetown University. The misconception stems from the fact that usually viruses evolve to maximize the number of people they infect before they kill.

But most people survive Covid-19, so "there's not a lot of pressure for this virus to become more attenuated because it's already spreading and finding new hosts and new opportunities to replicate before its hosts are getting sick," she said. "It's doing just fine."

# WALL STREET JOURNAL

# U.S. Employers Added 49,000 Jobs in January

Growth returned to the labor market after one-month dip;
unemployment rate fell to 6.3%



**Economists expect economic growth to pick up later this year as more people get
vaccinated and business restrictions further ease.**
PHOTO: TIMOTHY A. CLARY/AGENCE FRANCE-PRESSE/GETTY IMAGES

*By* Sarah Chaney Cambon
Updated Feb. 5, 2021 10:03 am ET

**U.S. employers added 49,000 jobs last month, returning growth to the labor market after a
one month dip, while the unemployment rate fell to 6.3%.**

**The small January gain came after payrolls fell steeply in December, the first decline
since the coronavirus pandemic triggered business shutdowns last spring.**
**Jobs grew strongly in business and professional services, the Labor Department said in its
January report on U.S. employment. Many sectors, though, lost jobs last month. The leisure
and hospitality sector lost 61,000 jobs in January, following a steep decline of 536,000 in
December. Retailers, health-care companies and warehouses cut jobs in January.**

The unemployment rate decline in January was driven by two factors. More people dropped out of
the labor force—meaning they weren't actively looking for a job and may have grown frustrated
with their employment prospects. Also, the number of people reporting themselves as employed
increased, consistent with a generally upward trend in hiring since last spring. The Labor
Department noted that figures from the household survey, which is used to calculate the

unemployment rate aren't directly comparable from December to January due to its annual update in population controls.

The broader economic recovery stalled significantly this winter. Unemployment claims, a proxy for layoffs, have remained above pre-pandemic levels. Consumers cut back on spending, as some were wary of leaving their homes as virus cases surged. Others wanted to shop and dine out, but had limited options.

Late last year, many states and local governments mandated that businesses like restaurants close or reduce operations to combat rising numbers of virus cases. Some places have recently loosened those restrictions. Positive areas include manufacturing, with companies reporting increased demand for goods and new hiring, and housing, where low interest rates and the pandemic have boosted demand.

Monthly change in nonfarm payrollsSource: Labor DepartmentNote: Seasonally adjusted
.millionPayrolls recovered 13 million April to JanuaryDownUpMarch 2020'21-22.5-15.0-7.50.0

Economists see the winter lull as temporary. They expect growth to pick up later this year as more people get vaccinated and business restrictions further ease. Many economists also say the economy could benefit from further government stimulus. Congress is considering as much as $1.9 trillion in additional financial aid to help households and businesses. The proposal would bolster unemployment aid, provide funds for vaccine distribution and send $1,400 checks to many Americans.

Employment at restaurants and bars has been particularly hard hit this winter and drove overall payrolls down in December. Warmer temperatures will likely help lift the industry in the coming months.

"When the sun comes out down here, and we can get some people out on some patios, we're going to do a lot better," said Chris Hall, operating partner for an Atlanta-area restaurant group that includes a deli, a bar, a contemporary American restaurant and a pizza place.

Unemployment rateSource: Labor DepartmentNote: Seasonally adjusted
%2020'21051015
Mr. Hall said his restaurants rehired workers after reopening from temporary closures last spring, but overall staffing levels have hovered near 75% of pre-coronavirus levels since the summer.

"This winter has gotten scary," he said. The restaurants' patios are closed and customers remain cautious to dine out amid high virus counts, Mr. Hall said. He recently sent out a message to a group of "die-hard" customers, encouraging them to come support business during a tough winter for sales.

A strong community of customers has helped Mr. Hall's restaurants survive the pandemic so far, he added.

Some industries, particularly ones that build and deliver goods, have fared well in recent months.

Consumers have been ramping up orders of items to spruce up their homes, aiding growth at United Solutions Inc. The 665-person manufacturer produces trash and recycling bins, plastic storage and paint buckets out of plants in Massachusetts and Mississippi.

It hired 56 workers in January and is seeking to add 100 more employees to its warehouse and factory floors to meet customer demand, said David Reilly, chief executive of the manufacturer.

"We're just trying everywhere to find the right people," Mr. Reilly said. "It's a challenge."



Diners ate under a tent in the parking lot of Red Crown in Grosse Pointe Park, Mich., last month. Employment at restaurants and bars has been particularly hard hit this winter.
PHOTO: PAUL SANCYA/ASSOCIATED PRESS

To attract and retain workers, the company raised starting wages for factory workers by $2 over the past six months to $14 an hour. It is airing job ads on the radio and participating in virtual job fairs. The company is also converting many temporary workers—formerly the bulk of its workforce—to permanent positions.

Companies might struggle to find workers in part because the share of people seeking work remains depressed. The labor-force participation rate was 61.5% in December, down from 63.3% in February, before the virus hit. Some people aren't looking for work out of fear of contracting the virus. Others are burdened by increased child-care responsibilities or discouraged by limited job opportunities.



The U.S. unemployment rate shot up faster than in any other developed country during the pandemic. WSJ explains how differences in government aid and labor-market structures can help predict how and where jobs might recover. Video/Illustration: Jaden Urbi/WSJ (Originally Published Sept. 4, 2020)

The U.S. continues to face challenges to achieving a full economic recovery. More-transmissible variants of Covid-19, the disease caused by the virus, could keep businesses closed longer. Nearly a quarter of unvaccinated adults said in a Census Bureau survey they won't get the Covid-19 vaccine, potentially delaying herd-immunity prospects and business reopenings.

Many workers are facing long spells of unemployment. Others who lost their jobs earlier in the virus crisis have regained employment, but at much lower wages.

Danielle Robillard, 55 years old, of Troutdale, Ore., was furloughed as a team lead at a corporate travel agency in April. Her job loss turned permanent in September, when she opted to take a company severance package.

She ramped up her job search and was hired in October as an associate expert at T-Mobile, where she answers customers' questions on phone bills and payment plans. Her new position pays $14.75 an hour, or about half her previous wage, leaving her stretched financially.

"If it was enough to pay my mortgage, I wouldn't be so terrified," Ms. Robillard said. Her husband works as a restaurant cook, which means his employment is insecure until vaccines are widely distributed, she added.

