MINTZ & GOLD LLP
600 Third Avenue, 25th Floor
New York, New York 10016
Telephone: (212) 696-4848
Facsimile: (212) 696-1231
Andrew R. Gottesman, Esq.

*Attorneys for the Debtor*

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF NEW YORK** | Chapter 11 |
| In re: | Case No. 21-12139 (mg) |
| 78-80 ST. MARK'S PLACE, LLC, | |
| Debtor. | |

**NOTICE OF ADJOURNMENT**

**PLEASE TAKE NOTICE** the hearing to approve the above referenced Debtor's *Motion of the Debtors Seeking Entry of an Order (I) Authorizing (a) Rejection of Certain Unexpired Leases of Nonresidential Real Property and (b) Abandonment of Certain Personal Property in Connection Therewith Each Effective as of a Sale Hearing and (II) Granting Related Relief* (the "Motion") [ECF No. 14], and the Debtor's *Motion For Entry Of An Order Approving the Use of Cash Collateral* [ECF. No. 15] (together, the "Motions") currently scheduled **for March 2, 2022, at 2:00 p.m. (Eastern Time)** before the Honorable Martin Glenn, United States Bankruptcy Judge for the Southern District (the "Hearing") has been adjourned, on consent, **to a date to be determined**.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motions and all pleadings and other papers filed in these chapter 11 cases may be obtained by (i) accessing the Court's website at www.nysb.uscourts.gov, or (ii) contacting the Office of the Clerk of the Court at One Bowling

Green, New York, New York 10004 or contacting proposed counsel to the Debtor. Note that a PACER password is needed to access documents on the Court's website.

Dated: March 1, 2022
     New York, New York

                              MINTZ & GOLD LLP
                              By:/s/ *Andrew Gottesman*
                              Andrew R. Gottesman

                              600 Third Avenue, 25th Floor
                              New York, New York 10016
                              gottesman@mintzandgold.com
                              Telephone: (212) 696-4848
                              Facsimile: (212) 696-1231

                              *Attorneys for the Debtors*