**EUGENIE GILMORE, ESQ**

**80 ST MARKS PLACE**

**NEW YORK, NY 10003**

**646-217-8816**

Chief Judge Martin Glenn

Courtroom 523

One Bowling Green
New York, NY 10004-1408

Re: 78-80 St Marks Place, LLC

Case No. 21-12139-mg

Dear Judge Glenn :

I am asking your graciousness understanding to accept Defendants' responses to Plaintiff's Summary Judgment which were filed after your 5:00 pm deadline.  I began trying to upload the documents at approximately 4 : 00 p. m and I could not get past the Pacer log in although I kept trying.  I asked  a friend of mine who is good with computers to look at it also.  I wasn't able to get through the Pacer entry  until at until 9:00 p.m.  and then couldn't get past the redaction screen. I was finally able to. I do not take the deadlines lightly but there were technical problems that I could not fix myself and kept trying until they fixed themselves.

Respectfully,

*Eugenie Gilmore*

Eugenie Gilmore

CC:  Holly Holecek

Andrew Gottesman