CASE #
21-12139

Dear Honorable Martin Glenn,

While I admit I call it home, it honestly is home to many I will not describe the amounts of people who have positively and professionally benefitted from the theatre's own individual existence, because I cannot. Pardon my quotation without their permission, but to paraphrase what an assistant of Councilwoman Rivera's office acknowledged, it is understood to be "a cultural landmark of the neighborhood's storied heritage," with beloved appreciation by everyone who has felt its impact, and the impact on newcomers with their first-time's experience

All I ask is that you listen to me when I say all we need to postpone the official auction date to the first day of Summer. When you visit the GoFundMe page for Theatre80, you will see how evident it is that countless people want success for our venture. The logistics also make sense that the non-profit will be profitable for the residents, neighborhood, and city in the long-term, whereas razing the entire buildings and constructing a complex according to code would not add value and would weaken the historicity and importance neighbors clearly have for the property. It would only add expensively-taxed and rented homes that depreciate the authenticity of the East Village and would not contribute very much value to one of the single most tread upon streets Downtown, and, for cultural significance, one more theatre closed means over 60% of theatres in the locale would be gone, and one more reason to stop calling New York the Cultural Capital of America.

When I've stood outside the building in protest, and the first time I started selling hot buttered cider the way Lorcan told me the family recipe goes, I tell people when they pass by, willing to go in, that, even after they left a month ago, 'I couldn't abandon them.' I did not realize how noble that sounds until I had perhaps more than a dozen people say so; I just thought any human capable of caring would do the same. Notably, I've made $ 109 in two days time alone, all of which is going directly to them (as long as I have more time, people can continue enjoying the popular, crowd-pleasing hit cider). I've made clear how much they are a home in New York, and, as it appeared in a recent edition of the East Village Sun, when they voluntarily vacated, groups of Millennials stood outside the building in protest and were quoted saying, "They have no children of their own…We're their children…" To reflect Disney World being the Happiest Place on Earth, I'd genuinely say Historic 80 St Marks is the Safest Place in New York, and the Most Haimish Place, in a sanguine way, and one of many reasons is because Lorcan and Genie are so welcoming, tolerant, and accepting of all sorts of people from, as Lorcan would say, 'all walks of life'. They are literally (not figuratively "literally") the nicest landlords in New York, and it's why countless artists of all backgrounds and communities say they feel safe and comfortable putting on productions in the space—a natural safe space, if you will. Apparently, I cannot convey the passion and emotions I have for representing them and the place, and a number of individuals have noticed, and lauded me on my fearless, dominant, powerful energy.

According to Jewish teachings, there is supposed to be some Eternal Source of justice, be it divine, natural, or spiritual. If our venture fails, and this is not in a threatening way, it will shatter my moral compass, and leave me feeling no sense of to quote my mom "What goes around, comes around," justice, or what has been called karma. Like Lorcan, I absolutely love history,

RECEIVED
MAY - 9 2023
U.S. BANKRUPTCY COURT, SDNY

and the failure of our protests, fundraising, and petitions will stunt my values in the country's democracy, and democracy in general, because I've read, learned, and researched our past, and what we're experiencing is not new, and a reflection of indentured servitude and the Gilded Age, what I call The Greedy Age since the Reagan administration, and I know the point of history is to right and learn more about the mistakes of our ancestors so as to not repeat them blindly.

I appreciate the time you have made to read this, and consider the options in favor of the Otways' case,

Paul Adam K Bongiorno

Of New York and New Jersey