Ms. Robillard continues to seek a new job both within and outside of her current company. "The problem is that half the country is looking for a job," she said.

# SUBJECT EAST VILLAGE AND ST. MARKS PLACE 2020 AND 2014 NEW YORK TIMES AND CURBED NEW YORK ARTICLES

## THE NEW YORK TIMES
### *"The East Village"*
## Home of Punks and Poets
**OCTOBER 14, 2020**



The scene, in 1967, at the Dom, which would soon be known as Electric Circus.Credit…Larry C. Morris/The New York Times



**By Michael Kimmelman**
- Published Oct. 15, 2020Updated Oct. 20, 2020

By the 1960s, the neighborhood took on its bohemian title: the East Village, home to Beats, hippies and no wave bands, to Allen Ginsberg, W.H. Auden, Abbie Hoffman, Fillmore East and the Poetry Project, to graffiti artists — and, in recent years, to droves of New York University students.

It used to be simply the northeast quadrant of Manhattan's Lower East Side, where, to repurpose a phrase by another former resident, William S. Burroughs, layers of history are "wrapped around each other like hibernating rattlesnakes."

During the 17th century Lenape settlements gave way to Dutch plantations. By the 1830s, the Georgian-style St. Marks Church in-the-Bowery, which took on a Greek Revival spire and cast-iron portico, had risen on a piece of Peter Stuyvesant's former estate. New York society moved into Federal rowhouses along streets like St. Marks Place. James Fenimore Cooper lived in the one that used to be No. 6. Then

tenements joined mansions as waves of German-Jewish, Ukrainian and Polish immigrants arrived,
followed, after World War II, by artists, drifters and dreamers.



Image
St. Marks Church in-the-Bowery, on a piece of Peter Stuyvesant's former estate.Credit...Zack DeZon for
The New York Times

This is the latest in a series of (edited, condensed) walks around town. The writer and artist Luc Sante is
the author of "Low Life," about the seamy underside of bygone New York, and "The Other Paris," an
alternative history of the French capital. He lived and worked for years in the East Village, although, as a
matter of principle, he still calls it the Lower East Side. He writes about his experiences in a new
collection, "Maybe the People Would Be the Times."

ADVERTISEMENT
Continue reading the main story

"The past is always in flux," Mr. Sante writes in the Paris book, "as a dynamic undercurrent — in the
slope of hills, shape of streets, breadth of squares." So, too, the past in the East Village, whose streets
and architecture, like those throughout the rest of New York, are more than the outcome of blueprints,
the arrangements of asphalt, bricks, steel and glass. They are products of collective imagination,
containers of memory, moving objects.

Mr. Sante charted a kind of imaginary route for our walk, tracing ghosts in Astor Place, the Strand
bookstore, what used to be CBGB, and Tompkins Square Park.

He suggested "meeting" at the corner of Third Avenue and St. Marks Place, the district's de facto front
door.

**Michael Kimmelman** When did you first come to the neighborhood?
**Luc Sante** September '68. That's when I started commuting from New Jersey to high school uptown. I
would head down to St. Marks Place because it was the gravitational center of all that was groovy. These
days I go to see friends and because, knock on wood, B & H is still around.



B & H Dairy, the East Village kosher dairy restaurant on Second Avenue. Credit...Zack DeZon for The New York Times

Image



The interior evokes the essence of 1940s lunch-counter culture. Credit...Zack DeZon for The New York Times

**B & H Dairy, the East Village kosher dairy restaurant, 1940s lunch-counter culture.**

I started eating there in the mid-70s when the counter was manned by a trio of insult comedians, true geniuses. B & H survives as a relic of the old Jewish Rialto, the Yiddish Theatre District, the world that was Second Avenue, generations before I arrived. That's gone now but at least two theaters are still in existence, the Orpheum and the movie house on Second Avenue.

**You're talking about the Village East Cinema, at 12th Street, which used to be called the Yiddish, or Louis N. Jaffe Art Theatre, in Moorish Revival style, by Harrison Wiseman from the 1920s, with a Star of David in the lobby. The Orpheum is from the '20s as well, I think.**

Image



The Village East Cinema, at East 12th Street, used to be called the Yiddish, or Louis N. Jaffe Art Theatre.Credit...Zack DeZon for The New York Times

Image



The Orpheum Theater has hosted "Stomp" for many years.Credit...Zack DeZon for The New York Times

ADVERTISEMENT

Continue reading the main story

There were also cafes like the Royal on 12th Street, and institutions like the Hebrew Actors' Union. The theater district blossomed after the General Slocum disaster emptied out the neighborhood.

**The city's deadliest disaster until Sept. 11: General Slocum, a steamship, in 1904 caught fire and sank in the East River, killing more than 1,000 out of the nearly 1,400 passengers. Most were German-American women and children, congregants from the German Evangelical Lutheran Church of St. Mark on East Sixth Street, back when the area was Kleindeutschland.**

The psychological toll was apparently so great that survivors packed up and moved to Yorkville on the Upper East Side. But there are still physical remains of the German neighborhood like the shooting society, the Free Library, the German Dispensary.



Once known as the German Evangelical Lutheran Church of St. Mark, many of its members died in the General Slocum disaster.Credit...Zack DeZon for The New York Times

Image



A detail of the Stuyvesant Polyclinic Hospital.Credit...Zack DeZon for The New York Times

Image



The former German-American Shooting Society at 12 St. Marks Place, by William C.
Frohne.Credit...Zack DeZon for The New York Times

ADVERTISEMENT

Continue reading the main story

**Now called the Ottendorfer Public Library and Stuyvesant Polyclinic Hospital, neighbors on Second
Avenue, both designed by J. William Schickel during the 1880s. And the German-American Shooting
Society at 12 St. Marks Place, from the same era, by William C. Frohne.**

**You arrived the year the Fillmore East opened in another former Yiddish theater, the Commodore, on
Second Avenue.**

For me, puberty was rock 'n' roll and Ginsberg's "Howl," and the Lower East Side was the logical place to
find that culture. When I arrived in the neighborhood, the contrast was palpable between newfangled
hippie businesses, which had only been going on for five years at the most, and the older, working class
businesses. You had hippie boutiques side by side with Ukrainian social clubs and Polish pork stores.
Two streams of people intersected with one another's reality but didn't really interact.

**Parallel realities.**

Right. And so you had places like the Dom, the former Polish National Home, which became the Electric
Circus.

Image



The scene, in 1967, at the Dom, which would soon be known as Electric Circus.Credit...Larry C. Morris/The New York Times

Image



Nico at the Dom in 1966.Credit...Larry C. Morris/The New York Times

Image



Andy Warhol, far right, speaks to guests at the club.Credit...Larry C. Morris/The New York Times

ADVERTISEMENT

Continue reading the main story

**On the north side of St. Marks Place, in what used to be called Arlington Hall before it turned into the Polish National Home, with a ballroom and community hall where a notorious shootout apparently took place between Jewish and Italian mobsters in the 1910s. Andy Warhol and Paul Morrissey rented out the ballroom in the '60s and turned it into the Electric Circus. The Velvet Underground was the house band.**

Then it turned into a craft center where most of the neighborhood's Alcoholics Anonymous and Narcotics Anonymous meetings took place.

I lived in an apartment between First Avenue and Avenue A, across the street from a Polish bar with a jukebox heavily laden with Bobby Vinton.

**Bobby Vinton?**

Because he was Polish-Lithuanian. This was around 1978. The neighborhood was pretty desolate then. I remember hanging out my window at night, hearing the jukebox and no other sound.

**AT HOME:** *Our best suggestions for how to live a full and cultured life during the pandemic, at home.*
*Sign Up*

And it was dark. People don't realize there were few cars or working streetlights in the neighborhood. I would sometimes linger at a bar on St. Marks where if you stayed late enough the owner would feed you Beefaroni. I remember sitting outside, drinking and eating my Beefaroni on a dark, empty street where the only streetlight was on the corner. It felt like a clandestine bar open after curfew.

Can I pull the camera back? I want to talk about Astor Place because Astor Place was psycho-geographically crucial in the old days. For people who only know what it's like today, it was almost unrecognizable then, except for the subway entrance and the "Alamo."

ADVERTISEMENT

Continue reading the main story

**The spinning sculpture of a cube standing on point, by Tony Rosenthal, from the mid-'60s. There was the
Cooper Union's great Foundation Building. That's still there!**

Right, but otherwise it can be hard to imagine the vast, howling emptiness of the place. Now you've got
the Death Star at the top and that other glass tower at the bottom.

**I think you mean 51 Astor Place, by Maki & Associates, an office building from 2016, sheathed in reflective
black glass, and that bluish condo building called 26 Astor Place Tower by Charles Gwathmey, from a
decade earlier. Incongruous is a polite word for its architecture. Maki's building occupies what used to be
the site of Bible House, which printed millions of bibles and, so I've always read, helped established the
neighborhood as "Book Row."**

Image



51 Astor Place, by Maki & Associates, sheathed in reflective black glass, with the green subway entrance
in the foreground. Credit...Zack DeZon for The New York Times

Image



Cooper Union's Foundation Building, from the 1850s.Credit...Zack DeZon for The New York Times

Image



"Alamo," a spinning sculpture of a cube, right, by Tony Rosenthal, from the mid-60s.Credit...Zack DeZon for The New York Times; 2020 Estate of Tony Rosenthal / Licensed by VAGA at Artists Rights Society (ARS), NY ("Alamo")

ADVERTISEMENT

Continue reading the main story

Bible House was long gone by the time I got there, when Astor Place felt like an open square, a zocalo. By the '80s it became the site of an enormous wildcat 24/7 flea market. The cops claimed that everything on sale was stolen, but actually stolen goods were sold along Second Avenue after midnight. Astor Place had the impedimenta landlords left on the sidewalk after old tenants died. I found first editions, sensational photographs. A girlfriend wanted a medicine cabinet, preferably wooden and with a mirror, so I walked over to Astor Place and found 14 of them. I bought the best one for five bucks.

**Sounds kind of wonderful.**
The neighborhood was also reasonably dangerous. Some guy tried to rape my girlfriend one night in the hall of her building, but she got away. She lived on 10th Street near First Avenue next door to a little one-story theater run by a wild experimental actor/writer/director named Jeff Weiss. Every night you'd hear this racket coming from next door. Then at a certain hour — you could time it — Weiss would come barreling out the back door, which would mark the end of the play. Later the theater became the Fun Gallery — the first place to show Basquiat, Keith Haring, Fab 5 Freddy, Lady Pink. The gallery was started by Patti Astor.

**The underground film star.**
And there was Gem Spa —- [may it rest in peace](#).

Image



The scene outside Gem Spa, a newsstand known for its egg creams, in 1969.Credit...Meyer Liebowitz/The New York Times

Image



The former site of Gem Spa, which recently shut down. Credit...Zack DeZon for The New York Times
**The beloved soda fountain/newsstand at the corner of Second Avenue and St. Marks.**
I preferred the egg creams at Ray's Candy Store on Avenue A, which is fortunately still around. I shopped at an Argentine grocery on Ninth Street and First Avenue that had baskets filled with fresh eggs. You would compose your own twelve-pack. My local video place was a dry cleaner's called Kim's, on Sixth Street, which kept rental videos in a corner, then became a famous video rental chain with a

flagship store on St. Marks. The internet put Kim's out of business. Somebody bought the inventory, which is now stored in a castle in Sicily.

**It's a cinder block warehouse on the edge of an obscure town called Salemi, but whatever.**

Image



Ray's Candy Store on Avenue A.Credit...Zack DeZon for The New York Times

ADVERTISEMENT

Continue reading the main story

Image



A dizzying array of snacks are available inside Ray's.Credit...Zack DeZon for The New York Times

And there was the St. Marks Cinema, which I think was still a first-run house when I moved down there but by the '80s had become a dollar theater. You remember the dollar theaters? They had a gift for perverse double bills.

**Fassbinder's "The Marriage of Maria Braun" on a double bill with "Gremlins." So you were earning enough to consume entertainment?**

I worked at the Strand, which paid the rent. I was the paperback department all by myself. Effectively that meant not only did I deal with all the paperbacks, but when they'd buy a library they'd cull the hardcover books and leave me with whatever was left — photographs, postcards, playbills, business

cards, ephemera that I use in my collages to this day. I also put out a magazine called Stranded, and most of the contributors were people who worked there.

**What kind of magazine was it?**

More visual than literary. It wasn't edited, particularly.

**I'm a little lost, time-wise. When were you publishing Stranded?**

Late '70s. I remember the years because I left copies of the magazine on consignment at the 8th Street Bookshop, which I think closed in 1979.

ADVERTISEMENT

Continue reading the main story

And there was the St. Marks Cinema, which I think was still a first-run house when I moved down there but by the '80s had become a dollar theater. You remember the dollar theaters? They had a gift for perverse double bills.

**Fassbinder's "The Marriage of Maria Braun" on a double bill with "Gremlins." So you were earning enough to consume entertainment?**

I worked at the Strand, which paid the rent. I was the paperback department all by myself. Effectively that meant not only did I deal with all the paperbacks, but when they'd buy a library they'd cull the hardcover books and leave me with whatever was left — photographs, postcards, playbills, business cards, ephemera that I use in my collages to this day. I also put out a magazine called Stranded, and most of the contributors were people who worked there.

**What kind of magazine was it?**

More visual than literary. It wasn't edited, particularly.

**I'm a little lost, time-wise. When were you publishing Stranded?**

Late '70s. I remember the years because I left copies of the magazine on consignment at the 8th Street Bookshop, which I think closed in 1979.

ADVERTISEMENT

Continue reading the main story

**I miss the 8th Street Bookshop, which of course wasn't East Village but West Village. I hung out there almost every day after school and would go on weekends with my dad or my uncle Harry before we hit the used bookstores.**

Image



The 8th Street Bookshop in 1965.Credit...Eddie Hausner/The New York Times

Image



From left, Giuseppi Logan, Eddie Gomez and Milford Graves perform.Credit...Eddie Hausner/The New York Times



Image

Credit...Eddie Hausner/The New York Times

The 8th Street Bookshop gave me a substantial part of my education. But for me the original neighborhood joint was East Side Bookstore, truly of the Lower East Side, featuring underground comics, drug literature, chapbooks from the Poetry Project.

**Run by James Rose and raided by cops from the Public Morals Squad in 1969. Apparently, the cops noticed R. Crumb's Zap Comix No. 4 on sale, and a court found the store guilty of selling obscene literature.**

East Side ran a weekly list of its best sellers in the Village Voice. About a third would be literature, a third would be left-wing politics, and a third would be occult woo-woo.

Continue reading the main story

**Mirroring neighborhood demographics?**

Actually, on a demographic note: there were still quite a lot of old people around. They were the ones who refused to flee to the suburbs. I remember the St. Marks Bar & Grill, on the corner of First Avenue. It was all old men. I once described it in a letter to a friend: a third of the crowd was singing, a third was sleeping, and a third was fighting. Then the Rolling Stones staged a music video there, and it was curtains for the bar. It became a place I never entered again.

Image



A scene from the Rolling Stones video for "Waiting on a Friend," inside St. Marks Bar & Grill.

**Is that the meta-story of the neighborhood?**

No, but what was different back then is that we were a self-selected set of young people. We wanted to make things, and we grew tough hides. If your landlord decided not to pay the fuel bill, that was a passing hardship, but we were not living there to enjoy middle-class comforts. It was truly no sacrifice living in those conditions, because we had considered the possible alternatives.

**You're a nostalgist.**

I'm just describing a moment that quickly passed. CBGB, for example. I started going in '75 when the scene was still small and local. That lasted only a few years.

**CBGB, on the Bowery, mecca of punk and no wave, home to Television, Patti Smith, Talking Heads, the Ramones.**

And to people like Richard Hell and the Voidoids and the Contortions and Teenage Jesus and the Jerks, conglomerations that included people I knew. At the beginning, standing on the sidewalk outside the club you'd feel like you were on an island or in a clearing in a forest at night — it was pitch-dark everywhere except for the cone of light coming from the club. But by '79, '80, it had already changed, like St. Marks Place, especially between Second and Third Avenues, which became a 24/7 fashion parade. The legend got around. Kids read about the neighborhood in magazines. The scene went from zero to 90 in an alarmingly short time.

ADVERTISEMENT

Continue reading the main story

Image



The Ramones perform at CBGB in the 1970s.Credit...Allen Tannenbaum/Getty Images

Image



A crowd outside CBGB on the Bowery in the late '70s.Credit...Allan Tannenbaum/Getty Images

Image



A John Varvatos store took over the former CBGB space in 2008. Credit...Zack DeZon for The New York Times

**You had wanted to walk to Tompkins Square Park, which brings us full circle, historically: gifted by the Stuyvesant family to the city, a military parade ground in the 19th century, site of various labor, antiwar protests and later a homeless riot, now Exhibit A for gentrification.**

By the '60s, when I arrived, it was contested terrain between hippies and the Young Lords, the Puerto Rican equivalent of the Black Panthers, who had their headquarters in Christodora House, facing the park where George Gershwin gave his first public recital.

**Iconic brick Art Deco-style former settlement house by Henry C. Pelton, who also designed Riverside Church.**

The hippies wanted to stage their loud guitar noodlings in Tompkins Square and the Young Lords wanted music that served their community, which meant salsa, and there were tussles. Of course the park was also a major center of drug activity. I remember walking through it and seeing rows of junkies nodding over bottles of orange soda. Then I was there for the riot in '88.

ADVERTISEMENT

Continue reading the main story

**Police clashed with squatters living in encampments.**

I happened by, and stayed for hours. Homeless encampments have their historical roots in the park. The southeastern corner used to be famous on the hobo circuit. By '88, the park had become a shantytown, which was not popular with local residents. But the cops overreacted wildly — they rioted. I remember police helicopters flying so low that the backwash from the rotors picked up garbage from the trash baskets, which spiraled up into the air.

Image



In 1988, there was a confrontation in Tompkins Square Park between demonstrators protesting a park curfew and the police. Credit...Angel Franco/The New York Times

Image



Tompkins Square Park today.Credit...Zack DeZon for The New York Times

**Tornados of trash.**

And just as I was starting to walk back home at 4 a.m., a cop grabbed my shirt and dragged me a dozen feet along the asphalt, shredding my clothes.

**The riots were ultimately about gentrification.**

Not everyone called it that then. Living in the neighborhood now is safer, shinier, duller. Back then it was like camping out amid the ruins of multiple pasts.

Image



The scene on East Ninth Street in 1968. Credit...Eddie Hausner/The New York Times

# CURBED NEW YORK

## [The Strange History of the East Village's Most Famous Street](#)

# Thursday, September 4, 2014,

by [James Nevius](#)

*James Nevius is the author of three books about New York City, the most recent of which is [Footprints in New York: Tracing the Lives of Four Centuries of New Yorkers.](#)*



*[Photo of St. Marks Place by Flickr user [ptufts](#).]*

St. Marks Place—the three blocks of East Eighth Street that run from Astor Place to Tompkins Square Park—has become a symbol of the East Village. Head shops serve as a reminder of the street's hippie heyday, while stalwart Federal mansions remain a link to the area's more distant—and upscale—past. If something has happened in the East Village in the last two centuries, there's a good chance St. Marks Place has played a role. Yet the street has never been a perfect microcosm of the East Village; those mansions were an anomaly, and the hippies were, too. So St. Marks is the most famous street in the East Village, but is it a part of the "real" neighborhood at all?

The farmland that today comprises St. Marks Place was originally owned by Dutch Director General Peter Stuyvesant, who bought the *bouwerij* (or "Bowery" as it came to be known) in 1651. Few traces of Stuyvesant's era remain beyond his own grave, which lies in a vault at [St. Mark's Church-in-the-Bowery](#), the Episcopal parish constructed in 1799 on the site of what had once been Stuyvesant's private chapel. The church sits just off Stuyvesant Street, which ran from the Bowery Lane into the heart of the property; it and the Bowery are the only colonial farm roads in the area that survived the implementation of the Commissioners' Plan for the city in 1811.



*[Randal Farm Map showing East 8th Street. Image courtesy of the Office of the Manhattan Borough President.]*

On that original grid plan, Eighth Street terminated at Avenue C, where a large "Market Place" had been carved out to serve future residents. But by the time New Yorkers began moving uptown in the 1820s, the market idea had been scrapped. Instead, in 1833, one of Peter Stuyvesant's heirs donated a parcel of land between Avenues A and B for the creation of **Tompkins Square**, which opened the following year. Named for the deceased New York governor and U.S. vice president Daniel Tompkins (who is also buried at St. Mark's church), the park was one of the first acknowledgments that the city had erred in creating a relentless grid with few open spaces.

In the 1820s and '30s, a few streets "above Bleecker" (as the neighborhood came to be known) **began luring Manhattan's wealthiest citizens** away from the district below City Hall. Washington Square opened in 1826, John Jacob Astor developed Lafayette Street and La Grange Terrace in 1833, and Bond, Great Jones, and East Fourth streets all became fashionable addresses. In 1835, the orphaned blocks of Eighth Street between Astor Place and Tompkins Square were dubbed St. Marks Place, the name probably the work of real estate developer Thomas E. Davis, who was trading on the cachet of the area's most famous landmark. Though St. Marks Place never gained the same stature as



"The Row" on Washington Square or La Grange Terrace, some of its early residents were well known, including James Fenimore Cooper and Alexander Hamilton's widow, Eliza, whose house at No. 4 still stands.

The entire block of St. Marks between Third and Second avenues was built by Davis in 1831-32; originally both sides of the street would have been a terrace of oversized Federal homes. Of these, only three remain (mostly) intact: the **Hamilton-Holly house** (*right*) at No. 4, No. 20 (in relatively good shape) and No. 25 (which hasn't fared so well).

Pressed for cash, Eliza Hamilton moved into No. 4 in 1833 with her adult son (and his wife) and daughter (and her husband). Eliza's late husband, the former treasury secretary, had left many debts and Mrs. Hamilton was trying to economize. It didn't work: she was forced out of the house in 1842 after the bank foreclosed. During her time on St. Marks, Hamilton's

next-door neighbor was noted American author James Fenimore Cooper, who lived at No. 6. (He did not live *with* the Hamiltons, as some sources erroneously suggest.)

By the time the Hamiltons were leaving St. Marks Place, the area around Tompkins Square was filling up with German immigrants; by the Civil War what we know today as the East Village was called *Kleindeutschland* ("Little Germany"). While New York had seen a steady stream of immigrants through the first half of the nineteenth century, the 1840s and 1850s saw that stream turn into a deluge, with the Irish who fled the potato famine settling in Five Points (today's Chinatown) and the bulk of the Germans moving into the East Village.

To better serve these new immigrants, social service agencies sprung up; for example, just in time for the cholera epidemic of 1854, Mary DuBois founded the Nursery for the Children of Poor Women—the first of its kind—out of an "ill-ventilated" house on St. Marks, something that would have been unheard of when Eliza Hamilton was living there a decade earlier.

In the years following the Civil War, *Kleindeutschland*'s population grew to over 50,000 people. To better accommodate the burgeoning population, many of the single-family homes became profitable boarding houses. This wasn't unique to St. Marks—as many as thirty percent of New Yorkers lived in boarding houses by the middle of the nineteenth century, their ranks drawn from all social classes—but while St. Marks held onto its fading charm, much of the rest of *Kleindeutschland* was taken over by the newest innovation in immigrant housing: the tenement.



*[The German American Shooting Society. Edmund V. Gillon/Museum of the City of New York.]*

Only a few traces of the German era remain on St. Marks: two of the original Davis houses at <u>19-21 St. Marks Place</u> were joined together in 1870 and re-opened as the headquarters of the Arion Society, a German music club. Across the street at No. 12, the *Deutsche-Amerikanische Schützen Gesellschaft* ("German American Shooting Society") was built in 1889; today, you can still see its name emblazoned across the front below a giant terracotta target. Inside, members of two dozen German-American militia companies could meet for (in the words of the building's <u>Landmarks Designation Report</u>) "beer drinking and partying." As some Germans had become more affluent, many had moved away from St. Marks Place; buildings like this clubhouse provided a vital link back to the old neighborhood. Though *Kleindeutschland* was already shrinking by the turn of the twentieth century, it splintered apart on June 15, 1904, when the steamship General Slocum, chartered to take neighborhood families on a Sunday School outing, caught fire in the East River, killing 1,021. A memorial stele to the many children who perished that day sits tucked away in a playground in Tompkins Square.



ARLINGTON HALL, 21 ST. MARK'S PLACE.

*[The original 21 St. Marks Place.]*
**As the German population thinned, other immigrants arrived, including Jews displaced by the pogroms in
Europe, along with Hungarians, Poles, Ukrainians, and Russians. The area around St. Marks Place
was firmly subsumed into the Lower East Side. In the winter of 1917, Leon Trotsky arrived on St. Marks
Place, where he wrote for the *Novy Mir* ("New World"), headquartered at 77 St. Marks (and edited by
fellow revolutionary Nikolai Bukharin) while living with his family across the street in an apartment at 80
St. Marks, above the space that later held a speakeasy and then a theater. Just a few years earlier,
Socialist/Anarchists Alexander Berkman and Emma Goldman (famous for, among other things, attempting
to assassinate industrialist Henry Clay Frick) opened the progressive Modern School at No. 6; when it
moved out, it was replaced by a Russian public bath.**



*[The demolition of the Third Avenue El. Calvin S. Hathaway/Museum of the City of New York.]*

During all this time, the neighborhood had been well served by public transportation. Starting in 1878, the Third Avenue El stopped at Ninth Street; just two years later, the Second Avenue El opened a station at St. Marks Place. However, as more subways were constructed in the twentieth century, elevated trains fell out of favor. The Second Avenue El was torn down in 1942 and the Third Avenue line—the last in the system—ceased operation in 1955, effectively cutting off wide swaths of the Lower East Side from public transit. As real estate in the rest of the city began to recover from the Depression and World War II, the area around St. Marks Place was slow to rebound. Around this time, some enterprising real estate agent came up with the idea of the "East Village" moniker to brighten the prospects of the area.

"Head east from Greenwich Village, and when it starts to look squalid, around the Bowery and Third Avenue, you know you're there.—*Newsweek*, 1965

By 1960, the term was edging into the culture. In an article entitled "'Village' Spills Across 3d Avenue," the*Times* talked about the availability of apartments for "$40 and down" in an area "increasingly [known as] Village East or East Village." The term Village East didn't stick around for long. By 1963, *Cue's New York: A Leisurely Guide to Manhattan*, was already sending folks to the East Village for its cafes, galleries, and charming Beatniks—people like Jack Kerouac, William S. Burroughs, and Allen Ginsberg, a longtime area resident and denizen of Gem Spa at the corner of St. Marks and Second Avenue. Despite Ginsberg's eventual place among the first ranks of American poets, the most influential poet to live in the East Village at the time wasn't a Beat at all—it was W.H. Auden, who resided at 77 St. Marks (former home of Trotsky's *Novy Mir*), drank copious amount of booze at the Holiday Cocktail Lounge next door at No. 75, and went to the bathroom at the liquor store on the corner because his apartment apparently had no facilities.

Auden's situation wasn't atypical. In 1965, a *Newsweek* writer noted that those looking for the East Village should "head east from Greenwich Village, and when it starts to look squalid, around the Bowery and Third Avenue, you know you're there." For those not trying to sell real estate, the area's lack of gentrification and general isolation was the appeal. As Ronald Sukenick wrote in his neighborhood memoir *Down and In*, the West Village "is removed from Uptown by long subway rides, [but] the East Village is twice removed...an underground underneath the underground."



*[St. Marks Place in 1968. Photo by George Cohen via EV Grieve.]*

It was also in 1965 that the term "hippie" came into common use to replace Bohemian or Beatnik to describe the new generation of rebellious youth. Within a year, St. Marks Place had become the magnet for the East Coast counter-culture. For years, the old Arlington Hall (having been expanded one more building to the east) had been owned by a Polish social club; known as the Dom, it became a popular hangout for the Beats and then a nightclub. In 1966, Andy Warhol opened the Exploding Plastic Inevitable in the Dom's upstairs space, installing the Velvet Underground as the house band. The space then morphed into the Electric Circus, where patrons were invited to "play games, dress as they like, dance, sit, think, tune in and turn on." Among the most famous denizens of St. Marks during its '60s heyday were Abbie Hoffman, who co-founded the Youth International Party ("Yippies") at No. 30 with Jerry Rubin, and Lenny Bruce, who lived at No. 13.

By 1968, St. Marks Place was so popular that tour buses changed their routes from MacDougal Street in the West Village to St. Marks, the tourists snapping pictures of every long-haired, bead-wearing hippie they could. Fed up with this, artist Joey Skaggs decided to turn the tables, and on September 22, 1968, he **hired a Greyhound bus** and a tour guide and took 60 hippies on a guided tour of residential Queens so that they could laugh and point and take photos of the "squares" mowing their lawns and washing their cars.

But St. Marks Place as a hippie enclave was actually a great contrast to the rest of the neighborhood, where no tour bus would go—an area still dominated by immigrants, including Ukrainians who had arrived during World War II and Puerto Ricans who'd settled in the area in the 1950s. Because St. Marks dead-ends into Tompkins Square, the park became a *de facto* extension of the street, causing friction between the hippies and the larger immigrant population. On Memorial Day 1967, complaints from area residents about the noise from the Hare Krishnas and the bongo players brought the police, who arrested 38 people. (The charges were later dropped, the judge noting that he could not deny "**equal protection to the unwashed, unshod, unkempt, and uninhibited.**")
A few days later, on June 1, a parade of hippies (with police escort) marched down St. Marks to the park to present a "key to the East Village" to the Grateful Dead (accepted by Pigpen) who were making their New York debut at the park's bandshell that afternoon. But tensions soon rose again, with the Puerto Ricans

wondering why only white bands were represented and FUE Latino music. Abbie Hoffman stepped in to propose that the parks department help bring more ethnic music to the park.

The economic downturn of the 1970s decimated real estate in much of the East Village—leading to the sort of squats later popularized and sanitized by the musical *Rent*—and the neighborhood did little to shake its "squalid" reputation. As early as 1969, after a horrific murder on East First Street, the *Times* described the area as a "nether world" of "violence and crime…as alien to most New Yorkers as the dark side of the moon."



Yet St. Marks Place, buffered by its commercial real estate, continued to remain distinct from the rest of the neighborhood (even the rundown tenements at No. 96-98 that grace the cover of Led Zeppelin's 1975 album *Physical Graffiti* don't seem that bad). In part, this was because of its ability to keep up with the times. In 1977, Manic Panic, the country's first punk boutique, opened at No. 33; Theatre 80, which had seen, somewhat incongruously, the premiere of *You're a Good Man, Charlie Brown* in 1967, became a movie revival house in 1971, drawing crowds of cinephiles. The former Russian baths at No. 6 became the New St. Marks Bath, purportedly the world's largest gay bathhouse when the Department of Health shut it down in the midst of the AIDS crisis in 1985. In 1989, Crunch Fitness opened in a studio at 37 St. Marks, a sign not only of the coming fitness craze, but also of St. Marks' ongoing curb appeal. That a gym could exist an eight-minute walk from Tompkins Square Park, where a riot had broken out the previous summer over park curfews and gentrification, was another sign that St. Marks existed in a parallel universe—a street *in* the East Village while never exactly *of* the East Village.

That St. Marks has kept up with accelerating trends in retail and housing has also brought consternation from long-time residents (chronicled on a daily basis by EV Grieve), whosee the uniqueness of the street fading. A Chipotle occupies part of the old Dom building; a 7-Eleven lasted eighteen months down the block and is now gone. Mondo Kim's, the beloved video store that folded in 2008 (in the former bathhouse space) has seen a revolving door of small-scale tenants who can't quite make the space work, while the Pinkberry

down the street at No.24 soldiers on. Sure, St. Marks is still the "punk-capital of the world" but how much longer can that remain true? As the rest of the East Village gentrifies, is it possible for St. Marks to hold onto its unique status—or does it run the real danger of becoming just like every place else?

Whilst matriculating in Reform School just before "Hippydom" was invented, cableTV star Ugly George dwelled in a 5th-floor walkup just around the corner. The title "Shame Of The Cities" (about NYC's tenement slums) was a hit- the new edition claiming that such Municipal corruption was gone now. But UG's walkup had a bathtub in the kitchen, a 'refrigerator' that was just a metal box opening into the cold air outside, bathrooms under lock & key in the hallways (NOT in the apts) EXACTLY as had been 'outlawed' by Mayor Jimmy Walker in his (alleged) 1930s Housing Code Reform…said East Village was FULL of the same violations that Jacob Riis had exposed…Mayor Wagner's original Tammany Hall had lately been only a few blocks away on 14th & 4th Ave…so his Peasants could walk to it for coal in the winter & ice in the summer & save 5cents trolley fare, in exchange for pledges to vote ONLY Democratic-see how far we've come today?

I will try 1 more time: hibrow NY cableTV phenom Ugly George actually lived 2 blks. from StMarks Place just before the Hippie Era whilst matriculating at Reform School. "The Shame Of The Cites" was popular-but seemed to talk only about the Tammany corruption of past NYC horrific Building Codes; were those Bad Old Days over now that Democrat Mayor Wagner had loudly "renounced" Tammany Bosses? NO! UG's 5th-floor walkup had a tub in the kitchen, bathroom in the hall & had changed but little from the 1880's. We were right near the "classic" Tammany Hall where peasants came to get coal in the winter & ice in the summer in exchange for voting ONLY Democratic…why, do you see how that's all be Cleaned Up in today's City Council?

# *THE NEW YORK TIMES*
## *"Living in the East Village"*
# The East Village Clings to a Colorful Past

DEC. 10, 2014



**By ALISON GREGOR**

Over the decades, living in the East Village has been about finding cheap housing. But there was much more to the equation. Historically a first stop for new immigrants, the neighborhood became associated with the counterculture, art and the punk movement in the 1970s, and living there served as a sort of rite of passage for people of a certain age and inclination.

Much of that history has disappeared as home prices and retail rents have escalated, but for some residents it is not completely gone.

"I think the neighborhood still has that heart and soul — at least what it hadn't already lost by the late '90s," said Peter Feld, an editor and writer born in Manhattan who spent years visiting the East Village before moving there in 1999. "It's still a mix of great, but mostly affordable, restaurants, nice and divey bars, longtime residents, drunken N.Y.U. kids and older drunks, boutiques that don't open till noon or later, creative types and the beloved crusties," he added, alluding to the young visitors with bedrolls and dirty clothes who have traditionally arrived in warm weather.



232 EAST SIXTH STREET, #4CDE A three-bedroom two-bathroom renovated prewar co-op, with architectural details listed at $2.25 million. (646) 790-2631 CreditAlan Chin for The New York Times

The neighborhood, with about 72,000 residents, is typically seen as bounded by 14th Street and East Houston Street, the Bowery/Fourth Avenue and the East River. Almost 40 percent of the neighborhood is between the ages of 20 and 34, according to census data.

A low-slung neighborhood with a lot of 19th- and early 20th-century buildings, the East Village was rezoned in 2008 in an attempt to keep new development contextual, and two new historic districts protecting three swathes of buildings were added in 2012; the original St. Mark's Historic District was designated in 1969.

While the designations seem to have curbed most new development, conversions of older buildings into upscale housing are driving up housing prices, said Susan Stetzer, the district manager of Community Board 3, who lives in the East Village. Small mom-and-pop shops are closing, unable to afford retail rents, with those spaces being taken over by chain retailers.

Instead of local bars and restaurants, she said, "now, we have destination nightclubs and destination celebrity chef restaurants. So what's happening is they're bringing people in to party, basically, and we're losing both food and bar and other retail that used to serve the community."



Julian LaVerdiere, an artist who was a resident until recently, said, "I feel like Yorkville got transplanted to the East Village," referring to another East Side neighborhood known as a postgraduate playground. Mr. LaVerdiere bought a one-bedroom apartment on 12th Street in 2007 for $900,000 and recently sold it for $1.2 million — a tidy profit he took to buy a house in Brooklyn.

Still, the neighborhood has a genuine vibe that is not easy to find elsewhere, said Sky Dylan-Robbins, a native New Yorker and video journalist who has lived in the East Village for three years.

"Despite the glossiness that's seeped into every grungy-but-lovely cranny of the neighborhood — and of New York, in general — the smaller streets, not the avenues, of the East Village do feel reminiscent of an authentic New York City that once was," she said.

*What You'll Find*



754 EAST SIXTH STREET, #6B A two-bedroom two-bathroom condo on the top floor with chef's kitchen, listed at $850,000. (212) 381-6512 CreditAlan Chin for The New York Times

East Village housing consists mostly of early-19-and-20th-century walk-up and elevator buildings of four and five stories, said Douglas Wagner, a broker and East Village specialist with Bond New York. There are also townhouses and single-family homes, many converted to multifamilies, as well as loft buildings, said Jeremy V. Stein, an agent with Sotheby's International Realty, who often works in the area.

There has been quite a bit of new development. In fact, the Jefferson at 211 East 13th Street, a condo with about 80 units and the target of some East Villagers' ire as a symbol of gentrification, was second in Manhattan for the largest number of closed sales through Nov. 30 with 78, said Gabby Warshawer, the director of research for CityRealty, a real estate listings and research service.

*What You'll Pay*

Though home prices are no longer cheap, the East Village still offers a slim advantage in terms of value over other Manhattan neighborhoods, Ms. Warshawer said. The average price per square foot of a condo in Manhattan this year through Nov. 30 is $1,643; in the East Village, it is $1,562, which is about 16.5 percent higher than 2013. There are only about 33 condos on the market, Ms. Warshawer said.

Mr. Wagner said he does not notice much difference between average condo prices in the East Village and those in Chelsea or the West Village. Studios typically run around $485,000; one-bedrooms about $900,000; and two-bedrooms about $1.5 million, with outliers in both directions. Co-ops typically cost about 20 percent less than condos, he said.

There are many rentals in the East Village, with 340 open listings in early December, Mr. Wagner said. At the low end, studios run from around $1,850 to $2,300 a month; in some new developments, they go for well above $3,000. One-bedrooms typically range from about $2,300 into the low $4,000s a month, he said. Two-bedrooms start at around $3,500 a month but more commonly cost more than $4,500. Most three-bedrooms go for $4,850 to $5,300 a month, but can cost as much as $10,000 a month, Mr. Wagner said.

*The Commute*

There are many subway stops on the neighborhood's perimeter. The 4, 5 and 6 trains stop at Union Square, as do the N, R and Q trains. (The 6 train also stops at Astor Place, and the 4 does at night.) The Union Square station offers access to the L train, which runs along 14th Street and into Brooklyn, with stops in the neighborhood at First and Third Avenues. The F train stops at Second Avenue and East Houston. Buses serving the area include the 14A, 14D, 8 and 9.



327 EAST THIRD STREET, #4B A one-bedroom one-bathroom co-op with low maintenance, listed at $440,000. (212) 941-2502 CreditAlan Chin for The New York Times

Grieving over lost shops and restaurants is a pastime in the East Village, with the number of holdouts from a former era thinning. The building that housed the club CBGB, billed as "the birthplace of punk," now has a John Varvatos shop, and the 110-year-old Italian bakery De Robertis Pasticceria and Caffe closed earlier this month. Newer restaurants include the popular Estela, with European-influenced American cuisine, and the Italian restaurant San Marzano. Curry Row, around Sixth Street, offers Indian food, while Japanese cuisine can be found on Ninth Street between Second and Third Avenues and 10th Street between First and Second Avenues.

The East Village is home to several small theaters, and while galleries are no longer prevalent, the exhibition space at P.S. 122 Gallery is popular. The 10.5-acre Tompkins Square Park has two playgrounds, a dog run, handball, chess and basketball. St. Marks Place is a quirky, lively strip where head shops coexist with Federal mansions.

*The Schools*

Schools are not the first thing that come to mind in association with the East Village, and the area seems to have a lack of affordable child-care programs and family-friendly restaurants these days, Ms. Stetzer said. Schools include Public School 15 Roberto Clemente; Tompkins Square Middle School; and East Side Community High School. Public School 15 received a C on its latest progress report, and at East Side this year, SAT averages were 424 in reading, 426 in math and 422 in writing, versus 441, 463 and 436 citywide.

*The History*

The East Village was originally a farm, or bouwerie, covering an area that is now Fourth Avenue to the East River, and 17th Street to Fifth Street. Irish and German immigrants moved into the neighborhood starting around the 1850s, and in the early 1900s, Italians and Eastern European Jews followed.

Poles, Ukrainians and Puerto Ricans began arriving after World War II. In the late 1950s and 1960s, an incursion of beatniks, followed by hippies, led to the adoption of the name "East Village" to differentiate the area, which was once lumped together with the Lower Eas





# Ronald M. Gold, ASA, MRICS

*New York State Certified General Real Estate Appraiser, Lic. #:46000000713*
190 Riverside Drive    ●    New York, New York  10024
Phone: **212-769-8906**  ●  **Cell: 212-662-3500**
E-mail: rongold70@gmail.com      Web site: www.goldappraisal.com

**THIS REPORT IS SUBJECT TO THE FOLLOWING CONTINGENT, SPECIAL AND**

**LIMITING CONDITIONS**

This appraisal is made for the client to whom it is addressed and is to be used only for the purpose stated in the appraisal, and no reliance is to be placed on this appraisal for any other purpose.

No responsibility is assumed for matters legal in character.  We render no opinion as to the title but assume that it is marketable.  The property is appraised as though free and clear of all liens and encumbrances.  Management and ownership are presumed to be competent and responsible.

All drawings and diagrams in this report are included to assist the reader in visualizing the property.  These drawings do not represent the product of any professional survey made by this office.  The appraiser is not a professional engineer, and no engineering survey of the property has been made by him nor are we reporting on structural adequacy.  No right to expert testimony, attendance in court, or publication is included with possession of this report.

The distribution of the total valuation in the report between land and improvements applies only under the proposed manner of utilization.  The separate valuations for land and building must not be used in connection with any other appraisal and are invalid if so used.  The appraiser has no present or contemplated future interest in the property.

Rentals and other income have been supplied by others and have not been subject to independent verification, unless otherwise noted.  Expenses are based either on unverified data supplied by others or are the appraiser's own estimate. Other facts reported in the appraisal are correct to the best of the appraiser's knowledge and belief.

**ENVIRONMENTAL DISCLAIMER:**  The value estimated in this report is based on the assumption that the property does not have any existing hazardous substances or detrimental environmental conditions.  The Appraiser is not an expert in the identification of hazardous substances or detrimental environmental conditions.  The Appraiser's routine inspection of and inquiries about the subject property did not develop any information that indicated any hazardous substances, or detrimental environmental conditions, which would affect the property negatively.  It is possible that tests and inspections made by a qualified hazardous substances and environmental expert would reveal the existence of hazardous materials and environmental conditions on or around the property that would negatively affect its value.